**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CRIMINAL CASE NO.: 9:22-mj-08332-BER-1**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEALED SEARCH WARRANT,

    Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Michael Bekesha, Esquire of Judicial Watch, Inc., 425 Third Street, S.W., Suite 800, Washington, DC 20024, for purposes of appearance as co-counsel on behalf of Movant Judicial Watch, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Michael Bekesha, Esquire to receive electronic filings in this case, and in support thereof states as follows:

    1.    Michael Bekesha, Esquire is not admitted to practice in the Southern District of Florida and is a member in good standing of the Massachusetts and District of Columbia Bars as well as the U.S. District Court for the District of Columbia, the U.S. District Court for Massachusetts, the U.S. Court of Appeals for the Fourth, Ninth, Eleventh, and District of Columbia Circuits, and the U.S. Supreme Court.

1

2. Movant, James C. Moon, Esquire, of the law firm of MELAND BUDWICK, P.A., 3200 Southeast Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Michael Bekesha, Esquire has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Michael Bekesha, Esquire, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael Bekesha, Esquire at email address: mbekesha@judicialwatch.org.

WHEREFORE, Michael S. Budwick, moves this Court to enter an Order Michael Bekesha, Esquire, to appear before this Court on behalf of Movant Judicial Watch, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael Bekesha, Esquire.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: August 11, 2022.                    Respectfully Submitted,

                                                MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221

*/s/ James C. Moon*
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandbudwick.com
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com

*Counsel for Movant Judicial Watch, Inc.*