**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CRIMINAL CASE NO.: 9:22-mj-08332-BER-1**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SEALED SEARCH WARRANT,

      Defendant.
_____/

**<u>CERTIFICATION OF MICHAEL BEKESHA, ESQUIRE</u>**

Michael Bekesha, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Massachusetts and District of Columbia Bars as well as the U.S. District Court for the District of Columbia, the U.S. District Court for Massachusetts, the U.S. Court of Appeals for the Fourth, Ninth, Eleventh, and District of Columbia Circuits, and the U.S. Supreme Court; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                 /s/ Michael Bekesha
                                                 Michael Bekesha, Esquire