UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL CASE NO.: 9:22-mj-08332-BER-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEALED SEARCH WARRANT,

    Defendant.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Paul J. Orfanedes, Esquire of Judicial Watch, Inc., 425 Third Street, S.W., Suite 800, Washington, DC 20024, for purposes of appearance as co-counsel on behalf of Movant Judicial Watch, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Paul J. Orfanedes, Esquire to receive electronic filings in this case, and in support thereof states as follows:

    1.    Paul J. Orfanedes, Esquire is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the District of Columbia, Illinois and Maryland as well as the bars of the following U.S. Courts: U.S. Supreme Court, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Seventh Circuit; U.S. Court of Appeals for the Eighth

Circuit; U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Eleventh Circuit, U.S. Court of Appeals for the District of Columbia Circuit, U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the District of Columbia, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Southern District of Illinois, and U.S. District Court for the District of Maryland.

2.  Movant, James C. Moon, Esquire, of the law firm of MELAND BUDWICK, P.A., 3200 Southeast Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Paul J. Orfanedes, Esquire has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.  Paul J. Orfanedes, Esquire by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Paul J. Orfanedes, Esquire at email address: porfanedes@judicialwatch.org.

WHEREFORE, James C. Moon, Esquire, moves this Court to enter an Order Paul J. Orfanedes, Esquire, to appear before this Court on behalf of Movant Judicial Watch, Inc., for all

purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Paul J. Orfanedes, Esquire.

Dated: August 11, 2022.                Respectfully Submitted,

                                                  MELAND BUDWICK, P.A.
                                                  3200 Southeast Financial Center
                                                  200 South Biscayne Boulevard
                                                  Miami, Florida 33131
                                                  Telephone: (305) 358-6363
                                                  Facsimile: (305) 358-1221

                                                  */s/ James C. Moon*
                                                  Michael S. Budwick, Esquire
                                                  Florida Bar No. 938777
                                                  mbudwick@melandbudwick.com
                                                  James C. Moon, Esquire
                                                  Florida Bar No. 938211
                                                  jmoon@melandbudwick.com

                                                  *Counsel for Movant Judicial Watch, Inc.*