**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CRIMINAL CASE NO.: 9:22-mj-08332-BER-1**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEALED SEARCH WARRANT,

    Defendant.

_____/

**CERTIFICATION OF PAUL J. ORFANEDES, ESQUIRE**

    Paul J. Orfanedes, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of the District of Columbia, Illinois and Maryland as well as the bars of the following U.S. Courts: U.S. Supreme Court, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Seventh Circuit; U.S. Court of Appeals for the Eighth Circuit; U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Eleventh Circuit, U.S. Court of Appeals for the District of Columbia Circuit, U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the District of Columbia, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Southern District of Illinois, and U.S. District Court for the District of Maryland; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                   /s/ Paul J. Orfanedes

                                                                   Paul J. Orfanedes, Esquire