UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT        FILED UNDER SEAL

_____/

## ORDER TO SEAL

The United States of America, having applied to this Court for an Order sealing the Notice of Filing of Redacted Documents, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Notice of Filing of Redacted Documents, the two accompanying attachments to that Notice, the Motion to Seal, and this Order shall be filed under seal until further order of this Court.

**IT IS FURTHER ORDERED** that notwithstanding this sealed Order, the United States may provide copies of the Notice of Filing of Redacted Documents and its accompanying attachments to counsel for former President Donald J. Trump.

**DONE AND ORDERED** in chambers at Palm Beach County, Florida, this 11th day of August, 2022.

_William Matthewman_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

**WILLIAM MATTHEWMAN**

*Deliver copy to*: