UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

FILED UNDER SEAL

_____/

## NOTICE OF FILING OF REDACTED DOCUMENTS

The United States hereby gives notice that it is filing the following document, which is a redacted version of material previously filed in this case number under seal:

- The search warrant (not including the affidavit) signed and approved by the Court on August 5, 2022, including Attachments A and B;

- The Property Receipt listing items seized pursuant to the search, filed with the Court on August 11, 2022.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
Florida Bar No. 897388
99 NE 4th Street, 8th Floor
Miami, Fl 33132
Tel: 305-961-9001
Email: juan.antonio.gonzalez@usdoj.gov

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the Premises Located at 1100 S. Ocean Blvd., Palm Beach, FL 33480, as further described in Attachment A | )<br>)<br>) Case No. 22-mj-8332-BER<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Florida_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____August 19, 2022_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Duty Magistrate_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 8/5/22 12:12 pm   /s/ Bruce Reinhart
                                                                 *Judge's signature*

City and state: West Palm Beach, FL   Hon. Bruce Reinhart, U.S. Magistrate Judge
                                                                 *Printed name and title*

## ATTACHMENT A

*Property to be searched*

The premises to be searched, 1100 S Ocean Blvd, Palm Beach, FL 33480, is further described as a resort, club, and residence located near the intersection of Southern Blvd and S Ocean Blvd. It is described as a mansion with approximately 58 bedrooms, 33 bathrooms, on a 17-acre estate. The locations to be searched include the "45 Office," all storage rooms, and all other rooms or areas within the premises used or available to be used by FPOTUS and his staff and in which boxes or documents could be stored, including all structures or buildings on the estate. It does not include areas currently (i.e., at the time of the search) being occupied, rented, or used by third parties (such as Mar-a-Largo Members) and not otherwise used or available to be used by FPOTUS and his staff, such as private guest suites.

## ATTACHMENT B

*Property to be seized*

All physical documents and records constituting evidence, contraband, fruits of crime, or other items illegally possessed in violation of 18 U.S.C. §§ 793, 2071, or 1519, including the following:

    a. Any physical documents with classification markings, along with any containers/boxes (including any other contents) in which such documents are located, as well as any other containers/boxes that are collectively stored or found together with the aforementioned documents and containers/boxes;

    b. Information, including communications in any form, regarding the retrieval, storage, or transmission of national defense information or classified material;

    c. Any government and/or Presidential Records created between January 20, 2017, and January 20, 2021; or

    d. Any evidence of the knowing alteration, destruction, or concealment of any government and/or Presidential Records, or of any documents with classification markings.

FD-597 (Rev. 4-13-2015) Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

# RECEIPT FOR PROPERTY

Case ID: WF-█████

On (date) 8/8/2022

item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Mar-A-Lago
(Street Address) 1100 S OCEAN BLVD
(City) PALM BEACH, FL 33480

**Description of Item(s):**

4 - Documents

29 - Box labeled A-14

30 - Box Labeled A-26

31 - Box Labeled A-43

32 - Box Labeled A-13

33 - Box Labeled A-33

Received By: *Christina Bobb* (signature)

Received From: ███████ (signature)

Printed Name/Title: Christina Bobb, attorney

Printed Name/Title: ███████ /SSA

6:19 pm on 8/8/22

FD-597 (Rev. 4-13-2015)                                                          Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Case ID: WF-█████

On (date) 8/8/2022

item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) Mar-A-Lago
(Street Address) 1100 S OCEAN BLVD
(City) PALM BEACH, FL 33480

**Description of Item(s):**

| | |
|---|---|
| 1 - Executive Grant of Clemency re: Roger Jason Stone, Jr. | |
| 1A - Info re: President of France | |
| 2 - Leatherbound box of documents | |
| 2A - Various classified/TS/SCI documents | |
| 3 - Potential Presidential Record | |
| 5 - Binder of photos | |
| 6 - Binder of photos | |
| 7 - Handwritten note | |
| 8 - Box labeled A-1 | |
| 9 - Box labeled A-12 | |
| 10 - Box Labeled A-15 | |
| 10A - Miscellaneous Secret Documents | |
| 11 - Box Labeled A-16 | |
| 11A - Miscellanous Top Secret Documents | |
| 12 - Box labeled A-17 | |
| 13 - Box labeled A-18 | |
| 13A - Miscellaneous Top Secret Documents | |
| 14 - Box labeled A-27 | |
| 14-A - Miscellaneous Confidential Documents | |

FD-597 (Rev. 4-13-2015)                                                          Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

# RECEIPT FOR PROPERTY

| | |
|---|---|
| 15 - Box Labeled A-28 | |
| 15A - Miscellaneous Secret Documents | |
| 16 - Box labeled A-30 | |
| 17 - Box labeled A-32 | |
| 18 - Box labeled A-35 | |
| 19 - Box labeled A-23 | |
| 19A - Confidential Document | |
| 20 - Box Labeled A-22 | |
| 21 - Box labeled A-24 | |
| 22 - Box Labeled A-34 | |
| 23 - Box Labeled A-39 | |
| 23A - Miscellaneous Secret Documents | |
| 24 - Box labeled A-40 | |
| 25 - Box Labeled A-41 | |
| 25A - Miscellaneous Confidential Documents | |
| 26 - Box Labeled A-42 | |
| 26A - Miscellaneous Top Secret Documents | |
| 27 - Box Labeled A-71 | |
| 28 - Box Labeled A-73 | |
| 28A - Miscellaneous Top/Secret Documents | |

Received By: _[signature]_ (signature)      Received From: _[redacted]_ (signature)

Printed Name/Title: _Christina Bobb_
_attorney_
_6:19pm on 8/8/22_

Printed Name/Title: _[redacted]_ / Special Agent