UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

**PROPOSED ORDER**

The United States of America, having applied to this Court for an Order to Unseal Limited Warrant Materials, filed on August 11, 2022, and the Court, having reviewed the motion [and the responses filed to the motion] and being fully advised in the premises, it is hereby

**ORDERED** that:

1. The Motion to Unseal Limited Warrant Materials is **GRANTED**.
2. Docket Entry 17 and its attachment are hereby **UNSEALED.**

Any other warrant-related materials shall remain SEALED pending any further order of the Court.

DONE AND ORDERED in chambers in _____, Florida, this \_\_\_ day of August 2022.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   U.S. Attorney Juan Antonio Gonzalez