AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: 22-mj-8332-BER | Date and time warrant executed: August 8, 2022, 10:33 AM | Copy of warrant and inventory left with: [redacted] |
|---|---|---|

Inventory made in the presence of:
FBI Supervisory Special Agent [redacted]

Inventory of the property taken and name of any person(s) seized:

A total of forty-five (45) pieces of evidence, comprised of boxes and sets of miscellaneous documents, were seized from the premises described in Attachment A. Thirty-nine (39) of the boxes and/or sets of documents contained comingled items described in Attachment B. Six (6) of the boxes and/or sets of documents contained potentially privileged items comingled with items described in Attachment B.

See attached Receipts for Property.

Note for the Court: The Filter Seizing Agent signed for the potentially privileged boxes mentioned above.

RECEIVED
By Bruce E. Reinhart at 3:40 pm, Aug 11, 2022

FILED BY TM D.C.
Aug 11, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: August 11, 2022

[redacted]

[redacted]
*Printed name and title*

