**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

UNITED STATES OF AMERICA

                                Case No.: 9:22-mj-08332-BER

    v.

SEALED SEARCH WARRANT

                                             /

**ORDER GRANTING MOTION TO APPEAR**
**_PRO HAC VICE_, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Elizabeth Seidlin-Bernstein, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Elizabeth Seidlin-Bernstein may appear and participate in this action on behalf of Proposed Intervenors WP Company LLC d/b/a The Washington Post, Cable News Network, Inc., NBCUniversal Media, LLC d/b/a NBC News, and the E.W. Scripps Company. The Clerk shall provide electronic notification of all electronic filings to Elizabeth Seidlin-Bernstein at SeidlinE@ballardspahr.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

_____
United States Magistrate Judge

Copies furnished to: All Counsel of Record