UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**UNITED STATES OF AMERICA**

Case No.: 9:22-MJ-08332-BER-1

**v.**

**SEALED SEARCH WARRANT**

_____/

## NOTICE OF APPEARANCE

Dana J. McElroy of Thomas & LoCicero PL hereby gives notice of her appearance as counsel on behalf of intervenors The New York Times Company ("The Times"), publisher of *The New York Times*, and CBS Broadcasting Inc. ("CBS News"). The certificate of service for all pleadings, orders, and other papers in this action should include **Dana J. McElroy** at Thomas & LoCicero PL, 915 Middle River Drive, Suite 309, Fort Lauderdale, FL 33304 (dmcelroy@tlolawfirm.com; bbrennan@tlolawfirm.com).

Dated: August 12, 2022

Respectfully submitted,

THOMAS & LOCICERO PL

/s/ Dana J. McElroy
Dana J. McElroy (FBN 845906)
915 Middle River Drive, Suite 309
Fort Lauderdale, FL 33304
Telephone: (954) 703-3418
Facsimile: (954) 400-5415
dmcelroy@tlolawfirm.com
bbrennan@tlolawfirm.com

*Attorneys for Intervenors The New York Times Company and CBS Broadcasting Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **12th** day of **August, 2022,** I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties and counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ *Dana J. McElroy*
Dana J. McElroy