**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**UNITED STATES OF AMERICA**

Case No.: 9:22-MJ-08332-BER-1

**v.**

**SEALED SEARCH WARRANT**
_____/

## NOTICE OF APPEARANCE

Mark R. Caramanica of Thomas & LoCicero PL hereby gives notice of his appearance as counsel on behalf of intervenors The New York Times Company ("The Times"), publisher of *The New York Times*, and CBS Broadcasting Inc. ("CBS News").   The certificate of service for all pleadings, orders, and other papers in this action should include **Mark R. Caramanica** at Thomas & LoCicero PL, 601 S. Boulevard, Tampa, FL 33606 (mcaramanica@tlolawfirm.com; dlake@tlolawfirm.com).

Dated: August 12, 2022

Respectfully submitted,

THOMAS & LOCICERO PL

/s/ Mark R. Caramanica
Mark R. Caramanica (FBN 110581)
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
mcaramanica@tlolawfirm.com
dlake@tlolawfirm.com

*Attorneys for Intervenors The New York Times*
*Company and CBS Broadcasting Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **12th** day of **August, 2022,** I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties and counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ *Mark R. Caramanica*
Mark R. Caramanica