**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

UNITED STATES OF AMERICA

                                                           Case No.: 9:22-mj-08332-BER

v.

SEALED SEARCH WARRANT
                                          /

**MOTION OF THE ASSOCIATED PRESS TO INTERVENE,**
**FOR ACCESS TO ALL SEARCH WARRANT RECORDS, AND**
**IN SUPPORT OF THE UNITED STATES' PARTIAL MOTION TO UNSEAL**

The Associated Press moves to intervene in this matter for the limited purpose of joining Intervenors WP Company LLC d/b/a The Washington Post, Cable News Network, Inc., NBCUniversal Media, LLC d/b/a NBC News, and the E.W. Scripps Company (the "Media Intervenors") in their motion (the "Motion") (1) seeking an order unsealing and providing public access to all documents filed with this Court related to the search warrant executed on August 8, 2022 at former President Donald J. Trump's residence at the Mar-a-Lago Club in Palm Beach (the "Search Warrant Records"); and (2) supporting the United States' motion to unseal limited warrant materials. ECF No. 22. The Court granted the Media Intervenors' request to intervene in this matter earlier today. ECF No. 26.

**MEMORANDUM OF LAW**

**I.   THE ASSOCIATED PRESS HAS STANDING TO INTERVENE IN THIS MATTER**

As the Eleventh Circuit has recognized, "[t]he press has standing to intervene in actions to which it is otherwise not a party in order to petition for access to court proceedings and records." *Comm'r, Ala. Dep't of Corr. v. Advance Local Media, LLC*, 918 F.3d 1161, 1170 (11th Cir. 2019); *see also Newman v. Graddick*, 696 F.2d 796, 800 (11th Cir. 1983). The

Associated Press is a news organization that has been covering the execution of the search warrant at Mar-a-Lago, and it therefore has standing to intervene for the limited purpose of seeking access to the Search Warrant Records.

## II.   THE COURT SHOULD UNSEAL ALL OF THE SEARCH WARRANT RECORDS

The Associated Press adopts and incorporates by reference the memorandum of law previously filed by the Media Intervenors in connection with the Motion. ECF No. 22. For the reasons set forth in the Motion, the Court should unseal all of the Search Warrant Records.

## III.   CONCLUSION

For the foregoing reasons, the Associate Press respectfully requests that the Court grant its motion to intervene and unseal any and all Search Warrant Records.

### REQUEST FOR HEARING

Pursuant to Local Rule 7.1(b)(2), the Associated Press requests that the Court set a hearing on this motion. In light of the Court's task in reviewing the interests that the government or Trump may assert, considering the many facts already publicly known about the investigation of Trump, and weighing the colossal public interest in the records, a public hearing would assist the Court and further the public's interest in transparency. The Associated Press estimates that the time required for argument would be one hour. Because the Associated Press is represented in this matter by the same legal counsel as the Media Intervenors, no additional time for argument would be needed if the Media Intervenors' request for argument is granted.

### CERTIFICATION OF GOOD-FAITH CONFERENCE

Pursuant to Local Rules 7.1(b)(2) and 88.9(a), undersigned counsel certifies that on the morning of August 11, 2022, he made reasonable efforts to confer with the United States Attorney's Office for the Southern District of Florida, including leaving voicemail messages with the West Palm Beach office and the Public Information Officer and sending an email to the

Public Information Officer. Later that morning, the Public Information Officer courteously responded by email that she would discuss the government's position with the relevant attorneys and be in touch with a response. At the time of this filing, undersigned counsel has received no further communications from the government, but the government has made its position clear through its motion to unseal limited Search Warrant Records. ECF No. 18.

Dated: August 12, 2022

Respectfully submitted,

BALLARD SPAHR LLP

By:  */s/ Charles D. Tobin*
Charles D. Tobin
Florida Bar No. 816345
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: 202.661.2218
Facsimile: 202.661.2299
tobinc@ballarspahr.com

Elizabeth Seidlin-Bernstein (*pro hac vice pending*)
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
seidline@ballardspahr.com

*Attorneys for the Associated Press*