UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CRIMINAL CASE NO.: 9:22-mj-08332-BER-1**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEALED SEARCH WARRANT,

    Defendant.

_____/

## MOVANT JUDICIAL WATCH, INC.'S NOTICE OF FILING STATEMENT BY PRESIDENT DONALD J. TRUMP

    Movant Judicial Watch, Inc. hereby gives notice that on August 11, 2022, President Donald J. Trump issued a public statement announcing that he will not oppose the release of documents related to the FBI's August 8, 2022 search of his Palm Beach, Florida home. President Trump encouraged the "immediate release" of the documents and concluded his statement by proclaiming "Release the documents now!" A copy of President Trump's statement is attached as Exhibit A.

    Dated: August 12, 2022.

REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

Respectfully Submitted,

MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221

/s/ James C. Moon
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandbudwick.com
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
*Counsel for Movant Judicial Watch, Inc*

and

Paul J. Orfanedes, Esquire
(*Admitted Pro Hac Vice*)
Michael Bekesha, Esquire
(*Admitted Pro Hac Vice*)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024

*Counsel for Movant Judicial Watch, Inc.*