UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE SEALED SEARCH WARRANT

                                                CASE NO. 22-MJ-8332-BER

_____/

**NOTICE OF APPEARANCE OF COUNSEL**

Deanna K. Shullman of Shullman Fugate PLLC hereby gives notice of her appearance as counsel on behalf of non-party Dow Jones & Company, Inc. The certificate of service for all pleadings, orders, and other papers in this action should include **Deanna K. Shullman** at Shullman Fugate PLLC, 2101 Vista Parkway, Suite 4006, West Palm Beach, FL 33411 and dshullman@shullmanfugate.com.

Dated: August 12, 2022.

                                                     Respectfully Submitted,

                                                     SHULLMAN FUGATE PLLC

                                                     **Deanna K. Shullman**
                                                     Deanna K. Shullman (FBN 514462)
                                                     dshullman@shullmanfugate.com
                                                     Shullman Fugate PLLC
                                                     2101 Vista Parkway, Ste. 4006
                                                     West Palm Beach, FL 33411
                                                     Tel: (561) 429-3619

                                                     *Attorney for Dow Jones & Company, Inc.*