UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE SEALED SEARCH WARRANT

                                                           CASE NO. 22-MJ-8332-BER

_____/

**NOTICE OF APPEARANCE OF COUNSEL**

      Minch Minchin of Shullman Fugate PLLC hereby gives notice of his appearance as counsel on behalf of non-party Dow Jones & Company, Inc. The certificate of service for all pleadings, orders, and other papers in this action should include **Minch Minchin** at Shullman Fugate PLLC, 2101 Vista Parkway, Suite 4006, West Palm Beach, FL 33411 and mminchin@shullmanfugate.com.

      Dated: August 12, 2022.

                                                Respectfully Submitted,

                                                SHULLMAN FUGATE PLLC

                                                **Minch Minchin**
                                                Minch Minchin (FBN 1015950)
                                                mminchin@shullmanfugate.com
                                                Shullman Fugate PLLC
                                                2101 Vista Parkway, Ste. 4006
                                                West Palm Beach, FL 33411
                                                Tel: (904) 914-3070

                                                *Attorney for Dow Jones & Company, Inc.*