UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE SEALED SEARCH WARRANT          Case No.: 9:22-MJ-08332-BER-1

_____/

### NOTICE OF APPEARANCE

Andrea Flynn Mogensen of the Law Office of Andrea Flynn Mogensen, P.A., hereby gives notice of her appearance as counsel on behalf of intervenor, Florida Center for Government Accountability, Inc. (the "Center"). The certificate of service for all pleadings, orders, and other papers in this action should include Andrea Flynn Mogensen, Law Office of Andrea Flynn Mogensen, P.A., (amogensen@sarasotacriminallawyer.com; records@flcga.org), 677 N. Washington Blvd., Suite 128, Sarasota, FL 34236.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2022, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing.

*/s/ Andrea Flynn Mogensen, Esq.*
Andrea Flynn Mogensen, Esq.