UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

FILED BY _CaS_ D.C.

AUG 15 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

IN RE SEALED SEARCH WARRANT

_____/

### MOTION PURSUANT TO REHABILITATION ACT TO WAIVE ECF FILING REQUIREMENTS AND TO PERMIT PAPER FILINGS

Movant undersigned moves the Court pursuant to the Rehabilitation Act to waive the ECF filing requirements imposed on litigants by the Court and to permit Movant to submit paper copies of his filings to the Court Clerk.

1. This proceeding is likely to be of very limited duration and thus the waiver will only apply to a very limited number of filings.

2. Movant is partially disabled due to the increasing problems posed by an injury originally experienced many decades ago in Viet-Nam.

3. The original injury affects Movant's typing skills, but is exacerbated by treatment for Agent Orange, which has also precipitated Type II diabetes. Movant's sensation in the fingers of his left hand is reduced.

1

4. A brief waiver of the ECF requirements should not prejudice any party, because Movant can serve them by email or fax and has agreed (see below) to accept email service/notice.

Respectfully submitted,

Andy Martin
P. O. Box 742
Manchester, NH 03105-0742
Tel. (347) 960-9593
Fax (866) 214-3210
Email: andymart20@aol.com

Agreement to receive mail notices and service of documents

The undersigned agrees to receive notices and service of documents by email.

Andy Martin

## Certificate of Service

I certify that on August 13, 2022 I served the following parties/interested persons and, upon being notified by the court, will serve any additional parties/interested persons:

Juan Antonio Gonzalez
United States Attorney
4th Floor
500 Australian Avenue
West Palm Beach, FL 33401
By fax (561) 820-8777

Meland Budwick, P.A.
300 Southeast Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131
By fax (305) 358-1221
Email: mbudwick@melandbudwick.com

Andy Martin

Martin
P O Box 742
Manchester, NH
03105-0742



Clerk
US District
Room 202
701 Clematis St
W. P_l_ R__l_