UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT                    FILED UNDER SEAL

_____/

ORDER TO SEAL

The United States of America, having applied to this Court for an Order sealing the

Second Notice of Filing of Redacted Documents, and the Court finding good cause:

IT IS HEREBY ORDERED that the Second Notice of Filing of Redacted Documents,

the accompanying attachment to the Second Notice, the Motion to Seal, and this Order shall

be filed under seal until further order of this Court.

DONE AND ORDERED in chambers at Palm Beach County, Florida, this *15* day

of August, 2022.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA