UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CRIMINAL CASE No. 9:22-MJ-8332-BER

FILED BY M&E D.C.

AUG 16 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

IN RE: SEALED SEARCH WARRANT

_____/

### INTERESTED PARTY PAUL M. DORSEY'S NOTICE OF APPEAL

Notice is hereby given that Paul M. Dorsey, *pro-se*, an Interested Party in the above-styled action, appeals to the United States Court of Appeals for the Eleventh Circuit the following order entered by the District Court:

- Paperless Order dated August 15, 2022 (DE 58), which states in its entirety:

   PAPERLESS ORDER denying 52, 53, and 54 pro se motions to intervene, unseal documents, and receive notice of electronic filings. The interests asserted by the movants are adequately represented by the media-intervenors. See *In re Horizon Organic Milk Plus DHA Omega-3 Mktg. & Sales Prac. Litig.*, No. 12-MD-02324, 2014 WL 12496734, at *2 (S.D. Fla. July 10, 2014) (citing Fed. R. Civ. P. 24) (collecting cases). Signed by Magistrate Judge Bruce E. Reinhart on 8/15/2022. (hk02) (Entered: 08/15/2022)

Please note that "52" is the only docket number that applies to Paul M. Dorsey.

Dated: August 16, 2022

Respectfully submitted,

*/s/ Paul M. Dorsey*
Paul M. Dorsey, *pro-se*
110 Westminster Drive
West Hartford, CT 06107
(860) 521-0081
p.dorsey@comcast.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2022, I had a courier file the foregoing document with the Clerk of the Court, who will upload this Notice of Appeal to the CM/ECF system, which will serve a true and correct copy of the foregoing on all counsel or parties of record designated to receive service in CM/ECF.

In addition, a copy of the foregoing is also being served by email and first-class mail, postage paid, to:

>Juan Antonio Gonzalez
>U.S. Attorney's Office
>Southern District of Florida
>98 NE 4th Street, Floor 8
>Miami, FL 33132-2131
>juan.antonio.gonzalez@usdoj.gov

A copy of the foregoing is also being served by first-class mail, postage paid, to:

>Law Office of Andrea Flynn Mogensen, P.A.
>Suite 128
>677 N. Washington Blvd.
>Sarasota, FL 34236
>941-955-1066

*Paul M Dorsey*
Paul M. Dorsey
110 Westminster Drive
West Hartford, CT 06107
(860) 521-0081
p.dorsey@comcast.net