

# U.S. District Court

## Florida Southern - West Palm Beach

Receipt Date: Aug 17, 2022 9:59AM

Paul M. Dorsey

Rcpt. No: 7985    Trans. Date: Aug 17, 2022 9:59AM    Cashier ID: #PC

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|---------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| CC | Credit Card | | | | $505.00 |
| | | | | Total Due: | $505.00 |
| | | | | Total Tendered: | $505.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

**Comments**: DFLS922MJ008332

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.