**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

IN RE SEALED SEARCH WARRANT                    Case No.: 9:22-MJ-08332-BER-1
_____/

**NOTICE OF APPEARANCE**

Nellie L. King of the Law Offices of Nellie L. King, P.A., hereby gives notice of her appearance as counsel on behalf of intervenor, Florida Center for Government Accountability, Inc. (the "Center"). The certificate of service for all pleadings, orders, and other papers in this action should include Nellie L. King, Law Offices of Nellie L. King, P.A., (nellie@criminaldefensefla.com, 319 Clematis St, Suite 604, West Palm Beach, FL 33401.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 17, 2022, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing.

/s/ Nellie L. King
NELLIE L. KING