UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEALED SEARCH WARRANT,

IN RE SEALED SEARCH WARRANT            Case No. 22-MJ-8332-BER

NOTICE OF Rule 72 Motion for District Judge to Review an Order of a Magistrate Judge, Judge Recusal, and to File Pleadings as Consistent with the Rules of Court.

NOTICE is hereby given that the undersigned has filed a Rule 72 Motion for District Judge to Review an Order of a Magistrate Judge, Judge Recusal, and to File Pleadings as Consistent with the Rules of Court.

Certificate of Service

I HEREBY CERTIFY that on August 18, 2022, this document was transmitted to the Clerk's Office using courier service; and as result, necessary counsel to be notified electronically.

Respectfully submitted,

/s/ *Michael S. Barth*

Michael S. Barth
Pro Se
P.O. Box 832
Far Hills, New Jersey 07931
917-628-6145

Dated August 18, 2022