UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE SEALED SEARCH WARRANT                    Case No. 22-MJ-8332-BER

**Via Courier Service**

August 18, 2022

                                            Michael S. Barth
                                            P.O. Box 832
                                            Far Hills, New Jersey 07931
                                            917-628-6145

Office of the Clerk of the Court
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, Florida 33401

Re:    In Re Sealed Search Warrant, Case No. 9:22-MJ-08332-BER
        Rule 72 Motion for District Judge to Review an Order of a Magistrate Judge



FILED BY ___ D.C.
AUG 18 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Dear Clerk of the Court,

Please find for filing a
- Notice of Motion and Certification of Service
  - Rule 72 Motion
  - Motion for Judge Recusal,
  - Motion to File Pleadings as conforming to the Rules of Court
- Accompanying Letter Memorandum and Attachments.
- Reply to Government Omnibus Response to Motions to Unseal (contingent Rule 72 Motion).
- Certification of Service

My understanding is that once the Clerk files the pleadings, counsel will be notified as appropriate.

Thank you for your assistance in this matter.

Respectfully submitted,

/s/ *Michael S. Barth*

Michael S. Barth
Pro Se
P.O. Box 832
Far Hills, New Jersey 07931
917-628-6145