UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-REINHART

IN RE: Sealed Search Warrant
_____/

FILED BY ___JMD___ D.C.
Aug 18, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## ORDER

**THIS CAUSE** is before the Court on motions to unseal the search warrant materials, including the probable cause affidavit, that were filed by the Media-Intervenors. ECF Nos. 4, 6, 9, 20, 22, 23, 30-33. Today I held a hearing on the motions. As I ruled from the bench at the conclusion of the hearing, I find that on the present record the Government has not met its burden of showing that the entire affidavit should remain sealed. It is ORDERED that by **noon EST on Thursday, August 25, 2022**, the Government shall file under seal its proposed redactions along with a legal memorandum setting forth the justification for the proposed redactions.

It is FURTHER ORDERED that ECF No. 57 shall be unsealed by the Clerk of Court.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 18th day of August, 2022.

_____
HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE