UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

NOTICE IN RESPONSE TO DOCKET ENTRY 79

In response to the Court's order (DE79) directing the government to state its position on unsealing miscellaneous filings in this matter (DE15, DE16, DE55, and DE56), the United States notifies the Court that it has no objection to the unsealing of those documents.

Date: August 22, 2022

Respectfully submitted,

/s *Juan Antonio Gonzalez*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
Florida Bar No. 897388
99 NE 4th Street, 8th Floor
Miami, Fl 33132
Tel: 305-961-9001
Email: juan.antonio.gonzalez@usdoj.gov

/s *Jay I. Bratt*
JAY I. BRATT
CHIEF
Counterintelligence and Export Control Section
National Security Division
Illinois Bar No. 6187361
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Tel: 202.233.0986
Email: jay.bratt2@usdoj.gov

## Certificate of Service

**I HEREBY CERTIFY** that I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

    /s *Juan Antonio Gonzalez*
Juan Antonio Gonzalez
United States Attorney