UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-REINHART

IN RE: Sealed Search Warrant
_____/

### ORDER

**THIS CAUSE** is before the Court on the Intervenors' request to unseal certain entries on the docket.  The Government does not oppose the unsealing (ECF No. 81), and therefore, the Intervenors' request is GRANTED.  It is hereby ORDERED that ECF Nos. 15, 16, 55, and 56 shall be unsealed by the Clerk of Court.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 22nd day of August, 2022.

_____
HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE