UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CRIMINAL CASE No. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEALED SEARCH WARRANT,

FILED BY ꞈꞈꞈ D.C.

AUG 22 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

NOTICE OF APPEAL

Please take NOTICE that the undersigned only, pro se, appeals to the United States Court of Appeals for the Eleventh Circuit, the following;

1. Order Overruling Objections to Magistrate Judge Order on Intervention (Docket Entry 78)

2. Appeal without an Order on Motion for Magistrate Judge Reinhart Recusal (Docket Entry 70-1.)

3. Certificate of Service

I HEREBY CERTIFY that on August 20, 2022, this document was transmitted to the Clerk's Office using USPS Express mail EI 192 997 675 US; and as result, any necessary counsel to be notified electronically.

August 20, 2022                                                  /s/ *Michael S. Barth*

                                                                               Michael S. Barth
                                                                               P.O. Box 832
                                                                               Far Hills, New Jersey 07931
                                                                               917-628-6145






U.S. POSTAGE PAID
PME 2-Day
FAR HILLS, NJ
07931
AUG 20, 22
AMOUNT
$26.95
R2305K134829-01

PRESS FIRMLY TO SEAL

1007   33401

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

28


UNITED STATES POSTAL SERVICE®  |  PRIORITY MAIL EXPRESS®


EI 192 997 675 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )
BARTH
P.O. BOX 832
FAR HILLS, NJ 07931

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE ( )
OFFICE OF CLERK
PAUL ROGERS FED. BLDG. & US COURTHOUSE
701 CLEMATIS ST., ROOM 202
WEST PALM BEACH, FL 33401
ZIP + 4 (U.S. ADDRESSES ONLY)
3 3 4 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

⬅ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day   ☒ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 07931
Scheduled Delivery Date (MM/DD/YY): 8/23/22
Postage: $26.95
Date Accepted (MM/DD/YY): 8/20/22
Scheduled Delivery Time: ☒ 6:00 PM
Insurance Fee: $
COD Fee: $
Time Accepted: 10:30 ☒ AM  ☐ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 26.95
Weight: 20 oz   ☐ Flat Rate
Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

  
UNITED STATES POSTAL SERVICE®