Generated: Aug 22, 2022 11:55AM                                                                 Page 1/1



# U.S. District Court

### Florida Southern - West Palm Beach

Receipt Date: Aug 22, 2022 11:55AM

Michael Barth

Rcpt. No: 7996           Trans. Date: Aug 22, 2022 11:55AM                   Cashier ID: #SW

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |
| 104 | Cert of Document/Transcript of JGMT | | 3 | 11.00 | 33.00 |
| 100 | Copies (Paper) | | 20 | 0.50 | 10.00 |
| 601 | Electronic Printing Fee | | 20 | 0.10 | 2.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #164 | 08/20/2022 | $550.00 |

|  | Total Due: | $550.00 |
|---|---|---|
|  | Total Tendered: | $550.00 |
|  | Total Cash Received: | $0.00 |
|  | Cash Change Amount: | $0.00 |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.