```
 1                     UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF FLORIDA
 2                       WEST PALM BEACH DIVISION

 3                      CASE NO. 22-MJ-8332-BER

 4
        IN RE: SEALED SEARCH WARRANT.
 5                                        . West Palm Beach, FL
                                          . August 18, 2022
 6      _____/

 7
                          MOTION to SEAL PROCEEDINGS
 8                 BEFORE THE HONORABLE BRUCE REINHART
                      UNITED STATES MAGISTRATE JUDGE
 9

10      FOR THE PLAINTIFF:    JUAN A. GONZALEZ
                              United  States Attorney's Office
11                            11200 NW 20th Street
                              Suite 101
12                            Miami, FL 33172
                              305-715-7640
13
                              JAY I BRATT
14                            U.S. Department of Justice
                              National Security Division
15                            950 Pennsylvania Avenue NW
                              Washington, D.C. 20530
16                            202-233-2113

17
        FOR THE INTERVENORS: CHARLES D. TOBIN, ESQ.
18                            Ballard Spahr LLP
                              1909 K Street
19                            12th Floor
                              Washington, D.C. 20006
20                            202-661-2299

21                            DANA J. McELROY, ESQ.
                              Thomas & LoCicero PL
22                            915 Middle River Drive
                              Suite 309
23                            Fort Lauderdale, FL 33304
                              954-703-3417
24

25
```

Pauline A. Stipes, Official Federal Reporter

```
 1                            DEANNA K. SHULLMAN, ESQ.
                             Shullman Fugate PLLC
 2                           2101 Vista Parkway
                             Suite 4006
 3                           West Palm Beach, FL 33411
                             561-429-3619
 4
                             L. MARTIN REEDER, ESQ.
 5                           Atherton Mullen Galardi & Reeder
                             224 Datura Street
 6                           Suite 815
                             West Palm Beach, FL 33458
 7                           561-953-9790

 8                           JAMES C. MOON, ESQ.
                             Meland Budwick PA
 9                           3200 Southeast Financial Center
                             200 S. Biscayne Boulevard
10                           Miami, FL 33131
                             305-538-6363
11
                             NELLIE L. KING, ESQ.
12                           Law Offices of Nellie King
                             319 Clematis Street
13                           West Palm Beach, FL 33401
                             561-833-1084
14

15

16        Official Court Reporter:    Pauline A. Stipes
                                       HON. ROBIN L. ROSENBERG
17                                     West Palm Beach/Ft. Pierce, FL
                                       561-803-3434
18

19

20

21

22

23

24

25
```

1          *THE COURTROOM DEPUTY:*  United States District Court

2     for the Southern District of Florida is now in session.  The

3     Honorable Bruce Reinhart presiding.

4          *THE COURT:*  Good afternoon, everyone.  Have a seat,

5     please.

6          We are here this afternoon in Case Number 22-8332, In

7     Re Sealed Search Warrant.

8          Let me address four preliminary matters before I turn

9     to the parties.  First, I want to remind everyone in the

10    courtroom of the Court's Rule 77.1 which states:  "All forms of

11    equipment or means of photography, audio or video recording,

12    broadcasting, or televising within the environs of any place of

13    holding court in the district, including courtrooms, chambers,

14    adjacent rooms, hallways, doorways, stairways, elevators, or

15    offices of supporting personnel, whether the Court is in

16    session or at recess, is prohibited."

17         That means no one is to be audio recording, video

18    recording, live tweeting, live streaming, or otherwise

19    broadcasting these proceedings outside of the four walls of

20    this courtroom.  If the Marshals catch you doing it, you will

21    be escorted out of the courtroom and subjected to prosecution

22    for Contempt of Court.

23         Second, no one is to leave the courtroom during these

24    proceedings.  I have instructed the Marshals to keep the doors

25    closed.  We are going to have an orderly proceeding here today

Pauline A. Stipes, Official Federal Reporter

```
 1    and I can't have people jumping up and down and walking in and
 2    out of the courtroom.
 3           Third, everyone is to wear a mask during these
 4    proceedings in the audience and at counsel table except when
 5    you come to the lectern to speak.  When people come to the
 6    lectern to speak, and all speakers should speak from the
 7    lectern, you may remove your mask, and you should remove your
 8    mask so that we can hear you clearly.  That is why I am not
 9    wearing a mask.  And you should identify yourself for the Court
10    Reporter.
11           At this time, let me turn to the Government and allow
12    the Government to make its appearance.
13           MR. GONZALEZ:  Good afternoon, your Honor, Tony
14    Gonzalez, United States Attorney for the Southern District of
15    Florida, and Jay Bratt of the National Security Division.
16           THE COURT:  Good afternoon to you both.
17           I will call you collectively the media intervenors.  I
18    know some of you are not strictly news or print media, but let
19    me allow counsel to make their appearances and let me know who
20    your clients are.
21           MR. TOBIN:  Good afternoon, your Honor, my name is
22    Charles Tobin with the law firm of Ballard Spahr.  I represent
23    the Washington Post, CNN, NBC News, the E. W. Scripps Company,
24    and the Associated Press.
25           THE COURT:  Thank you very much.
```

Pauline A. Stipes, Official Federal Reporter

```
 1          MS. McELROY:  Good afternoon, your Honor, my name is
 2     Dana McElroy, I'm with the law firm of Thomas & LoCicero.  We
 3     represent the New York Times Company, CBS Broadcasting, Inc.,
 4     McClatchy Company, doing business as the Miami Herald, and the
 5     Times Publishing Company.
 6          THE COURT:  Thank you very much.
 7          MS. SHULLMAN:  Good afternoon, your Honor, Deanna
 8     Shullman of Shullman Fugate.  I am here today on behalf of Dow
 9     Jones and Company which publishes the Wall Street Journal, as
10     well as American Broadcasting Company, Inc., which you will
11     know as ABC.
12          THE COURT:  Thank you very much.
13          MR. REEDER:  Good afternoon, Judge, Martin Reeder
14     representing the Palm Beach Post.  I'm with the law firm of
15     Atherton Galardi Mullen & Reeder.
16          MR. MOON:  Good afternoon, your Honor, James Moon,
17     M-O-O-N, from Meland Budwick on behalf of Judicial Watch.
18          MS. KING:  Good afternoon, your Honor, Nellie King on
19     behalf of the Florida Center for Accountability, Law Offices of
20     Nellie L. King.
21          THE COURT:  Good afternoon.  Are all of you going to
22     speak today or have you adopted a subset of speakers?  Mr.
23     Tobin?
24          MR. TOBIN:  Your Honor, we have herded ourselves for
25     the Court's convenience.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  I appreciate that.

 2              MR. TOBIN:  I will be arguing for my clients and I

 3    will also be presenting the substantive argument on behalf of

 4    Ms. McElroy's clients, that would be the New York Times, CBS

 5    Broadcasting, the Miami Herald, and the Tampa Bay Times, as

 6    well as on behalf of Mr. Reeder's client, the Palm Beach Post,

 7    and then we kind of worked out a batting order after that, if I

 8    can help the Court with that.

 9              Each of the other media counsel are going to make a

10    brief statement to the Court and then Ms. King is going to

11    present argument on behalf of her client, and batting cleanup

12    will be Mr. Moon on behalf of his client.

13              THE COURT:  I appreciate that.  Thank you very much.

14              For the Government, will Mr. Bratt or Mr. Gonzalez or

15    both be speaking?

16              MR. BRATT:  Good afternoon, your Honor, Jay Bratt.  I

17    will be speaking on behalf of the Government.

18              THE COURT:  Thank you, Mr. Bratt.

19              A couple of other house cleaning matters, I just want

20    to make sure for the parties.  I have received and reviewed a

21    lot of pleadings in this case, but I want to make sure that

22    there is nothing that I have missed.

23              I have reviewed Docket Entry 4, which was filed by

24    Judicial Watch, Docket Entry 6, which was filed by the Albany

25    Times Union, and I understand I have mooted that out, but I did
```

1    review that, Docket Entry 9 from the New York Times, Docket

2    Entry 20 from CBS Broadcasting, Docket Entry 22 from NBC

3    Universal, Cable News Network, W. P. Company, and E. W.

4    Scripps, Docket Entry 23 from the Palm Beach Post, Docket Entry

5    30 from the Florida Center for Government Accountability,

6    Docket Entry 31 from the McClatchy Company, Docket Entry 32

7    from Dow Jones and Company, Docket Entry 33 from the Associated

8    Press, and Docket Entry 49 from ABC.

9         I have also reviewed the Government's response which

10   was filed at Docket Entry 59, and I also reviewed the replies

11   that were filed at Docket Entries 66, 67, and 68.

12        Are there any other filings from the Government that I

13   have not referenced?

14        *MR. BRATT:*  There are not, your Honor.

15        *THE COURT:*  From the media intervenors, are there any

16   other?

17        *MR. TOBIN:*  No, your Honor.

18        *THE COURT:*  One other housekeeping matter, at Docket

19   Entry 59 the Government indicated that it was proposing to

20   unseal redacted copies of the application for the warrant in

21   this case, which is redacted solely to remove the name of the

22   Special Agent who swore the affidavit, the sealing order, which

23   would be unredacted, the motion to seal, which would be

24   redacted to remove the identifiers for the specific Assistant

25   U.S. Attorney who signed that motion, and the criminal cover

```
 1   sheet, which would also be redacted to remove the identifiers
 2   for the Assistant U.S. Attorney who filed it.
 3           Do any of the media parties object to the unsealing of
 4   those documents with those redactions?
 5           MR. TOBIN:  We do not at this time, your Honor.
 6           THE COURT:  In light of that representation, I will
 7   grant the Government's implied motion in their pleading at
 8   Docket Entry 59 to unseal what has now been filed under seal at
 9   Docket Entry 57.  I will direct the Clerk of Court to unseal
10   the application as redacted, the sealing order, the motion to
11   seal as redacted, and the criminal cover sheet as redacted.
12           My understanding is the Clerk of the Court will make
13   efforts to have that available for everyone after the
14   proceedings and later this afternoon.
15           All right.  Mr. Bratt, I believe -- do you agree the
16   Government has the burden on the motion to seal in this case?
17           MR. BRATT:  We do, your Honor.
18           THE COURT:  All right.  Then I will hear from the
19   Government first and last since you have the burden of proof.
20   If you want to come to the lectern, I'd be happy to hear the
21   Government's argument.
22           MR. BRATT:  Thank you, your Honor.  I think what is
23   clear is that in many ways there is some level of agreement
24   between the Government and the media intervenors.  The
25   Government acknowledges that there is a heightened public
```

1    interest in this case and that that heightened interest makes

2    it into a unique and likely unprecedented situation, and as a

3    result of that, the Government has taken steps that it

4    ordinarily never does.

5           Your Honor, I am sure, sees hundreds of search warrant

6    applications and search warrants over the course of a year, or

7    at least over the course of a couple of years, and I think you

8    know it is the practice of this U.S. Attorney's Office in this

9    district never to seek to unseal anything with respect to them.

10   I oversee cases in the other 92 districts across the country,

11   that never happens.

12          I spent many years as an Assistant United States

13   Attorney in the District of Columbia and we never did that, but

14   in light of the heightened interest in this matter, we took the

15   unusual and really unprecedented step of affirmatively seeking

16   to unseal the items that the Court has just identified and now

17   recently unsealed the other materials that we requested in our

18   motion.

19          While there is a heightened public interest in this

20   case, and that interest is important, there is another public

21   interest at stake here, and that is the public interest that

22   criminal investigations are able to go forward without being

23   impeded.

24          It is the Government's position that in the Eleventh

25   Circuit it is the common law right of access that governs

Pauline A. Stipes, Official Federal Reporter

1    whether or not -- the Doctrine of Common Law Right of Access to

2    Judicial Records that governs here and that what the Government

3    needs to show is good cause through a balancing of various

4    factors.  At the same time, even if the First Amendment

5    compelling interest standard was the one that the Court has to

6    follow, under that standard we would easily meet it as well.

7         *THE COURT:*  I am sorry, if I can stop you there.  Is

8    there really any meaningful distinction between those two

9    standards as they might apply in this case?

10        *MR. BRATT:*  As they apply to the facts of this case,

11   and even looking at the Bennett case that we cited in our brief

12   that Judge Rosenbaum, when she was a judge here, decided, even

13   though I think she also followed the common law right of access

14   sort of rubric, she found that releasing a search warrant

15   affidavit in the midst of an ongoing criminal investigation did

16   represent a compelling interest on the part of the Government,

17   or the Government's need to keep that sealed was a compelling

18   interest that satisfied the standard.

19        *THE COURT:*  All right.

20        *MR. BRATT:*  That is really why we are in the position

21   of not wanting to have this unsealed.

22        If you look at the factors that the cases have

23   identified and that set out the equities that the Government

24   has in keeping a search warrant affidavit in an ongoing

25   criminal investigation, one that is in its very early stages,

Pauline A. Stipes, Official Federal Reporter

 1   we satisfy those equities across the board.

 2          I read in the reply, the consolidated reply last

 3   night, and is likely to be an argument that you are going to

 4   hear after me, that we have not made a sufficient showing as to

 5   those factors, and that really is what puts us in a Catch 22

 6   position, because to make the complete showing of the record

 7   would be to reveal the contents of the affidavit.  I know the

 8   Court is very familiar with it.

 9          *THE COURT:*  Yes.  Judge Jordan, when he was on the

10   District Court, he noted that the Eleventh Circuit has said in

11   these situations the Court is in a bit of a Catch 22 because in

12   order to articulate the findings that need to be articulated,

13   or in order for the Government to argue what they need to

14   argue, you are choosing between disclosing things that are

15   already under seal.

16          That is in United States versus Steinger, 626

17   F.Supp.2d 1231, at 1234, and he noted that the Eleventh Circuit

18   standard is that it's sufficient if the arguments that are made

19   in the public, considered in conjunction with the sealed

20   document itself, are sufficient to meet the burden.

21          I hear you in the sense that there are things that you

22   know and I know that the media people don't know, and I believe

23   the Eleventh Circuit law allows me to consider those even

24   though the Government hasn't articulated them directly in the

25   public record.

1           MR. BRATT:  Right.  To go through those factors, if

2      one reads the affidavit, which is very detailed and is

3      reasonably lengthy, it would provide a road map to the

4      investigation.  It would even likely suggest next investigative

5      steps that we reasonably would be about to take.

6           It does provide an ability to discern the identities

7      of witnesses, and I want to spend some time on that because

8      there certainly is the argument, well, if you anonymize the

9      witnesses, or if you maybe redact dates when they were

10     interviewed, that that would be sufficient protection, but that

11     is not the case here.

12          The Court is aware of what several witnesses have said

13     that is described in the affidavit and only certain people

14     would have certain knowledge, and those who may be familiar

15     with who those people are would likely be able to discern their

16     identities.

17          Also, we live in a time when there are many amateur

18     sleuths on the internet, and people could begin to do searches

19     and find even personal information about these witnesses.  That

20     is a real significant concern and it's a threat in this case.

21          As the Court may be aware, there are two FBI agents in

22     this case that since their names became public in the

23     unsealed -- the unredacted version of the search warrant

24     affidavit, they have received threats.

25          THE COURT:  You mean the unsealed version of the

                  Pauline A. Stipes, Official Federal Reporter

1    warrant itself, not the affidavit?

2          *MR. BRATT:*  That is right.  About an hour before the

3    Court released the slightly redacted version, another version

4    was released I believe to the Wall Street Journal that did not

5    have the names of the agents on the property receipts.

6          *THE COURT:*  I'm sorry, could you please move the

7    microphone a little closer.  We are having a little trouble

8    hearing you.

9          *MR. BRATT:*  I will move over this way.

10          *THE COURT:*  Even better.  Thank you.

11          *MR. BRATT:*  And, of course, there was the incident

12    last week in Cincinnati.

13          This is a volatile situation with respect to this

14    particular search, particularly across the political spectrum,

15    but certainly on one side in particular.  There is a real

16    concern not just for the safety of these witnesses, but to

17    chill other witnesses who may come forward and cooperate in the

18    Government's investigation.

19          The affidavit sets out a number of different

20    investigative techniques that the Government has used in this

21    case and they would be revealed, and it could compromise our

22    ability to use them as the investigation proceeds.

23          There is substantial Grand Jury information.  The

24    affidavit is replete with references to activity that has

25    occurred before the Grand Jury.

Pauline A. Stipes, Official Federal Reporter

1          And another factor, sort of the last factor that

2    Courts consider, is the threat of possible obstruction or

3    interference in the investigation.  In many cases that is

4    purely a theoretical threat, but in this case, the Court has

5    found probable cause that there was a violation of one of the

6    obstruction statutes, and that evidence of other obstruction

7    would be found at Mar-a-Lago.

8          A redacted version of the affidavit, given one that

9    would truly redact the information that the Government

10   considers sensitive and that would pose a threat to the

11   investigation, that is not practicable.

12         We cited several cases that have come to that

13   conclusion and held that principle.  There is the Patel case

14   that we cited, there is the World of Islam case that we cited,

15   there is and the Corces case that we cited.  Bennett talks

16   about that.

17         I am certainly more than willing, your Honor, in an in

18   camera session to go through the affidavit paragraph by

19   paragraph with you, and I think the Court would conclude that

20   if the information that needs to be redacted is done so, that

21   there would be very little -- there would be nothing of

22   substance that would remain in the affidavit.

23         *THE COURT:*  Let me talk to you about redactions for a

24   second.  It seems to me -- let's assume there are some

25   redactions that the Court agrees needs to be done, perhaps

1   extensive redactions that the Court agrees needs to be done,

2   and all that we are left with is essentially meaningless

3   gibberish, but meaningless gibberish that doesn't hurt the

4   Government.  Doesn't the balance then tip to the media?

5        There is a public right of access, it may be

6   meaningless, unhelpful information, but what is the harm to the

7   Government if I redacted everything except the first word on

8   the first page if that is what I determined?  They can have it,

9   it may not be useful, but why can't they have it?

10       *MR. BRATT:*  Two responses to that.  One, I think the

11  other Courts have come to the conclusion that it doesn't serve

12  the media's interests to give them something that is

13  meaningless.

14       Second, it imposes a burden on us.  We then have to

15  take time away from the investigation itself to make these

16  redactions, and this is a unique case and we certainly would

17  hold it up in the future as a unique case, but this is not a

18  precedent that we want to set, that in other cases people are

19  constantly going to the Courts and then asking us to spend the

20  time to redact numerous search warrant affidavits and leaving

21  in generic descriptions of the statutes or whatever else may

22  remain.

23       It is not a practice that we endorse and we certainly

24  would object to it very strongly.

25       *THE COURT:*  Understood.  While you are there, that is

Pauline A. Stipes, Official Federal Reporter

```
 1   sort of what I wanted to talk to you about.
 2            I happened to review a different search warrant this
 3   morning, so it gives me some good examples that have nothing to
 4   do with this case.  It was a child pornography case, so I am
 5   not risking inadvertently disclosing anything that is currently
 6   under seal.
 7            I think it is fair to say that in a lot of search
 8   warrants that I see, and have seen over the years, there will
 9   be, for example, a section at the beginning which describes the
10   agent's background, perhaps the statutes under investigation,
11   maybe even citing verbatim what those statutes are, citing
12   definitions from a statute that are meaningful to the Court as
13   the Court reviews the affidavit so that the Court knows when
14   the affiant is using a particular term -- in the one I was
15   looking at today it talked about sexually explicit conduct and
16   there was a definition of that term.
17            I'm not saying that there is, but assume that sort of
18   information was in the search warrant in this case.  Why
19   wouldn't that be something that should be unredacted and
20   disclosed?
21            MR. BRATT:  It goes back to the point I just made.  It
22   really serves no purpose.  It does not edify the public in any
23   meaningful way.  The public now has the search warrant itself,
24   it has the statutes that are cited.  Anybody can go to the Code
25   book or go online and find them.  And again, to go back to my
```

 1    earlier point, it sets a difficult precedent.

 2         THE COURT:  I understand the difficult precedent

 3    question.  I think it is a line drawing exercise.  It wouldn't

 4    be difficult if the Court concluded that some disclosure in

 5    this case were necessary to differentiate this case from

 6    essentially every other case that has come before and may come

 7    after it, so I am not sure that that is for the Court's

 8    concern.

 9         I understand the Government's position, but I am not

10    sure for my purposes in ruling on the motion concern that in

11    the future there will be a distinct burden on the department

12    weighs very heavily, but I hear you on that.  I understand.

13         I could point out to some other things I was going to

14    point to, and maybe your answer would just be the same.  There

15    is often in search warrants, as there was in the one I saw

16    today, a description of essentially what I will call a search

17    protocol, you know, in this case we're going to seize

18    computers, and then we are going to copy the entire computer,

19    and then we are going to have a separate team go through the

20    computer and they are going to extract things, and only then

21    will the team that is prosecuting the case get it.

22         Again, I am not saying that sort of information is in

23    this affidavit, but if something like that were in an

24    affidavit, putting aside the Government's burden, why wouldn't

25    that be something that should be unredacted?

1              *MR. BRATT:*  I understand the argument that the Court

2    is making, and certainly I don't want to give the ad absurdum

3    argument and be overly rote, so there may be things in the

4    appropriate case of that nature that could be redacted.

5              Again, I come back to that, while this case is unique,

6    the factors that the Court must weigh, the precedence that the

7    Court must look at, the analysis that the Court must do, those

8    all remain the same.

9              Just to go back to one of the things that you pointed

10   out that is routinely in affidavits, here we definitely would

11   redact some of the agents' background because, while in many

12   cases that is not something that would be overly -- would draw

13   undue attention, here somebody could look at that and say, oh,

14   this person was at Quantico in this year, and this person

15   specializes in this area.  We would ask the Court to redact

16   that sort of information in this particular matter.

17             *THE COURT:*  I will tell you I would be inclined to do

18   so.  I think the identities of the witnesses, the identities of

19   the agents' investigative sources and methods is at the core

20   when you look at all these cases.  That is at the core of the

21   Government's legitimate interest here.

22             Not necessarily the -- there is a lot of information

23   about this case out there, but how the Government got to that

24   information is, I think, at the core of what the cases protect.

25   Whether in this case the media's interest nevertheless

Pauline A. Stipes, Official Federal Reporter

1       overcomes that is an issue for me to consider today.

2               I agree with you in that regard.  I think at the core

3       is really sources and methods, and as you get out from that the

4       Government's interests become less acute until you get to a

5       point where some things -- if you are citing a statute and just

6       quoting Title 18, Section XYZ says the following, that seems to

7       me to be at the perimeter.

8               MR. BRATT:  In addressing some of the responses that

9       have come in over the last 24 hours, I think it is important to

10      note that the media intervenors have identified no case where a

11      Court has unsealed a search warrant affidavit in an ongoing

12      active criminal investigation, putting aside even one that has

13      national security overtones such as this one.

14              In the consolidated reply the media intervenors in

15      that matter rely heavily on the In Re Search Warrant case in

16      the Northern District of Georgia which involved an effort to

17      get the affidavit -- which involved the Olympic bombing in

18      1966, and the security guard, Richard Jewel, who initially was

19      a suspect and then was later cleared.

20              There was an effort to get that search warrant

21      affidavit, and the Court did permit a redacted version and that

22      was turned over, but to quote from that opinion, what was at

23      stake there was "historical information pertaining only to a

24      known former suspect," and that's at 945 F.Supp. at 1568.

25              As the Court noted in that opinion, the investigation,

Pauline A. Stipes, Official Federal Reporter

```
 1    at least as to Mr. Jewel, was at that point closed.  This
 2    investigation is open, it is in its early stages.  It is still
 3    less than two weeks since the Court signed the affidavit.
 4          At pages seven and nine of the consolidated reply
 5    there are 13 bullet points of information that the media
 6    intervenors say are now out in the public and that that
 7    justifies turning over the affidavit.
 8          Aside from the fact that the National Archives and
 9    Records Administration, NARA, aside from the fact that NARA
10    made a criminal referral to the Department of Justice, and that
11    the Department of Justice began an investigation, the
12    Department of Justice has not confirmed or denied any of the
13    information that is in there, nor am I going to do so today.
14          The fact that there may have been other people who
15    have spoken to the press who may or may not have correct
16    information, that should not influence the Court's decision in
17    a matter such as this.
18          Also, in the four search warrant cases, the Court
19    really discounts the chilling effect on future witnesses, and
20    as I previously said, the Government is very concerned about
21    the safety of the witnesses in these cases, and is very
22    concerned about the impact of all the attention that people
23    would place on those witnesses and other witnesses, not just in
24    this case, but again, in future cases, understanding that this
25    case is unique.
```

Pauline A. Stipes, Official Federal Reporter

 1            If the Court looks at the factors, if the Court looks

 2    at the case law both in this circuit and what other judges in

 3    this district or neighboring districts have done at this stage

 4    in an ongoing criminal investigation, one that has national

 5    security overtones, the public interest that the investigation

 6    be able to proceed without any interference outweighs the

 7    strong public interest in the historical nature of this case.

 8            THE COURT:  Thank you, Mr. Bratt, and I will give you

 9    the final word once I hear from the other side.

10            Who will speak for the media intervenors, Mr. Tobin?

11            MR. TOBIN:  Your Honor, Charles Tobin on behalf of the

12    media intervenors.  Your Honor, we appreciate the Court

13    granting us intervention in this case.  Obviously it is a case

14    of historic importance, the public interest is not only

15    heightened, as the Government put it in its papers, it is

16    powerful and it is unprecedented here.

17            We represent not just the interest of the news media,

18    but the American public.  We, the people, are the ultimate

19    stake holders in the transparency of our court system and in

20    the administration of justice, particularly in unprecedented

21    and historic cases like this one.

22            Your Honor, when the FBI persuades you, your Honor, or

23    any Court, that there is probable cause to search the residence

24    of a former president, any former president, the public

25    interest could not be greater in transparency into that

Pauline A. Stipes, Official Federal Reporter

```
 1    proceeding.  As the Court is well aware, and I know the Court
 2    has read the precedent, transparency serves the public interest
 3    in understanding and accepting the results.  That is good for
 4    the Government, that is good for the Court.  You can't trust
 5    what you cannot see.
 6          We are probably going to be back here again, if
 7    matters proceed to a prosecution, making that same kind of
 8    argument over and over again.  The time, in our view, for us to
 9    help everybody get it right is now, at the beginning of the
10    proceeding, when we already have court documents of high public
11    interest that have been filed.
12          We greatly appreciate Attorney General Garland in his
13    statements last week, and Mr. Gonzalez and Mr. Brown (sic) in
14    understanding that there is sufficient public interest to
15    release some of the documents in this case.  Obviously, we
16    think that that public interest carries over into a Fourth
17    Amendment search and seizure warrant application to this Court
18    based on alleged probable cause.
19          So, your Honor, the presumption --
20          THE COURT:  Not alleged probable cause, I found there
21    is probable cause.
22          MR. TOBIN:  Indeed you did, your Honor.  Thank you for
23    that.
24          Your Honor, the presumption certainly applies with its
25    greatest force to affidavits that you made a basis for that
```

Pauline A. Stipes, Official Federal Reporter

```
 1    finding, your Honor, and so what we are asking the Court to do
 2    today -- and this is obviously a lot.  From our standpoint, our
 3    argument is about process more than it is about substance.  We
 4    are flying blind.
 5          For good and valid reasons there are things that the
 6    public and the press probably will not get access to at this
 7    stage of the proceeding, but the affidavit and other materials
 8    that remain sealed still are part of the presumptive right of
 9    First Amendment and common law access.
10          THE COURT:  Let me ask you the same question I asked
11    Mr. Bratt.  I am aware of the case law that talks about the two
12    different public rights of access; one is common law and one is
13    constitutional.
14          My colleagues who had to deal with this issue have
15    usually deftly said, well, I don't have to resolve whether the
16    First Amendment applies because I would find the same result
17    either way.
18          Do you agree that in this case that I don't need to
19    really resolve that issue, that the application of either test
20    is going to end at the same place?
21          MR. TOBIN:  Yes, except that the words are different.
22          THE COURT:  I understand.
23          MR. TOBIN:  Compelling need, under the strict scrutiny
24    standard, is the highest level of burden of proof that the
25    Government applied, and as long as the Court gets to the right
```

Pauline A. Stipes, Official Federal Reporter

```
 1    result in our view, frankly, we are less interested in the
 2    path, but it is important to get it right and it is important
 3    to put the Government --
 4             THE COURT:  I get it.  But is it your position that
 5    good cause under the common law standard equates to compelling
 6    need under the First Amendment standard?
 7             MR. TOBIN:  It does, your Honor, for purposes of this
 8    argument.
 9             THE COURT:  Do you have any cases that say that?  I
10    don't think I found any case that said there is a right of
11    access under the common law, but there is not under the First
12    Amendment, or vice versa.  They always seem to land at the same
13    place.
14             MR. TOBIN:  They do, your Honor, and the Eleventh
15    Circuit has never squarely answered the issue in a criminal
16    records motion like this one, but in Newman versus Graddick,
17    Eleventh Circuit, 696 F.2d 796, characterized the Government's
18    opposition to unsealing the document in that case, which was a
19    list of Alabama prison inmates in a class action lawsuit, as
20    Governmental action that potentially infringes on the First
21    Amendment.  The Eleventh Circuit found a First Amendment
22    interest that the activity was potentially infringing.
23             Moreover, your Honor, in the Chicago Tribune case, the
24    Court noted -- and that is the Chicago Tribune Company versus
25    Bridgestone Firestone, that is at 263 F.2d 1304.  The Court
```

Pauline A. Stipes, Official Federal Reporter

```
 1    held that the constitutional right of access had -- "a
 2    constitutional right of access has more limited application in
 3    the civil context than in the criminal context," strongly in
 4    both of those cases suggesting that there is a First Amendment
 5    interest in access to court records, especially in criminal
 6    proceedings.
 7              THE COURT:  Right.  I will let you address this in
 8    time, but I also think the Government makes the distinction
 9    between, and some of the cases have made a distinction between
10    pre-indictment and post indictment, that the First Amendment
11    interest or whatever interest may be evaluated differently
12    temporally depending on whether we are pre-indictment or post
13    indictment.
14              Do you agree with that principle, that the analysis
15    may be different if we are pre-indictment versus post
16    indictment?
17              MR. TOBIN:  The test is the same, what the Government
18    has to establish is the same.  To me, the difference is how
19    much information you get, not whether you get no information,
20    not whether everything remains in the dark, but there may be
21    certain types of information, and the Government may have
22    described some of it here, that justifiably can remain sealed
23    under either the First Amendment test or the common law test,
24    but not the overarching application, not the Court's work and
25    mine and the Government's here today on how we approach the
```

1    problem solving.

2         *THE COURT:*  All right.

3         *MR. TOBIN:*  Your Honor, the warrant is subject to

4    these presumptions of access.  Under either test the Government

5    must articulate some kind of a heightened need, whether it is

6    compelling or good cause, with a multiplicity of factors.

7         The Government has already told the Court, and the

8    Court has asked Mr. Brown (sic) about that, that there is no

9    compelling need, there is no good cause as to certain material

10   in the affidavit, they said that in their omnibus response, and

11   they just don't think that it is terribly important or terribly

12   useful for the public to have it, but with respect, your Honor,

13   the Court should not let the Government flip the test.

14        The test is not what information is more valuable to

15   the public determines whether the public is entitled to it; it

16   is up to the public to decide what information that the Court

17   releases is important to it, and under the presumption of

18   access, that argument simply doesn't carry any weight.

19        Moreover, your Honor, it was rejected specifically in

20   the Commissioner of Alabama v Department of Corrections case

21   where the Eleventh Circuit specifically rejected the argument

22   that the lethal injections formula, the protocols in Alabama,

23   could not be released because some version of it had already

24   been released, it was already in the papers.

25        So, the Alabama Government made the argument that

Pauline A. Stipes, Official Federal Reporter

1    there is really nothing to be gained by releasing it.  The

2    Court said that is not the issue, and that is not the issue

3    where they got it from, even if it was from an anonymous or an

4    undisclosed source.  The issue is that it appears in a

5    Government record to which the presumption access attaches.

6            Your Honor, we would ask that as to those items of

7    information that the Court and the Government -- the

8    Government, obviously, can make an argument to you, your Honor,

9    if it chooses to, and if the Court chooses to entertain it, but

10   those items that the Court described and any other items in the

11   affidavit or any other materials remaining under seal should be

12   released fairly quickly, if not immediately, your Honor,

13   because there is no compelling interest, there is no good

14   cause, and the Government has already told us there is some

15   information --

16       THE COURT:  What is your position on Mr. Bratt's

17   argument that just the burden on the Government to have to go

18   through the exercise, to go through the affidavit and to

19   extract -- or take a position on whether to extract certain

20   information should weigh on my analysis?

21       MR. TOBIN:  I practice in the Washington, D.C. area, I

22   litigate a lot of FOIA cases before the Federal judiciary up

23   there.  We are always hearing the burden on the Government.  In

24   those cases, it is usually because we are dealing with hundreds

25   of thousands of documents.

Pauline A. Stipes, Official Federal Reporter

```
 1              Here, principally we are dealing with a single
 2    document, obviously I don't know whether it is two pages or 150
 3    pages, but regardless, frankly, of the burden, and I do make
 4    this argument in the FOIA cases, that does not overcome the
 5    public's right of access to these materials.  That is just part
 6    of the Government's work-a-day job.
 7              It is unfortunate if it puts a burden on Mr. Gonzalez
 8    or Mr. Brown's (sic) office for the employees who have to put
 9    that work in, but it is our job to provide the public with as
10    much information under the presumption of access, particularly
11    in a case of high moment like this one.
12         THE COURT:  Let me follow up on another topic I raised
13    with Mr. Bratt, which is, do you concede that, as an abstract
14    matter, maintaining the integrity of the investigation, and
15    particularly the sources and methods of conducting the
16    investigation, can be in the right case a legitimate and
17    sufficient Government interest to overcome the public right of
18    access?
19         MR. TOBIN:  Yes, your Honor, with the caveats that the
20    Court has mentioned, in the right case, at the right moment of
21    the right case.  I suspect, your Honor, that whatever the Court
22    decides, we may be back here again on another iteration of this
23    motion later in the proceeding or after there is a prosecution
24    or a nol pros or whatever.  Yes, your Honor, I would agree with
25    that principle as a general matter.
```

1          *THE COURT:* Okay.

2          *MR. TOBIN:* Your Honor, in addition to the immediate

3    or near immediate release of the information that we have been

4    discussing, as to the rest, the law requires the Government to

5    asset item by item a compelling interest, line by line,

6    paragraph by paragraph a compelling interest, taking into

7    account the narrowness that the Court is supposed to arrive at

8    in making that decision, and under the common law test, all of

9    the various factors that the Eleventh Circuit has articulated.

10         As an alternative to the wholesale sealing, the Court

11   is required to strike the balance and then order the release of

12   any additional information where the Government can't meet its

13   burden.

14         As to what that process looks like, the Court invited

15   the Government to make ex parte submissions on that process.

16   That is not our preference, but it is also not unusual in these

17   circumstances, your Honor.  We get it, we can't be in the room

18   when the Government tells you the things that it wants to

19   conceal, but there needs to be a fulsome process and it needs

20   to be on the record from a court reporter and that transcript

21   needs to be preserved so that we can revisit the issue later on

22   in these proceedings.

23         We did exactly that in Washington in the Muller

24   investigation, in the Comey memos investigation.  In each of

25   those other high moment proceedings from the last few years

Pauline A. Stipes, Official Federal Reporter

```
 1   there was an iterative process of seeking information at the
 2   appropriate time, and the Courts largely reached -- I won't say
 3   largely.  The Courts reached the right decisions at most steps
 4   of the way and released the information in the tranches that
 5   were appropriate at that time.
 6         THE COURT:  As to that, let me say, all I am dealing
 7   with today is what is before me today.  If something comes
 8   back, and it comes back before me, obviously I will address it
 9   in the full context in which it arises.
10         As to your point -- and I accept your point earlier
11   about the need for a fulsome review.
12         First of all, I don't think it is inappropriate for me
13   to put on the record that I did invite the Government to file,
14   and they did not file, anything ex parte.  So whatever has been
15   filed you know about, especially now that I have unsealed
16   Exhibit 57.  There is no other ex parte filing that was made by
17   the Government with regard to this.
18         Do you also -- the case law and the case I cited from
19   Judge Jordan seems to suggest that the Court can also review
20   the affidavit, and there may be information that is
21   self-evidently so sensitive that the Court can know -- for
22   example, if an affidavit says a person testified to the Grand
23   Jury that, it is pretty easy to figure out that is Grand Jury
24   material and there may be heightened protection to that, or if
25   the affidavit says, we had an undercover agent who spoke to
```

1    such and such a person on such and such a day, the Court -- do

2    you agree that the Court can sua sponte make that assessment?

3            I am not saying help the Government meet its burden,

4    but don't you agree that in this situation the Court almost has

5    the role of standing in for you in reviewing the affidavit to

6    make sure that anything the Government wants redacted really

7    meets that standard, and the Court can make that sort of

8    independent assessment?

9            MR. TOBIN:  First of all, we would agree that you are

10   standing in for the public, your Honor.  You are the

11   gatekeeper, and we have to put, in a blind process like this

12   one, every faith in the good and wise decision-making that we

13   know you -- process that we know you will put into this.

14           As far as the Court doing the Government's work by not

15   asking them to articulate compelling reasons that is self

16   evident from the affidavit, we do not think that that

17   appropriately meets their burden.  Again, it is the

18   Government's burden, not the Court's burden.

19           It is the Court's responsibility, if I may say that,

20   your Honor, to challenge that, to test that, and to test that

21   through the lens of logic, the Court's understanding of the

22   entire context of the investigation, the Court's inquiries of

23   the Government, and we would also argue, in light of the

24   information since part of the test is what information is

25   already public, in light of the information that already is

Pauline A. Stipes, Official Federal Reporter

1    made public from whatever source.

2           We know that over the last two weeks there has been a

3    lot of information that has become public, some of it made

4    public by former President Trump himself.  For example, we know

5    about the National Archives referral of this matter, we know

6    that some of the materials recovered by the National Archives

7    were classified, including --

8           THE COURT:  How do we know that?  Where is that in the

9    record before me that I can accept that as credible and

10   reliable information that I should rely upon?

11          MR. TOBIN:  These are all footnoted in our brief, your

12   Honor, as the subject of a variety of news reports.  Some of

13   them, to be candid, are from high-level sources who are not

14   named in the document.  Again, your Honor, in the Alabama

15   Department of Corrections case, the Court noted that the

16   material had been released by an undisclosed source previously

17   and considered that as a factor militating in favor of ordering

18   the Government to --

19          THE COURT:  I understand that, but for example, it is

20   one thing for me to look at what has now been unsealed, which

21   is the inventory which lists what the Government says it took.

22   I can consider that and I would consider that reliable

23   evidence.

24          No disrespect to your clients, but just because a

25   newspaper reporter says that an anonymous source says that the

Pauline A. Stipes, Official Federal Reporter

```
 1   National Archives says such and such, I don't know how much
 2   weight I can or should give to that.
 3        MR. TOBIN:  Well, if we were having a trial, of
 4   course, your Honor, there would be evidentiary problems, but
 5   under the test, the test is what information is public as
 6   compared to the sealed record.  What we are asking the Court to
 7   do is to lay that information down by the sealed record and
 8   consider that in the weight of the presumption of public
 9   access, which is part of the test.
10        THE COURT:  Do you agree that there is a distinction
11   to be drawn between what may have been made public that the
12   Government knows, that the Government knows X fact is now
13   public, but how the Government knows that fact is not yet
14   public.  Do you agree there can be a distinction drawn there
15   that may inform the analysis that I have to make?
16        MR. TOBIN:  Well, to give a perhaps real hypothetical,
17   confidential source X at the National Archives told the
18   Department of Justice or the FBI that classified information,
19   including signals intelligence, was found within the boxes.
20        The identity of the source is one fact, the fact that
21   they reported classified information in the National Archives
22   is another fact.  In this hypothetical I would say the
23   Government has a better argument to say that the identity of
24   that source should not be revealed if it would compromise -- if
25   they can satisfy you that at this point in the investigation it
```

Pauline A. Stipes, Official Federal Reporter

1    would cause a significant credible harm, or a credible harm,

2    but not the information that the National Archives had that

3    information in its possession in those boxes.  Those are two

4    different things.

5            THE COURT:  Okay.  I understand.  Thank you.

6            MR. TOBIN:  The same thing, your Honor, for the

7    National Archives and Records Administration found information

8    that was torn up and needed to be taped together, that the

9    Department of Justice served a subpoena on former President

10   Trump, that officials at the Department of Justice, including

11   their chief of counter intelligence and export control, met

12   with President Trump's attorneys Christina Bobb and Evan

13   Corcoran.  I believe that is information that Ms. Bobb has

14   provided to the media.  If that is in the affidavit, that ought

15   to be unsealed.

16           During the June meeting, the former president stopped

17   by, but he didn't answer any questions.  During the June

18   meeting the group toured the facilities at Mar-a-Lago.  The

19   Department of Justice representative subsequently sent Attorney

20   Corcoran an email instructing him to further secure the area.

21           One of the former president's lawyers made a

22   representation in a letter to the Department of Justice that

23   all materials marked as classified and held in storage at

24   Mar-a-Lago had been turned over.  The Department of Justice

25   subpoenaed surveillance footage of the storage area showing

Pauline A. Stipes, Official Federal Reporter

1    that boxes were being moved.

2            The Department of Justice interviewed many current and

3    former Trump employees, and those are just a sampling of the

4    information, your Honor, there is more in our briefing, but

5    that is a sampling of the information that is public, and we

6    believe that the Court needs -- ought to take that into account

7    when it goes back and reviews the affidavit and ought to ask

8    the questions of the Government to justify their burden under

9    the compelling needs standard.

10           Your Honor, I think we have touched on just about

11   everything else that I would argue.  I would note that there is

12   no Eleventh Circuit case, Eleventh Circuit case on the

13   unsealing of search warrant affidavits.  We would ask the Court

14   to look to the Eighth Circuit for that guidance, your Honor,

15   the Gunn case.

16           You know, we recognize, your Honor, as I said, that in

17   all likelihood in a line-by-line analysis there is going to be

18   some information that the Government will be able to justify

19   under its compelling needs standard for certain bits of

20   information, but we are confident, in part because the

21   Government has already told the Court, and given the

22   information that is already public, that the Court could apply

23   the rigorous burden on the Government and release portions of

24   those records.

25           Your Honor, I will conclude and then be happy to

Pauline A. Stipes, Official Federal Reporter

1    answer questions.  Where I started, the raid on Mar-a-Lago by

2    the FBI is already one of the most significant law enforcement

3    events in the nation's history.  The Court could not find more

4    compelling circumstances and the public could not have a more

5    compelling interest in ensuring maximum transparency over this

6    event and any further proceedings in this Court involving the

7    serious allegations against a former president.

8         THE COURT:  Thank you, Mr. Tobin.  I think you have

9    answered all of my questions, I appreciate your time.

10        Who is next, Mr. Moon or Ms. King?

11        MR. TOBIN:  Your Honor, I am sorry, just a brief

12   statement by other media counsel.

13        THE COURT:  No problem.  Come to the lectern, please,

14   remove your mask and introduce yourself to the court reporter

15   if you are going to speak.

16        MS. McELROY:  Good afternoon, your Honor, Dana McElroy

17   on behalf of the New York Times, CBS, the Miami Herald, and

18   Times Publishing.  We would adopt Mr. Tobin's excellent

19   arguments on behalf of those clients.

20        THE COURT:  Thank you very much, Ms. McElroy.

21        MS. SHULLMAN:  Good afternoon again, your Honor,

22   Deanna Shullman of Shullman Fugate on behalf of the Wall Street

23   Journal and ABC.  On behalf of those media intervenors I would

24   also adopt Mr. Tobin's arguments.

25        I just wanted to make one point of procedure that I

Pauline A. Stipes, Official Federal Reporter

```
 1    hope doesn't get lost.  It's a product of our Local Rules
 2    5.4(c), but in all of these cases, and I practice in this
 3    district for 22 years, all we get to know is sealed entry on
 4    the docket, and that is consistent with 5.4(c), so that is not
 5    a complaint.
 6              I would ask the Court to be mindful of that in this
 7    case.  For example, there are a number of sealed entries that
 8    we don't necessarily know are associated with the warrant
 9    application and probable cause affidavit that we have been
10    spending the most time on.  So, I would ask the Court, and I
11    think all of the other media intervenors have asked the Court
12    to look at all documents that are under seal.
13              So, to the extent there are other things besides what
14    Mr. Tobin has talked at length about, I would ask that the
15    Court review those as well to ensure not only that the
16    documents remain under seal, but that the individual
17    information within those documents remain under seal, too.
18              I would ask, no judge has ever had done this, it would
19    be enormously helpful to the press if we could get a notation
20    on the docket, motion to seal, affidavit, something that lets
21    us know.  It may prevent us from being here as often as we
22    might otherwise be, but it is at your discretion, your Honor,
23    because Rule 5.4 does not require you to do that.
24              THE COURT:  I will ask you to call your friendly
25    member of the local rules committee.  Perhaps you can get them
```

Pauline A. Stipes, Official Federal Reporter

1    to convince the Court that the Court should amend that local

2    rule, but I hear you.

3          MS. SHULLMAN:  Don't you worry, your Honor, I have

4    tried.

5          THE COURT:  I'm sure you have.  Thank you very much, I

6    appreciate it.

7          I can say this without violating anything that is

8    under seal.  There is nothing substantive under seal in this

9    case.  There are some motions, for example, to seal pleadings

10   by the Government that have now subsequently been unsealed.

11   That may be what you are seeing, but there is nothing

12   substantive that I am considering here today, other than the

13   affidavit itself, that remains under seal.

14         MS. SHULLMAN:  Thank you.

15         THE COURT:  Mr. Reeder, good afternoon.

16         MR. REEDER:  Good afternoon, Judge, thank you.  I

17   represent the Palm Beach Post, and the Post adopts the

18   compelling arguments of Mr. Tobin.

19         I do have a question that has been running through my

20   mind sitting here.  When the probable cause affidavit was

21   presented to the Court with the request by the Government that

22   a warrant issue, was that a proceeding at which there was

23   testimony or a record made that would be in addition to the

24   probable cause affidavit itself?

25         THE COURT:  I will just refer you to Federal Rule of

Pauline A. Stipes, Official Federal Reporter

 1    Criminal Procedure 41, which says, if, in addition to what is

 2    in the written affidavit, there is any other information

 3    provided to the Court it has to be memorialized by either using

 4    a court reporter or a tape recording.

 5            My practice is, I make the Government amend the

 6    affidavit so that all information that the Court considers is

 7    in the written affidavit.

 8            I hope that answers your question.

 9            Ms. King, I think you are up.  If I can take a second,

10    I want to congratulate you on your recent election as the

11    President of the National Association of Criminal Defense

12    Lawyers for our local Bar.  That is a really significant

13    achievement and I want to congratulate you for that.

14            *MS. KING:*  I appreciate those words, Judge, thank you.

15            Your Honor, today I am here on behalf of the Florida

16    Center for Government Accountability.  It's an agency which

17    provides support and assistance for citizens and investigative

18    journalists working for Government transparency.

19            I adopt fully Mr. Tobin's arguments, we are in

20    alignment on what was said and what has been pled in the

21    documents before the Court.  So I would just make a couple of

22    points.

23            The balancing analysis in this particular case tips in

24    favor of at least some public release.  We do not dispute that

25    the Government has an interest, particularly in a case this hot

                Pauline A. Stipes, Official Federal Reporter

```
 1    as far as potential threat to witnesses.

 2              We do not dispute those aspects of it, nor do we

 3    dispute what the Court raised as far as process, in other

 4    words, revealing anything that could jeopardize their

 5    investigation.

 6              That being said, we oppose blanket restrictions,

 7    particularly under an argument that it would be cumbersome to

 8    the Government because that doesn't comport with a narrowly

 9    tailored analysis.

10              I would point out that Footnote 1 of the Government's

11    response, on page one, the Government recognizes not only the

12    common Government practice of doing just that, in other words

13    redacting Government documents, but they actually make the

14    suggestion that they are willing to conduct that process in

15    this very case by saying if the Court is inclined to release

16    certain information, please let us redact or propose redactions

17    first.

18              So, Government is unwieldy, you know, typically termed

19    a bureaucracy, so the cumbersome aspect of what may be proposed

20    should not militate against disclosure if that is appropriate.

21              So, we would advocate for a particularized review line

22    by line, as Mr. Tobin indicated and the law supports, because

23    that is the mechanism by which the public has at least the

24    information it can have provided.  That's all, Judge.

25              THE COURT:  Thank you very much, Ms. King, I
```

 1    appreciate it.

 2            Mr. Moon.

 3        *MR. MOON:*  Thank you, your Honor, it is a pleasure to

 4    be here before you today.  I represent Judicial Watch, which is

 5    a non-profit educational organization seeking to promote

 6    transparency, accountability, and integrity in Government and

 7    fidelity to the rule of law.

 8            Your Honor, I am not going to reiterate a lot of the

 9    arguments you heard.  We certainly join with the substantive

10    arguments made by Mr. Tobin and Ms. King as well.

11            I wanted to address a couple of the arguments that we

12    heard here today.  Your Honor, the DOJ has already acknowledged

13    the fact that this is an unusual situation.  You heard counsel

14    argue that they never unseal search warrants, so already this

15    early in the case they are acting differently because of the

16    magnitude, because of the gravity of the issues that are in

17    play.  This is not business as usual and it shouldn't be

18    treated as such.

19            All parties acknowledge, your Honor, that there is a

20    balancing test that has to occur, and we understand the problem

21    with the Catch 22 argument, how can they possibly do this.

22    Your Honor, we already know the answer to that.  You are the

23    gate keeper.  We, unfortunately, have to put all of our trust

24    in you.  I shouldn't say unfortunately, I'd say gladly so

25    because many of us have a lot of confidence in our judicial

```
 1    system and the decisions that are made.  We certainly cannot
 2    imagine another type of case where you would not be looking at
 3    this with a very critical eye with respect to what should be
 4    unsealed and what needs to remain sealed.  We certainly
 5    acknowledge the gravity of the concerns that the Government has
 6    raised with respect to ongoing criminal investigations and
 7    national security matters.
 8          Your Honor, I can tell you personally, as someone that
 9    actually held a top secret ESI clearance, that stuff is
10    incredibly dangerous if it is leaked, so we understand that.
11          Your Honor, I don't think anybody here is asking that
12    the floodgates be opened, concerns be damned, just give us
13    everything.  What we are asking, your Honor, is that you
14    adhere, and we know that you will, to your responsibility and,
15    indeed, your mandate to be our gatekeeper, to look at line by
16    line what are they actually telling us needs to be -- needs to
17    remain under seal.
18          Your Honor, we heard the argument that releasing this
19    information could pose a threat to the investigation.  What
20    does that mean, your Honor?  We can't determine what that could
21    possibly mean, only you can.  Is the threat a small one?  Does
22    it mean that one particular witness might be inconvenienced?
23    Does it mean that one particular type of investigatory tool
24    might be jeopardized in some way, small or large?  We just
25    don't know.  Only you can make that determination.
```

Pauline A. Stipes, Official Federal Reporter

1          So, we simply reiterate that we ask you to do that for

2     us, your Honor, because we have to put that trust in you.

3          With respect to the burden that we heard about, your

4     Honor, in this particular case, I believe the balancing here of

5     what the burden should be is relatively light.  The reason for

6     that, your Honor, is we have already had, thankfully -- and we

7     do thank the DOJ for doing that, unsealing the search warrant

8     and now some related documents.

9          Your Honor, the burden that is imposed by going line

10    by line on the affidavit, which let's say it is 150 pages, is

11    really minimal in what the large construct of what the issues

12    are in this case.

13         I thought I heard that there was a reference to we

14    don't want to get into a situation where we are having to do

15    this all the time.  Your Honor, in reality, what is before you,

16    as you mentioned, is what is in front of you, and that is this

17    particular affidavit.  Frankly, it is the Government's job to

18    be doing this kind of stuff, and here we do believe that the

19    burden would be minimal.

20         *THE COURT:*  Let me also pose this to you.  I think you

21    and a number of your colleagues have, rightly so, pointed out

22    that this case is unique and that it has -- there is

23    substantial national and international interest in the ongoing

24    investigation, which on the one hand means it is very important

25    that the public, your argument, have as much information as the

 1    public can have so that the public can be informed.

 2            But don't you also -- would you agree that the high

 3    profile nature of the case and the high profile nature of the

 4    reported subjects of the case will also cut in favor of making

 5    sure the Government is able to conduct an investigation that is

 6    untainted, where they can access the information they need from

 7    the sources they need so they can make an informed prosecutive

 8    decision?  Would you agree that the public is also served in

 9    that regard?

10        MR. MOON:  What I would say to that is this, your

11    Honor:  We, sitting here without being able to review the

12    documents, can't say exactly what is going to cause a potential

13    threat to that investigation.  We trust your judgment with

14    respect that you are going to take a look at that.  We simply

15    remind you -- not that we need to -- but we just simply remind

16    you, please take a close look at this, and it is not just

17    because the law mandates it.  It is because in the broader

18    prospect of what is going on in the body politic, by doing so,

19    and be seen to be doing so enforces confidence in the judicial

20    system.

21            If there were simply a blanket seal of this document,

22    with no -- or what does not seem to be a critical analysis line

23    by line of what should be redacted, that does not enforce

24    confidence in the judicial system.  As we have seen, what

25    unfortunately happens in this void of information it is

1   easily and quickly filled by those that would be happy to give

2   you whatever truth you want.

3          The only antiseptic to that is the actual truth and as

4   much of it as we can get as quickly as we can get it, your

5   Honor.

6          *THE COURT:*  Let me ask you this.  I should have asked

7   Mr. Tobin since he was speaking for the majority of the folks

8   to start with.

9          If I am hearing you all correctly, you would not

10  object -- if I were to conclude that the affidavit should not

11  be sealed in its entirety, that the Government, at least as I

12  sit here today, has not persuaded me that it be sealed in its

13  entirety, the Government requested leave at that point to

14  submit their proposed redactions, do you object to me giving

15  them that opportunity?

16         *MR. MOON:*  You absolutely should, your Honor.  I think

17  that is totally consistent with what your mandate is here.

18         Your Honor, the other point I'd make about that is, we

19  did hear argument made by the Government that, well, there is

20  no purpose to be served.  With all due respect, it is not

21  really their decision to tell us what purpose is served.  The

22  information gets released and people will do with it what they

23  will do with it.

24         They are going to do that anyway, but at least if we

25  know that the system has been seen to be fair, has been seen to

 1    be actually taking the role of reviewing these documents as our

 2    gatekeeper seriously, then I think you do a service to not only

 3    the investigation, but also to the public that needs to know.

 4          And so, finally, your Honor, the only thing I would

 5    add, there were some comments about information that is already

 6    out in the public, and you made some comments or observations

 7    about what can I really rely on.

 8          Your Honor, once again, you will know whether that

 9    information is right or wrong.  For example, if there is a

10    particular news item out there that such and such confidential

11    informant gave X bit of information, you're going to see in the

12    affidavit whether that information lines up or not.  If it is

13    not in the affidavit, it doesn't matter.

14          THE COURT:  That is a dangerous path to go down

15    because I don't have encyclopedic knowledge of everything that

16    is in the media, on Twitter, on Facebook, and everywhere else

17    in the world.  Once I start to go down the road of do I know if

18    this fact is public or not, it is an endless spiral.

19          MR. MOON:  It's a good point, your Honor, and frankly,

20    none of us can keep up with all of the different news

21    information or confidential sources or whatever.

22          With this particular proceeding in front of you, what

23    I would simply say is to focus on this particular -- news items

24    that were relied upon by the media interests and, of course, I

25    don't speak for them, they can speak for themselves, but I

```
 1    would say, limit it to just take a look at that.

 2              If you want to fashion your order with respect to,

 3    well, you know, I don't know if this should be let out or not,

 4    but I see here that this particular news article that was

 5    relied on by the media intervenor said X, well, that sure lines

 6    up, or no, it doesn't, that might be a factor that you can take

 7    into, your Honor.

 8              THE COURT:  Okay.

 9              MR. MOON:  We do have confidence, your Honor, just

10    reiterating that we are not in any way minimizing what the

11    interests are that the Government has, we are simply saying

12    that that balancing test, you have to look really closely

13    because the public not only needs, but would be well served by

14    seeing justice administered fairly here.

15              THE COURT:  Thank you very much, Mr. Moon.

16              Mr. Tobin, I raised a few issues possibly with your

17    colleagues.  If you wanted to be heard on anything new that was

18    raised, I will give you that opportunity.

19              MR. TOBIN:  Yes, your Honor.  I would agree with Mr.

20    Moon, it is wholly appropriate if the Court asks the

21    Government, as they have offered, for their idea on the

22    redactions, and then I would go one step further and ask the

23    Court call them in for a conference on the record, but in an ex

24    parte proceeding, and put them to the test line by line.  I do

25    agree with Mr. Moon's suggestion and the Court's question.
```

1        If I could, your Honor, like my clients, I get paid to

2   be a little nosy sometimes.

3        THE COURT:  That's okay.  I get paid to say no

4   sometimes.

5        MR. TOBIN:  You may shut me down.  Your Honor, Mr.

6   Reeder was asking about any testimony or proceeding in

7   connection with the probable cause affidavit, and I understand

8   the Court's response to him.

9        I would just ask that if there is such a recording or

10  transcript, and there was such a proceeding, I would ask that

11  should be, at least for now, in a sealed docket entry so that

12  at some point, if it does exist, we have a right because that

13  is a judicial record as well.

14       THE COURT:  Again, I think I can say this without

15  disclosing anything I shouldn't disclose.  All the information

16  that the Court relied upon is in the written affidavit.  There

17  were no other factual representations made to the Court that

18  are not in the written affidavit.

19       If that helps you, I hope that helps you.

20       MR. TOBIN:  Thank you, your Honor.

21       THE COURT:  Mr. Bratt, I will give you the last word.

22       I'd welcome you to respond to Mr. Tobin's suggestion

23  about whether I should hold an ex parte proceeding or whether I

24  ought to, if I am inclined, to allow you to file proposed

25  redactions or a brief along with proposed redactions, obviously

1    to be under seal and ex parte.

2         Assuming -- again, I haven't concluded my thoughts

3    here, but I will tell you I am inclined to say that I am not

4    going to seal the entire affidavit, but I will give you a

5    chance to be heard on that.  What is your preferred procedure

6    if I decide to go down that road?

7         MR. BRATT:  I think, your Honor, what would make the

8    most sense is to have us submit the proposed redactions.  We

9    would likely file a not overly lengthy brief that would explain

10   the reasons for them.  If that is not sufficient, I would be

11   happy to come back down here with my colleagues and meet with

12   you in camera and answer any questions that you have.

13        THE COURT:  Thank you for answering that.  I will let

14   you respond to anything else that has been raised.

15        MR. BRATT:  I really have very brief responses.

16   First, with respect to the Alabama lethal injection case that

17   Mr. Tobin raised, that certainly was a civil case, that was not

18   a matter that involves getting access pre-indictment to a

19   search warrant affidavit at an early stage in the proceedings.

20        I think, as counsel recognized, the Eleventh Circuit

21   has not directly ruled on a search warrant affidavit case, and

22   I don't think the Eleventh Circuit -- one can draw from the

23   decision -- from the earlier decision that the Eleventh Circuit

24   would announce a rule that if people have put things in the

25   public realm, that that outweighs the investigative interests

1    in the Government in keeping and protecting the information

2    that is in the search warrant affidavit.

3          I also think --

4          THE COURT:  If I am correct, and I apologize for

5    interrupting you, at least in my research and my review of the

6    pleadings, it seems the only cases I found in the Eleventh

7    Circuit that involved pre-charged search warrants were the

8    Bennett case, the Patel case, I am going to call it the Islam

9    case, the one in the Middle District of Florida, and then the

10   Olympic bombing case.

11         MR. BRATT:  Is there a case C-O-R-C-E-S, is that --

12         THE COURT:  Could be, I don't recall seeing that one.

13   Those four were the ones that I found.

14         MR. BRATT:  There may be one other that starts with an

15   S.

16         THE COURT:  If you want to confer with your colleague,

17   that is fine.

18         MR. BRATT:  We can just submit those.

19         THE COURT:  I agree with you, there is no clear

20   binding statement from the Eleventh Circuit, there is no

21   precedent from the Eleventh Circuit itself, but there are these

22   other District Court cases which I think are well reasoned that

23   address the issue.

24         MR. BRATT:  Right.  With respect to the argument and

25   the comparison with FOIA litigation, if there were FOIA

Pauline A. Stipes, Official Federal Reporter

```
 1    requests -- and I think we have already received FOIA requests
 2    -- there are exemptions that apply to a case in this stage.
 3    FOIA requests deal with matters that have concluded and matters
 4    that are not ongoing.
 5           So, the analogy to the work that the Government has to
 6    do in FOIA cases is certainly not the same, nor does it
 7    require, in responding to a FOIA request, the same nuanced
 8    understanding of the investigation that one would have to have
 9    and that the line prosecutors in this case would have to use,
10    and if the Court asked us to submit redactions, will now likely
11    have to use in making the judgment calls of what really can and
12    cannot be revealed.
13           Last, I found it interesting that at the end of Mr.
14    Tobin's argument he invoked the Gunn decision.  I assume that
15    was only because it stands for the proposition that the First
16    Amendment analysis applies.  I don't think they want to rely on
17    the holding, which I will just take a moment to read to the
18    Court, and I will then give to the Court Reporter the actual
19    portion of the opinion, but this is from Gunn from 855 F.2d, at
20    574.
21           "We have reviewed the District Court's order and hold
22    that the District Court properly concluded that these documents
23    should be kept under seal.  The Government has demonstrated
24    that restricting public access to these documents is
25    necessitated by a compelling Government interest, the ongoing
```

Pauline A. Stipes, Official Federal Reporter

 1    investigation."  Exactly what we have here.

 2            "These documents describe in considerable detail" --

 3    as the sworn affidavit here does -- "the nature, scope, and

 4    direction of the Government's investigation and the individuals

 5    and specific projects involved.  There is a substantial

 6    probability that the Government's ongoing investigation would

 7    be severely compromised if the sealed documents were released.

 8            "We also agree with the District Court's determination

 9    that line by line redaction of the sealed documents was not

10    practicable."

11            That is the summary of the Government's argument, and

12    I would ask the Court to follow Gunn in all of those respects.

13            *THE COURT:*  Just for the record, that is G-U-N-N, a

14    person's name, not gun as in firearm.

15            *MR. BRATT:*  Yes.  Thank you, your Honor.

16            *THE COURT:*  Thank you, Mr. Bratt.

17            Well, here is what I am going to do.  First of all, I

18    acknowledge -- I don't think we are all apart on the law on

19    this.  Honestly, I think both sides pretty much agree what the

20    law is and really the only issue here is how the Court applies

21    the facts to the law.

22            I think we are all in agreement, and I appreciate Mr.

23    Bratt clarifying and conceding this at the beginning of the

24    hearing, it is the Government's burden.  We are all in

25    agreement that I need to give -- if I conclude that the

1   affidavit should not be fully sealed based upon the current

2   record before me, I should give the Government an opportunity

3   to justify why it should be redacted either in whole or in

4   part.

5          First of all, I do find in the record before me that I

6   am not prepared to find that the affidavit should be fully

7   sealed.  I believe, based on my initial careful review of the

8   affidavit many times, that there are portions of it that at

9   least presumptively could be unsealed.

10          Whether those unsealed portions would be meaningful to

11   the media and to the public is for somebody else to decide, but

12   I at least presumptively believe there are portions of this

13   affidavit that can be unsealed, but the Government may disagree

14   with me about some or all of that.  I am going to give the

15   Government a full and fair opportunity to litigate that issue.

16          For purposes of today, I am going to move forward in

17   that way.

18          So, Mr. Bratt and Mr. Gonzalez, how much time would

19   you like to file under seal and ex parte with the Court your

20   proposed redactions, along with any pleading or briefing that

21   you include with it?  I am not going to put a page limit on the

22   briefing that you submit.

23          *MR. BRATT:*  If we could have a week, your Honor.

24          *THE COURT:*  Any objection from the media intervenors

25   if I give the Government until next Thursday at noon to file

Pauline A. Stipes, Official Federal Reporter

1    whatever they are going to file?

2              MR. TOBIN:  No, your Honor.

3              THE COURT:  All right.  I will grant that request from

4    the Government.

5              Next Thursday, which will be August 25th, I believe,

6    24th -- next Thursday, August 25th, twelve o'clock noon Eastern

7    time the Government shall file under seal ex parte its proposed

8    redactions and any briefing that the Government would like to

9    include.

10             I am going to then review those.  If I am in agreement

11   that the Government has met its burden as to the redactions

12   that the Government proposes, I will issue an order accordingly

13   and we will go from there.

14             If I disagree with the Government and I believe there

15   are additional things that the Government wants redacted that I

16   don't believe should be redacted, I will either have an ex

17   parte proceeding with the Government on the record with a court

18   reporter, or I will issue under seal ex parte my proposed

19   redactions, serve it on the Government only, stay the

20   issuance -- or the release of that and give the Government an

21   opportunity to respond.

22             I will decide how I want to do that once I see how far

23   apart the Government may be from wherever I may land.  I may

24   agree with the Government and we will be done.  I may disagree

25   with the Government and I will have to figure out the

                    Pauline A. Stipes, Official Federal Reporter

```
 1    appropriate further proceedings.
 2            At that point, when I conclude my process, we will --
 3    if there is at that point disagreement between the Government
 4    and me over what should be redacted, obviously I win, and I
 5    will enter whatever order I want to enter, but I will stay that
 6    order and seal it to allow the Government, if it wants to seek
 7    appellate review of my decision, to do so.
 8            I want the Government, the media, the public to be
 9    aware this is going to be a considered careful process where
10    everybody's rights, both the Government's and the media's
11    rights are going to be protected here, and if the Government
12    seeks to take an appeal because they don't like my redactions,
13    I will give them that chance.
14            If, once I issue my order, the media doesn't like my
15    redactions, they can take their appeal and we will go from
16    there.
17            With that, let me turn back to the Government.  Mr.
18    Bratt, Mr. Gonzalez, anything else you wanted to raise this
19    afternoon?
20            MR. BRATT:  No, your Honor.  We appreciate the time
21    that the Court is giving us.
22            THE COURT:  Thank you, Mr. Bratt.
23            Mr. Tobin or anyone else from the media side, anything
24    else you wanted to raise with me this afternoon?
25            MR. TOBIN:  No, your Honor.  The order that the Court
```

Pauline A. Stipes, Official Federal Reporter

1  will enter ultimately will be a public order, as much of it as

2  can be?

3          THE COURT:  Ultimately, there will be -- again,

4  assuming the Government doesn't convince me in their pleading

5  that everything ought to be sealed, which maybe they can, but

6  at least as I sit here today they haven't met that burden yet,

7  but assuming there is something to be released at some point in

8  the future, once all appellate review is exhausted by the

9  Government, then that will be a publicly released order.

10         I am going to do a public order today setting forth

11  the procedures I put into place, but at some point, assuming

12  that I believe something ought to be released and the appellate

13  review agrees with me, then the public will get to see some

14  portion of this affidavit.

15         Does that answer your question, Mr. Tobin?

16         MR. TOBIN:  It does.  The part of the case law that

17  says specific findings of fact must be made by the Court is

18  rattling through my brain, so I would ask that the Court -- I

19  know the Court knows the law.  That is what prompted my

20  question, your Honor.

21         THE COURT:  Again, I reflect back on the Eleventh

22  Circuit's opinion in the Kooistra case, K-O-O-I-S-T-R-A, which

23  was cited by Judge Jordan in the Steinger case, where the

24  Eleventh Circuit said, "Findings in a public order as to the

25  need for sealing need not be extensive.  It is sufficient if a

Pauline A. Stipes, Official Federal Reporter

```
 1    reviewing Court is able to determine the Court's findings and
 2    engage in a meaningful appellate review based on what the Court
 3    has said publicly as well as the affidavit itself."
 4            If your question to me is, am I going to do a
 5    line-by-line, paragraph-by-paragraph findings of fact, I doubt
 6    it.  That would take me too long, and if I am going to release
 7    this, I want to get it released.
 8            If I determine the media has a right to get it, I want
 9    to make sure it is released in a timely and appropriate fashion
10    without truncating the Government's ability to protect its
11    legitimate interests.
12            MR. TOBIN:  Thank you, your Honor.
13            THE COURT:  Thank you all.  We will be in recess,
14    everyone.  Thank you very much.
15        (Thereupon, the hearing was concluded.)
16                              *  *  *
17            I certify that the foregoing is a correct transcript
18    from the record of proceedings in the above matter.
19
20        Date:  August 18, 2022
21                    /s/ Pauline A. Stipes, Official Federal Reporter
22                         Signature of Court Reporter
23
24
25
```

Pauline A. Stipes, Official Federal Reporter

```
MR. BRATT: [23]   6/15 7/13
8/16 8/21 10/9 10/19 11/25
13/1 13/8 13/10 15/9 16/20
17/25 19/7 49/6 49/14 50/10
50/13 50/17 50/23 52/14
53/22 55/19
MR. GONZALEZ: [1]   4/12
MR. MOON: [6]   5/15 41/2
44/9 45/15 46/18 47/8
MR. REEDER: [2]   5/12 38/15
MR. TOBIN: [29]   4/20 5/23
6/1 7/16 8/4 21/10 22/21
23/20 23/22 24/6 24/13 25/16
26/2 27/20 28/18 29/1 31/8
32/10 33/2 33/15 34/5 36/10
47/18 48/4 48/19 54/1 55/24
56/15 57/11
MS. KING: [2]   5/17 39/13
MS. McELROY: [2]   4/25 36/15
MS. SHULLMAN: [4]   5/6 36/20
38/2 38/13
THE COURT: [68]
THE COURTROOM DEPUTY: [1]
2/17

-

-- next [1]   54/6

/

/s [1]   57/21

1

101 [1]   1/11
1084 [1]   2/13
11200 [1]   1/11
1231 [1]   11/17
1234 [1]   11/17
12th [1]   1/19
13 [1]   20/5
1304 [1]   24/25
150 [2]   28/2 43/10
1568 [1]   19/24
18 [3]   1/5 19/6 57/20
1909 [1]   1/18
1966 [1]   19/18

2

20 [1]   7/2
200 [1]   2/9
20006 [1]   1/19
202-233-2113 [1]   1/16
202-661-2299 [1]   1/20
2022 [2]   1/5 57/20
20530 [1]   1/15
20th [1]   1/11
2101 [1]   2/2
2113 [1]   1/16
22 [5]   7/2 11/5 11/11 37/3
41/21
22-8332 [1]   3/6
22-MJ-8332-BER [1]   1/3
224 [1]   2/5
2299 [1]   1/20
23 [1]   7/4
24 [1]   19/9
24th [1]   54/6

25th [2]   54/5 54/6
263 [1]   24/25

3

30 [1]   7/5
305-538-6363 [1]   2/10
305-715-7640 [1]   1/12
309 [1]   1/22
31 [1]   7/6
319 [1]   2/12
32 [1]   7/6
3200 [2]   2/9
33 [1]   7/7
33131 [1]   2/10
33172 [1]   1/12
33304 [1]   1/23
33401 [1]   2/13
33411 [1]   2/3
33458 [1]   2/6
3417 [1]   1/23
3434 [1]   2/17
3619 [1]   2/3

4

4006 [1]   2/2
41 [1]   39/1
49 [1]   7/8

5

5.4 [3]   37/2 37/4 37/23
561-429-3619 [1]   2/3
561-803-3434 [1]   2/17
561-833-1084 [1]   2/13
561-953-9790 [1]   2/7
57 [2]   8/9 30/16
574 [1]   51/20
59 [3]   7/10 7/19 8/8

6

626 [1]   11/16
6363 [1]   2/10
66 [1]   7/11
67 [1]   7/11
68 [1]   7/11
696 [1]   24/17

7

7640 [1]   1/12
77.1 [1]   3/10
796 [1]   24/17

8

815 [1]   2/6
8332 [1]   3/6
855 [1]   51/19

9

915 [1]   1/22
92 [1]   9/10
945 [1]   19/24
950 [1]   1/15
954-703-3417 [1]   1/23
9790 [1]   2/7

A

ABC [3]   5/11 7/8 36/23
ability [3]   12/6 13/22 57/10
able [7]   9/22 12/15 21/6

35/18 44/5 44/11 57/1
about [26]   12/5 12/19 13/2
14/16 14/23 16/1 16/15 18/23
20/20 20/22 23/3 23/3 23/11
26/8 30/11 30/15 32/5 35/10
37/14 43/3 45/18 46/5 46/7
48/6 48/23 53/14
about process [1]   23/3
above [1]   57/18
absolutely [1]   45/16
abstract [1]   28/13
absurdum [1]   18/2
accept [2]   30/10 32/9
accepting [1]   22/3
access [21]   9/25 10/1 10/13
15/5 23/6 23/9 23/12 24/11
25/1 25/2 25/5 26/4 26/18
27/5 28/5 28/10 28/18 33/9
44/6 49/18 51/24
accordingly [1]   54/12
account [2]   29/7 35/6
accountability [4]   5/19 7/5
39/16 41/6
achievement [1]   39/13
acknowledge [3]   41/19 42/5
52/18
acknowledged [1]   41/12
acknowledges [1]   8/25
across [3]   9/10 11/1 13/14
acting [1]   41/15
action [2]   24/19 24/20
active [1]   19/12
activity [2]   13/24 24/22
actual [2]   45/3 51/18
actually [4]   40/13 42/9
42/16 46/1
acute [1]   19/4
ad [1]   18/2
add [1]   46/5
addition [3]   29/2 38/23 39/1
additional [2]   29/12 54/15
address [5]   3/8 25/7 30/8
41/11 50/23
addressing [1]   19/8
adhere [1]   42/14
adjacent [1]   3/14
administered [1]   47/14
administration [3]   20/9
21/20 34/7
adopt [3]   36/18 36/24 39/19
adopted [1]   5/22
adopts [1]   38/17
advocate [1]   40/21
affiant [1]   16/14
affidavit [59]
affidavits [4]   15/20 18/10
22/25 35/13
affirmatively [1]   9/15
after [5]   6/7 8/13 11/4 17/7
28/23
afternoon [19]   3/4 3/6 4/13
4/16 4/21 5/1 5/7 5/13 5/16
5/18 5/21 6/16 8/14 36/16
36/21 38/15 38/16 55/19
55/24
again [15]   16/25 17/22 18/5
20/24 22/6 22/8 28/22 31/17
32/14 36/21 46/8 48/14 49/2
```

**A**

again... [2]   56/3 56/21
against [1]   36/7 40/20
agency [1]   39/16
agent [2]   7/22 30/25
agent's [1]   16/10
agents [2]   12/21 13/5
agents' [2]   18/11 18/19
agree [18]   8/15 19/2 23/18
25/14 28/24 31/2 31/4 31/9
33/10 33/14 44/2 44/8 47/19
47/25 50/19 52/8 52/19 54/24
agreement [4]   8/23 52/22
52/25 54/10
agrees [3]   14/25 15/1 56/13
Alabama [6]   24/19 26/20
26/22 26/25 32/14 49/16
Albany [1]   6/24
alignment [1]   39/20
all [42]   3/10 4/6 5/21 8/15
8/18 10/19 15/2 18/8 18/20
20/22 26/2 29/8 30/6 30/12
31/9 32/11 34/23 35/17 36/9
37/2 37/3 37/11 37/12 39/6
40/24 41/19 41/23 43/15 45/9
45/20 46/20 48/15 52/12
52/17 52/18 52/22 52/24 53/5
53/14 54/3 56/8 57/13
allegations [1]   36/7
alleged [2]   22/18 22/20
allow [4]   4/11 4/19 48/24
55/6
allows [1]   11/23
almost [1]   31/4
along [2]   48/25 53/20
already [17]   11/15 22/10
26/7 26/23 26/24 27/14 31/25
31/25 35/21 35/22 36/2 41/12
41/14 41/22 43/6 46/5 51/1
also [20]   6/3 7/9 7/10 8/1
10/13 12/17 20/18 25/8 29/16
30/18 30/19 31/23 36/24
43/20 44/2 44/4 44/8 46/3
50/3 52/8
alternative [1]   29/10
always [2]   24/12 27/23
am [33]   4/8 5/8 9/5 10/7
14/17 16/4 17/7 17/9 17/22
20/13 23/11 30/6 31/3 36/11
38/12 39/15 41/8 45/9 48/24
49/3 49/3 50/4 50/8 52/17
53/6 53/14 53/16 53/21 54/10
54/10 56/10 57/4 57/6
amateur [1]   12/17
amend [2]   38/1 39/5
Amendment [12]   10/4 22/17
23/9 23/16 24/6 24/12 24/21
24/21 25/4 25/10 25/23 51/16
American [2]   5/10 21/18
analogy [1]   51/5
analysis [9]   18/7 25/14
27/20 33/15 35/17 39/23 40/9
44/22 51/16
announce [1]   49/24
anonymize [1]   12/8
anonymous [2]   27/3 32/25
another [7]   9/20 13/3 14/1

answer [6]   17/14 34/17 36/1
41/22 49/12 56/15
answered [2]   24/15 36/9
answering [1]   49/13
answers [1]   39/8
antiseptic [1]   45/3
any [25]   3/12 7/12 7/15 8/3
10/8 16/22 20/12 21/6 21/23
21/24 24/9 24/10 26/18 27/10
27/11 29/12 34/17 36/6 39/2
47/10 48/6 49/12 53/20 53/24
54/8
any additional [1]   29/12
anybody [2]   16/24 42/11
anyone [1]   55/23
anything [11]   9/9 16/5 30/14
31/6 38/7 40/4 47/17 48/15
49/14 55/18 55/23
anyway [1]   45/24
apart [2]   52/18 54/23
apologize [1]   50/4
appeal [2]   55/12 55/15
appearance [1]   4/12
appearances [1]   4/19
appears [1]   27/4
appellate [4]   55/7 56/8
56/12 57/2
application [7]   7/20 8/10
22/17 23/19 25/2 25/24 37/9
applications [1]   9/6
applied [1]   23/25
applies [4]   22/24 23/16
51/16 52/20
apply [4]   10/9 10/10 35/22
51/2
appreciate [10]   6/1 6/13
21/12 22/12 36/9 38/6 39/14
41/1 52/22 55/20
approach [1]   25/25
appropriate [7]   18/4 30/2
30/5 40/20 47/20 55/1 57/9
appropriately [1]   31/17
Archives [8]   20/8 32/5 32/6
33/1 33/17 33/21 34/2 34/7
are [92]
area [4]   18/15 27/21 34/20
34/25
argue [5]   11/13 11/14 31/23
35/11 41/14
arguing [1]   6/2
argument [25]   6/3 6/11 8/21
11/3 12/18 18/1 18/3 22/8
23/3 24/8 26/18 26/21 26/25
27/8 27/17 28/4 33/20 40/7
41/21 42/18 43/25 45/19
50/24 51/14 52/11
arguments [8]   11/18 36/19
36/24 38/18 39/19 41/9 41/10
41/11
arises [1]   30/9
arrive [1]   29/7
article [1]   47/4
articulate [3]   11/12 26/5
31/15
articulated [3]   11/12 11/24
29/9
as [84]

aside [4]   17/24 19/12 20/8
20/9
ask [17]   18/15 23/10 27/6
35/7 35/13 37/6 37/10 37/14
37/18 37/24 43/1 45/6 47/22
48/9 48/10 52/12 56/18
asked [5]   23/10 26/8 37/11
45/6 51/10
asking [7]   15/19 23/1 31/15
33/6 42/11 42/13 48/6
asks [1]   47/20
aspect [1]   40/19
aspects [1]   40/2
assessment [2]   31/2 31/8
asset [1]   29/5
assistance [1]   39/17
Assistant [3]   7/24 8/2 9/12
associated [3]   4/24 7/7 37/8
Association [1]   39/11
assume [3]   14/24 16/17 51/14
assuming [4]   49/2 56/4 56/7
56/11
Atherton [2]   2/5 5/15
attaches [1]   27/5
attention [2]   18/13 20/22
Attorney [6]   4/14 7/25 8/2
9/13 22/12 34/19
Attorney's [2]   1/10 9/8
attorneys [1]   34/12
audience [1]   4/4
audio [2]   3/11 3/17
August [4]   1/5 54/5 54/6
57/20
August 25th [1]   54/5
available [1]   8/13
Avenue [1]   1/15
aware [5]   12/12 12/21 22/1
23/11 55/9
away [1]   15/15

**B**

back [12]   16/21 16/25 18/5
18/9 22/6 28/22 30/8 30/8
35/7 49/11 55/17 56/21
background [2]   16/10 18/11
balance [2]   15/4 29/11
balancing [5]   10/3 39/23
41/20 43/4 47/12
Ballard [2]   1/18 4/22
Bar [1]   39/12
based [4]   22/18 53/1 53/7
57/2
basis [1]   22/25
batting [2]   6/7 6/11
Bay [1]   6/5
be [140]
BEACH [10]   1/2 1/5 2/3 2/6
2/13 2/17 5/14 6/6 7/4 38/17
Beach/Ft [1]   2/17
became [1]   12/22
because [24]   11/6 11/11 12/7
18/11 23/16 26/23 27/13
27/24 32/24 35/20 37/23 40/8
40/22 41/15 41/16 41/25 43/2
44/17 44/17 46/15 47/13
48/12 51/15 55/12
become [2]   19/4 32/3
been [18]   8/8 20/14 22/11

**B**

**been... [15]**   26/24 29/3
30/14 32/2 32/16 32/20 33/11
34/24 37/9 38/10 38/19 39/20
45/25 45/25 49/14
**before [14]**   1/8 3/8 13/2
13/25 17/6 27/22 30/7 30/8
32/9 39/21 41/4 43/15 53/2
53/5
**began [1]**   20/11
**begin [1]**   12/18
**beginning [3]**   16/9 22/9
52/23
**behalf [14]**   5/8 5/17 5/19
6/3 6/6 6/11 6/12 6/17 21/11
36/17 36/19 36/22 36/23
39/15
**being [5]**   9/22 35/1 37/21
40/6 44/11
**believe [13]**   8/15 11/22 13/4
34/13 35/6 43/4 43/18 53/7
53/12 54/5 54/14 54/16 56/12
**Bennett [3]**   10/11 14/15 50/8
**BER [1]**   1/3
**besides [1]**   37/13
**better [2]**   13/10 33/23
**between [7]**   8/24 10/8 11/14
25/9 25/9 33/11 55/3
**binding [1]**   50/20
**Biscayne [1]**   2/9
**bit [2]**   11/11 46/11
**bits [1]**   35/19
**blanket [2]**   40/6 44/21
**blind [2]**   23/4 31/11
**board [1]**   11/1
**Bobb [2]**   34/12 34/13
**body [1]**   44/18
**bombing [2]**   19/17 50/10
**book [1]**   16/25
**both [6]**   4/16 6/15 21/2 25/4
52/19 55/10
**Boulevard [1]**   2/9
**boxes [3]**   33/19 34/3 35/1
**brain [1]**   56/18
**BRATT [15]**   1/13 4/15 6/14
6/16 6/18 8/15 21/8 23/11
28/13 48/21 52/16 52/23
53/18 55/18 55/22
**Bratt's [1]**   27/16
**Bridgestone [1]**   24/25
**brief [7]**   6/10 10/11 32/11
36/11 48/25 49/9 49/15
**briefing [4]**   35/4 53/20
53/22 54/8
**broadcasting [6]**   3/12 3/19
5/3 5/10 6/5 7/2
**broader [1]**   44/17
**Brown [2]**   22/13 26/8
**Brown's [1]**   28/8
**BRUCE [2]**   1/8 3/3
**Budwick [2]**   2/8 5/17
**bullet [1]**   20/5
**burden [25]**   8/16 8/19 11/20
15/14 17/11 17/24 23/24
27/17 27/23 28/3 28/7 29/13
31/3 31/17 31/18 31/18 35/8
35/23 43/3 43/5 43/9 43/19

52/24 54/11 56/6
**bureaucracy [1]**   40/19
**business [2]**   5/4 41/17

**C**

**C—O—R—C—E—S [1]**   50/11
**Cable [1]**   7/3
**call [5]**   4/17 17/16 37/24
47/23 50/8
**calls [1]**   51/11
**camera [2]**   14/18 49/12
**can [44]**   4/8 6/8 10/7 15/8
16/24 25/22 27/8 28/16 29/21
30/19 30/21 31/2 31/17 32/9
32/22 33/2 33/14 33/25 37/25
38/7 39/9 40/24 41/21 42/8
42/21 42/25 44/1 44/1 44/6
44/7 45/4 45/4 46/7 46/20
46/25 47/6 48/14 49/22 50/18
51/11 53/13 55/15 56/2 56/5
**can't [7]**   4/1 15/9 22/4
29/12 29/17 42/20 44/12
**candid [1]**   32/13
**cannot [3]**   22/5 42/1 51/12
**careful [2]**   53/7 55/9
**carries [1]**   22/16
**carry [1]**   26/18
**case [82]**
**case from [1]**   17/5
**cases [22]**   9/10 10/22 14/3
14/12 15/18 18/12 18/20
18/24 20/18 20/21 20/24
21/21 24/9 25/4 25/9 27/22
27/24 28/4 37/2 50/6 50/22
51/6
**catch [4]**   3/20 11/5 11/11
41/21
**cause [16]**   10/3 14/5 21/23
22/18 22/20 22/21 24/5 26/6
26/9 27/14 34/1 37/9 38/20
38/24 44/12 48/7
**caveats [1]**   28/19
**CBS [4]**   5/3 6/4 7/2 36/17
**Center [4]**   2/9 5/19 7/5
39/16
**certain [7]**   12/13 12/14
25/21 26/9 27/19 35/19 40/16
**certainly [12]**   12/8 13/15
14/17 15/16 15/23 18/2 22/24
41/9 42/1 42/4 49/17 51/6
**certify [1]**   57/17
**challenge [1]**   31/20
**chambers [1]**   3/13
**chance [2]**   49/5 55/13
**characterized [1]**   24/17
**charged [1]**   50/7
**CHARLES [3]**   1/17 4/22 21/11
**Chicago [2]**   24/23 24/24
**chief [1]**   34/11
**child [1]**   16/4
**chill [1]**   13/17
**chilling [1]**   20/19
**chooses [2]**   27/9 27/9
**choosing [1]**   11/14
**Christina [1]**   34/12
**Cincinnati [1]**   13/12
**circuit [20]**   9/25 11/10
11/17 11/23 21/2 24/15 24/17

24/21 26/21 29/9 35/12 35/12
35/14 49/20 49/22 49/23 50/7
50/20 50/21 56/24
**Circuit's [1]**   56/22
**circumstances [2]**   29/17 36/4
**cited [8]**   10/11 14/12 14/14
14/14 14/15 16/24 30/18
56/23
**citing [3]**   16/11 16/11 19/5
**citizens [1]**   39/17
**civil [2]**   25/3 49/17
**clarifying [1]**   52/23
**class [1]**   24/19
**classified [4]**   32/7 33/18
33/21 34/23
**cleaning [1]**   6/19
**cleanup [1]**   6/11
**clear [2]**   8/23 50/19
**clearance [1]**   42/9
**cleared [1]**   19/19
**clearly [1]**   4/8
**Clematis [1]**   2/12
**Clerk [2]**   8/9 8/12
**client [3]**   6/6 6/11 6/12
**clients [6]**   4/20 6/2 6/4
32/24 36/19 48/1
**close [1]**   44/16
**closed [2]**   3/25 20/1
**closely [1]**   47/12
**closer [1]**   13/7
**CNN [1]**   4/23
**Code [1]**   16/24
**colleague [1]**   50/16
**colleagues [4]**   23/14 43/21
47/17 49/11
**collectively [1]**   4/17
**Columbia [1]**   9/13
**come [12]**   4/5 4/5 8/20 13/17
14/12 15/11 17/6 17/6 18/5
19/9 36/13 49/11
**comes [2]**   30/7 30/8
**Comey [1]**   29/24
**comments [2]**   46/5 46/6
**Commissioner [1]**   26/20
**committee [1]**   37/25
**common [10]**   9/25 10/1 10/13
23/9 23/12 24/5 24/11 25/23
29/8 40/12
**Company [10]**   4/23 5/3 5/4
5/5 5/9 5/10 7/3 7/6 7/7
24/24
**compared [1]**   33/6
**comparison [1]**   50/25
**compelling [17]**   10/5 10/16
10/17 23/23 24/5 26/6 26/9
27/13 29/5 29/6 31/15 35/9
35/19 36/4 36/5 38/18 51/25
**complaint [1]**   37/5
**complete [1]**   11/6
**comport [1]**   40/8
**compromise [2]**   13/21 33/24
**compromised [1]**   52/7
**computer [2]**   17/18 17/20
**computers [1]**   17/18
**conceal [1]**   29/19
**concede [1]**   28/13
**conceding [1]**   52/23
**concern [4]**   12/20 13/16 17/8

**C**

**concern... [1]**   17/10
**concerned [2]**   20/20 20/22
**concerns [2]**   42/5 42/12
**conclude [5]**   14/19 35/25
45/10 52/25 55/2
**concluded [5]**   17/4 49/2 51/3
51/22 57/15
**conclusion [2]**   14/13 15/11
**conduct [3]**   16/15 40/14 44/5
**conducting [1]**   28/15
**confer [1]**   50/16
**conference [1]**   47/23
**confidence [4]**   41/25 44/19
44/24 47/9
**confident [1]**   35/20
**confidential [3]**   33/17 46/10
46/21
**confirmed [1]**   20/12
**congratulate [2]**   39/10 39/13
**conjunction [1]**   11/19
**connection [1]**   48/7
**consider [6]**   11/23 14/2 19/1
32/22 32/22 33/8
**considerable [1]**   52/2
**considered [3]**   11/19 32/17
55/9
**considering [1]**   38/12
**considers [2]**   14/10 39/6
**consistent [2]**   37/4 45/17
**consolidated [3]**   11/2 19/14
20/4
**constantly [1]**   15/19
**constitutional [3]**   23/13
25/1 25/2
**construct [1]**   43/11
**Contempt [1]**   3/22
**contents [1]**   11/7
**context [4]**   25/3 25/3 30/9
31/22
**control [1]**   34/11
**convenience [1]**   5/25
**convince [2]**   38/1 56/4
**cooperate [1]**   13/17
**copies [1]**   7/20
**copy [1]**   17/18
**Corces [1]**   14/15
**Corcoran [2]**   34/13 34/20
**core [4]**   18/19 18/20 18/24
19/2
**correct [3]**   20/15 50/4 57/17
**Corrections [2]**   26/20 32/15
**correctly [1]**   45/9
**could [19]**   12/18 13/6 13/21
17/13 18/4 18/13 21/25 26/23
35/22 36/3 36/4 37/19 40/4
42/19 42/20 48/1 50/12 53/9
53/23
**counsel [6]**   4/4 4/19 6/9
36/12 41/13 49/20
**counter [1]**   34/11
**country [1]**   9/10
**couple [4]**   6/19 9/7 39/21
41/11
**course [5]**   9/6 9/7 13/11
33/4 46/24
**court [116]**

**Court and [1]**   6/10
**Court's [14]**   3/10 5/25 17/7
20/16 25/24 31/18 31/19
31/21 31/22 47/25 48/8 51/21
52/8 57/1
**courtroom [5]**   3/10 3/20 3/21
3/23 4/2
**courtrooms [1]**   3/13
**Courts [5]**   14/2 15/11 15/19
30/2 30/3
**cover [2]**   7/25 8/11
**credible [3]**   32/9 34/1 34/1
**criminal [14]**   7/25 8/11 9/22
10/15 10/25 19/12 20/10 21/4
24/15 25/3 25/5 39/1 39/11
42/6
**critical [2]**   42/3 44/22
**cumbersome [2]**   40/7 40/19
**current [2]**   35/2 53/1
**currently [1]**   16/5
**cut [1]**   44/4

**D**

**D.C [3]**   1/15 1/19 27/21
**damned [1]**   42/12
**DANA [3]**   1/21 5/2 36/16
**dangerous [2]**   42/10 46/14
**dark [1]**   25/20
**Date [1]**   57/20
**dates [1]**   12/9
**Datura [1]**   2/5
**day [2]**   28/6 31/1
**deal [2]**   23/14 51/3
**dealing [3]**   27/24 28/1 30/6
**DEANNA [3]**   2/1 5/7 36/22
**decide [4]**   26/16 49/6 53/11
54/22
**decided [1]**   10/12
**decides [1]**   28/22
**decision [9]**   20/16 29/8
31/12 44/8 45/21 49/23 49/23
51/14 55/7
**decision-making [1]**   31/12
**decisions [2]**   30/3 42/1
**Defense [1]**   39/11
**definitely [1]**   18/10
**definition [1]**   16/16
**definitions [1]**   16/12
**deftly [1]**   23/15
**demonstrated [1]**   51/23
**denied [1]**   20/12
**department [14]**   1/14 17/11
20/10 20/11 20/12 26/20
32/15 33/18 34/9 34/10 34/19
34/22 34/24 35/2
**depending [1]**   25/12
**describe [1]**   52/2
**described [3]**   12/13 25/22
27/10
**describes [1]**   16/9
**description [1]**   17/16
**descriptions [1]**   15/21
**detail [1]**   52/2
**detailed [1]**   12/2
**determination [2]**   42/25 52/8
**determine [3]**   42/20 57/1
57/8
**determined [1]**   15/8

**determines [1]**   26/15
**did [10]**   6/25 9/13 10/15
13/4 19/21 22/22 29/23 30/13
30/14 45/19
**didn't [1]**   34/17
**difference [1]**   25/18
**different [7]**   13/19 16/2
23/12 23/21 25/15 34/4 46/20
**differentiate [1]**   17/5
**differently [2]**   25/11 41/15
**difficult [3]**   17/1 17/2 17/4
**direct [1]**   8/9
**direction [1]**   52/4
**directly [2]**   11/24 49/21
**disagree [3]**   53/13 54/14
54/24
**disagreement [1]**   55/3
**discern [2]**   12/6 12/15
**disclose [2]**   48/15
**disclosed [1]**   16/20
**disclosing [3]**   11/14 16/5
48/15
**disclosure [2]**   17/4 40/20
**discounts [1]**   20/19
**discretion [1]**   37/22
**discussing [1]**   29/4
**dispute [3]**   39/24 40/2 40/3
**disrespect [1]**   32/24
**distinct [1]**   17/11
**distinction [5]**   10/8 25/8
25/9 33/10 33/14
**district [17]**   1/1 1/1 3/1
3/2 3/13 4/14 9/9 9/13 11/10
19/16 21/3 37/3 50/9 50/22
51/21 51/22 52/8
**districts [2]**   9/10 21/3
**DIVISION [3]**   1/2 1/14 4/15
**do [48]**   8/3 8/5 8/15 8/17
12/18 16/4 18/7 18/17 20/13
23/1 23/18 24/9 24/14 25/14
28/3 28/13 30/18 31/1 31/16
32/8 33/7 33/10 33/14 37/23
38/19 39/24 40/2 40/2 41/21
43/1 43/7 43/14 43/18 45/14
45/22 45/23 45/24 46/2 46/17
47/9 47/24 51/6 52/17 53/5
54/22 55/7 56/10 57/4
**docket [19]**   6/23 6/24 7/1
7/1 7/2 7/4 7/4 7/6 7/6 7/7
7/8 7/10 7/11 7/18 8/8 8/9
37/4 37/20 48/11
**Doctrine [1]**   10/1
**document [5]**   11/20 24/18
28/2 32/14 44/21
**documents [17]**   8/4 22/10
22/15 27/25 37/12 37/16
37/17 39/21 40/13 43/8 44/12
46/1 51/22 51/24 52/2 52/7
52/9
**documents is [1]**   51/24
**does [16]**   9/4 12/6 16/22
24/7 28/4 37/23 42/20 42/21
42/23 44/22 44/23 48/12 51/6
52/3 56/15 56/16
**doesn't [10]**   15/3 15/4 15/11
26/16 37/1 40/8 46/13 47/6
55/14 56/4
**doing [8]**   3/20 5/4 31/14

**D**

**doing... [5]**  40/12 43/7 43/18 44/18 44/19
**DOJ [2]**  41/12 43/7
**don't [25]**  11/22 18/2 23/15 23/18 24/10 26/11 28/2 30/12 31/4 33/1 37/8 38/3 42/11 42/25 43/14 44/2 46/15 46/25 47/3 49/22 50/12 51/16 52/18 54/16 55/12
**done [6]**  14/20 14/25 15/1 21/3 37/18 54/24
**doors [1]**  3/24
**doorways [1]**  3/14
**doubt [1]**  57/5
**Dow [2]**  5/8 7/7
**down [7]**  4/1 33/7 46/14 46/17 48/5 49/6 49/11
**draw [2]**  18/12 49/22
**drawing [1]**  17/3
**drawn [2]**  33/11 33/14
**Drive [1]**  1/22
**due [1]**  45/20
**during [4]**  3/23 4/3 34/16 34/17

**E**

**each [2]**  6/9 29/24
**earlier [3]**  17/1 30/10 49/23
**early [4]**  10/25 20/2 41/15 49/19
**easily [2]**  10/6 45/1
**easily and [1]**  45/1
**Eastern [1]**  54/6
**easy [1]**  30/23
**edify [1]**  16/22
**educational [1]**  41/5
**effect [1]**  20/19
**effort [2]**  19/16 19/20
**efforts [1]**  8/13
**Eighth [1]**  35/14
**either [7]**  23/17 23/19 25/23 26/4 39/3 53/3 54/16
**election [1]**  39/10
**elevators [1]**  3/14
**Eleventh [19]**  9/24 11/10 11/17 11/23 24/14 24/17 24/21 26/21 29/9 35/12 35/12 49/20 49/22 49/23 50/6 50/20 50/21 56/21 56/24
**else [8]**  15/21 35/11 46/16 49/14 53/11 55/18 55/23 55/24
**email [1]**  34/20
**employees [2]**  28/8 35/3
**encyclopedic [1]**  46/15
**end [2]**  23/20 51/13
**endless [1]**  46/18
**endorse [1]**  15/23
**enforce [1]**  44/23
**enforcement [1]**  36/2
**enforces [1]**  44/19
**engage [1]**  57/2
**enormously [1]**  37/19
**ensure [1]**  37/15
**ensuring [1]**  36/5
**enter [3]**  55/5 55/5 56/1

**entertain [1]**  27/9
**entire [3]**  17/18 31/22 49/4
**entirety [2]**  45/11 45/13
**entitled [1]**  26/15
**entries [2]**  7/11 37/7
**entry [17]**  6/23 6/24 7/1 7/2 7/2 7/4 7/4 7/6 7/6 7/7 7/8 7/10 7/19 8/8 8/9 37/3 48/11
**environs [1]**  3/12
**equates [1]**  24/5
**equipment [1]**  3/11
**equities [2]**  10/23 11/1
**escorted [1]**  3/21
**ESI [1]**  42/9
**especially [2]**  25/5 30/15
**ESQ [6]**  1/17 1/21 2/1 2/4 2/8 2/11
**essentially [3]**  15/2 17/6 17/16
**establish [1]**  25/18
**evaluated [1]**  25/11
**Evan [1]**  34/12
**even [10]**  10/4 10/11 10/12 11/23 12/4 12/19 13/10 16/11 19/12 27/3
**event [1]**  36/6
**events [1]**  36/3
**ever [1]**  37/18
**every [2]**  17/6 31/12
**everybody [1]**  22/9
**everybody's [1]**  55/10
**everyone [5]**  3/4 3/9 4/3 8/13 57/14
**everything [6]**  15/7 25/20 35/11 42/13 46/15 56/5
**everywhere [1]**  46/16
**evidence [2]**  14/6 32/23
**evident [1]**  31/16
**evidentiary [1]**  33/4
**evidently [1]**  30/21
**ex [10]**  29/15 30/14 30/16 47/23 48/23 49/1 53/19 54/7 54/16 54/18
**exactly [3]**  29/23 44/12 52/1
**example [7]**  16/9 30/22 32/4 32/19 37/7 38/9 46/9
**examples [1]**  16/3
**excellent [1]**  36/18
**except [3]**  4/4 15/7 23/21
**exemptions [1]**  51/2
**exercise [2]**  17/3 27/18
**exhausted [1]**  56/8
**Exhibit [1]**  30/16
**exist [1]**  48/12
**explain [1]**  49/9
**explicit [1]**  16/15
**export [1]**  34/11
**extensive [2]**  15/1 56/25
**extent [1]**  37/13
**extract [3]**  17/20 27/19 27/19
**eye [1]**  42/3

**F**

**F.2d [3]**  24/17 24/25 51/19
**F.Supp [1]**  19/24
**F.Supp.2d [1]**  11/17
**Facebook [1]**  46/16

**facilities [1]**  34/18
**fact [12]**  20/8 20/9 20/14 33/12 33/13 33/20 33/20 33/22 41/13 46/18 56/17 57/5
**factor [4]**  14/1 14/1 32/17 47/6
**factors [8]**  10/4 10/22 11/5 12/1 18/6 21/1 26/6 29/9
**facts [2]**  10/10 52/21
**factual [1]**  48/17
**fair [3]**  16/7 45/25 53/15
**fairly [2]**  27/12 47/14
**faith [1]**  31/12
**familiar [2]**  11/8 12/14
**far [4]**  31/14 40/1 40/3 54/22
**fashion [2]**  47/2 57/9
**favor [3]**  32/17 39/24 44/4
**FBI [4]**  12/21 21/22 33/18 36/2
**Federal [3]**  27/22 38/25 57/21
**few [2]**  29/25 47/16
**fidelity [1]**  41/7
**figure [2]**  30/23 54/25
**file [8]**  30/13 30/14 48/24 49/9 53/19 53/25 54/1 54/7
**filed [8]**  6/23 6/24 7/10 7/11 8/2 8/8 22/11 30/15
**filing [1]**  30/16
**filings [1]**  7/12
**filled [1]**  45/1
**final [1]**  21/9
**finally [1]**  46/4
**Financial [1]**  2/9
**find [6]**  12/19 16/25 23/16 36/3 53/5 53/6
**finding [1]**  23/1
**findings [5]**  11/12 56/17 56/24 57/1 57/5
**fine [1]**  50/17
**firearm [1]**  52/14
**Firestone [1]**  24/25
**firm [3]**  4/22 5/2 5/14
**first [21]**  3/9 8/19 10/4 15/7 15/8 23/9 23/16 24/6 24/11 24/20 24/21 25/4 25/10 25/23 30/12 31/9 40/17 49/16 51/15 52/17 53/5
**FL [8]**  1/5 1/12 1/23 2/3 2/6 2/10 2/13 2/17
**flip [1]**  26/13
**floodgates [1]**  42/12
**Floor [1]**  1/19
**FLORIDA [7]**  1/1 3/2 4/15 5/19 7/5 39/15 50/9
**flying [1]**  23/4
**focus [1]**  46/23
**FOIA [8]**  27/22 28/4 50/25 50/25 51/1 51/3 51/6 51/7
**folks [1]**  45/7
**follow [3]**  10/6 28/12 52/12
**followed [1]**  10/13
**following [1]**  19/6
**footage [1]**  34/25
**Footnote [1]**  40/10
**footnoted [1]**  32/11
**force [1]**  22/25

**F**

foregoing [1]   57/17
former [9]   19/24 21/24 21/24
 32/4 34/9 34/16 34/21 35/3
 36/7
forms [1]   3/10
formula [1]   26/22
Fort [1]   1/23
forth [1]   56/10
forward [3]   9/22 13/17 53/16
found [11]   10/14 14/5 14/7
 22/20 24/10 24/21 33/19 34/7
 50/6 50/13 51/13
four [4]   3/8 3/19 20/18
 50/13
Fourth [1]   22/16
frankly [4]   24/1 28/3 43/17
 46/19
friendly [1]   37/24
front [2]   43/16 46/22
Ft [1]   2/17
Fugate [3]   2/1 5/8 36/22
full [2]   30/9 53/15
fully [3]   39/19 53/1 53/6
fulsome [2]   29/19 30/11
further [4]   34/20 36/6 47/22
 55/1
future [5]   15/17 17/11 20/19
 20/24 56/8

**G**

G-U-N-N [1]   52/13
gained [1]   27/1
Galardi [2]   2/5 5/15
Garland [1]   22/12
gate [1]   41/23
gatekeeper [3]   31/11 42/15
 46/2
gave [1]   46/11
general [2]   22/12 28/25
generic [1]   15/21
Georgia [1]   19/16
get [24]   17/21 19/3 19/4
 19/17 19/20 22/9 23/6 24/2
 24/4 25/19 25/19 29/17 37/1
 37/3 37/19 37/25 43/14 45/4
 45/4 48/1 48/3 56/13 57/7
 57/8
gets [2]   23/25 45/22
getting [1]   49/18
gibberish [2]   15/3 15/3
give [17]   15/12 18/2 21/8
 33/2 33/16 42/12 45/1 47/18
 48/21 49/4 51/18 52/25 53/2
 53/14 53/25 54/20 55/13
given [2]   14/8 35/21
gives [1]   16/3
giving [2]   45/14 55/21
gladly [1]   41/24
go [16]   9/22 12/1 14/18
 16/24 16/25 16/25 17/19 18/9
 27/17 27/18 46/14 46/17
 47/22 49/6 54/13 55/15
goes [2]   16/21 35/7
going [36]   3/25 5/21 6/9
 6/10 11/3 15/19 17/13 17/17
 17/18 17/19 17/20 20/13 22/6

23/20 35/17 36/15 41/8 43/9
 44/12 44/14 44/18 45/24
 46/11 49/4 50/8 52/17 53/14
 53/16 53/21 54/1 54/10 55/9
 55/11 56/10 57/4 57/6
GONZALEZ [7]   1/10 4/14 6/14
 22/13 28/7 53/18 55/18
good [26]   3/4 4/13 4/16 4/21
 5/1 5/7 5/13 5/16 5/18 5/21
 6/16 10/3 16/3 22/3 22/4
 23/5 24/5 26/6 26/9 27/13
 31/12 36/16 36/21 38/15
 38/16 46/19
got [2]   18/23 27/3
Government [107]
Government to [1]   32/18
Government's [23]   7/9 8/7
 8/21 9/24 10/17 13/18 17/9
 17/24 18/21 19/4 24/17 25/25
 28/6 31/14 31/18 40/10 43/17
 52/4 52/6 52/11 52/24 55/10
 57/10
Governmental [1]   24/20
governs [2]   9/25 10/2
Graddick [1]   24/16
Grand [4]   13/23 13/25 30/22
 30/23
grant [2]   8/7 54/3
granting [1]   21/13
gravity [2]   41/16 42/5
greater [1]   21/25
greatest [1]   22/25
greatly [1]   22/12
group [1]   34/18
guard [1]   19/18
guidance [1]   35/14
gun [1]   52/14
Gunn [4]   35/15 51/14 51/19
 52/12

**H**

had [9]   23/14 25/1 26/23
 30/25 32/16 34/2 34/24 37/18
 43/6
hallways [1]   3/14
hand [1]   43/24
happened [1]   16/2
happens [2]   9/11 44/25
happy [4]   8/20 35/25 45/1
 49/11
harm [3]   15/6 34/1 34/1
has [56]   8/8 8/16 9/3 9/16
 10/5 10/24 11/10 13/20 13/24
 14/4 16/23 16/24 17/6 19/11
 19/12 20/12 21/4 22/22 24/15
 25/2 25/18 26/7 26/8 27/14
 28/20 29/9 30/14 31/4 32/2
 32/3 32/20 33/23 34/13 35/21
 37/14 37/18 38/19 39/3 39/20
 39/25 40/23 41/12 41/20 42/5
 43/22 45/12 45/25 45/25
 47/11 49/14 49/21 51/5 51/23
 54/11 57/3 57/8
hasn't [1]   11/24
have [89]
haven't [2]   49/2 56/6
having [3]   13/7 33/3 43/14
he [6]   11/9 11/10 11/17

34/17 45/7 51/14
hear [9]   4/8 8/18 8/20 11/4
 11/21 17/12 21/9 38/2 45/19
heard [8]   41/9 41/12 41/13
 42/18 43/3 43/13 47/17 49/5
hearing [5]   13/8 27/23 45/9
 52/24 57/15
heavily [2]   17/12 19/15
heightened [7]   8/25 9/1 9/14
 9/19 21/15 26/5 30/24
held [4]   14/13 25/1 34/23
 42/9
help [3]   6/8 22/9 31/3
helpful [1]   37/19
helps [2]   48/19 48/19
her [1]   6/11
Herald [3]   5/4 6/5 36/17
herded [1]   5/24
here [38]   3/6 3/25 5/8 9/21
 10/2 10/12 12/11 18/10 18/13
 18/21 21/16 22/6 25/22 25/25
 28/1 28/22 37/21 38/12 38/20
 39/15 41/4 41/12 42/11 43/4
 43/18 44/11 45/12 45/17 47/4
 47/14 49/3 49/11 52/1 52/3
 52/17 52/20 55/11 56/6
high [6]   22/10 28/11 29/25
 32/13 44/2 44/3
high-level [1]   32/13
highest [1]   23/24
him [2]   34/20 48/8
himself [1]   32/4
his [2]   6/12 22/12
historic [2]   21/14 21/21
historical [2]   19/23 21/7
history [1]   36/3
hold [3]   15/17 48/23 51/21
holders [1]   21/19
holding [2]   3/13 51/17
HON [1]   2/16
Honestly [1]   52/19
Honor [90]
HONORABLE [2]   1/8 3/3
hope [3]   37/1 39/8 48/19
hot [1]   39/25
hour [1]   13/2
hours [1]   19/9
house [1]   6/19
housekeeping [1]   7/18
how [11]   18/23 25/18 25/25
 32/8 33/1 33/13 41/21 52/20
 53/18 54/22 54/22
hundreds [2]   9/5 27/24
hurt [1]   15/3
hypothetical [2]   33/16 33/22

**I**

I'd [4]   8/20 41/24 45/18
 48/22
I'm [5]   5/2 5/14 13/6 16/17
 38/5
idea [1]   47/21
identified [3]   9/16 10/23
 19/10
identifiers [2]   7/24 8/1
identify [1]   4/9
identities [4]   12/6 12/16
 18/18 18/18

**I**

**identity [2]** 33/20 33/23
**imagine [1]** 42/2
**immediate [2]** 29/2 29/3
**immediately [1]** 27/12
**impact [1]** 20/22
**impeded [1]** 9/23
**implied [1]** 8/7
**importance [1]** 21/14
**important [7]** 9/20 19/9 24/2
  24/2 26/11 26/17 43/24
**imposed [1]** 43/9
**imposes [1]** 15/14
**inadvertently [1]** 16/5
**inappropriate [1]** 30/12
**Inc [2]** 5/3 5/10
**incident [1]** 13/11
**inclined [4]** 18/17 40/15
  48/24 49/3
**include [2]** 53/21 54/9
**including [4]** 3/13 32/7
  33/19 34/10
**inconvenienced [1]** 42/22
**incredibly [1]** 42/10
**indeed [2]** 22/22 42/15
**independent [1]** 31/8
**indicated [2]** 7/19 40/22
**indictment [7]** 25/10 25/10
  25/12 25/13 25/15 25/16
  49/18
**individual [1]** 37/16
**individuals [1]** 52/4
**influence [1]** 20/16
**inform [1]** 33/15
**informant [1]** 46/11
**information [63]**
**informed [2]** 44/1 44/7
**infringes [1]** 24/20
**infringing [1]** 24/22
**initial [1]** 53/7
**initially [1]** 19/18
**injection [1]** 49/16
**injections [1]** 26/22
**inmates [1]** 24/19
**inquiries [1]** 31/22
**instructed [1]** 3/24
**instructing [1]** 34/20
**integrity [2]** 28/14 41/6
**intelligence [2]** 33/19 34/11
**interest [33]** 9/1 9/1 9/14
  9/19 9/20 9/21 9/21 10/5
  10/16 10/18 18/21 18/25 21/5
  21/7 21/14 21/17 21/25 22/2
  22/11 22/14 22/16 24/22 25/5
  25/11 25/11 27/13 28/17 29/5
  29/6 36/5 39/25 43/23 51/25
**interested [1]** 24/1
**interesting [1]** 51/13
**interests [6]** 15/12 19/4
  46/24 47/11 49/25 57/11
**interference [2]** 14/3 21/6
**international [1]** 43/23
**internet [1]** 12/18
**interrupting [1]** 50/5
**intervenor [1]** 47/5
**intervenors [12]** 1/17 4/17
  7/15 8/24 19/10 19/14 20/6

21/10 21/12 36/23 37/11
  53/24
**intervention [1]** 21/13
**interviewed [2]** 12/10 35/2
**introduce [1]** 36/14
**inventory [1]** 32/21
**investigation [31]** 10/15
  10/25 12/4 13/18 13/22 14/3
  14/11 15/15 16/10 19/12
  19/25 20/2 20/11 21/4 21/5
  28/14 28/16 29/24 29/24
  31/22 33/25 40/5 42/19 43/24
  44/5 44/13 46/3 51/8 52/1
  52/4 52/6
**investigations [2]** 9/22 42/6
**investigative [5]** 12/4 13/20
  18/19 39/17 49/25
**investigatory [1]** 42/23
**invite [1]** 30/13
**invited [1]** 29/14
**invoked [1]** 51/14
**involved [4]** 19/16 19/17
  50/7 52/5
**involves [1]** 49/18
**involving [1]** 36/6
**is [282]**
**Islam [2]** 14/14 50/8
**issuance [1]** 54/20
**issue [15]** 19/1 23/14 23/19
  24/15 27/2 27/2 27/4 29/21
  38/22 50/23 52/20 53/15
  54/12 54/18 55/14
**issues [3]** 41/16 43/11 47/16
**it [144]**
**it's [5]** 11/18 12/20 37/1
  39/16 46/19
**item [3]** 29/5 29/5 46/10
**items [5]** 9/16 27/6 27/10
  27/10 46/23
**iteration [1]** 28/22
**iterative [1]** 30/1
**its [14]** 4/12 10/25 20/2
  21/15 22/24 29/12 31/3 34/3
  35/19 45/11 45/12 54/7 54/11
  57/10
**itself [8]** 11/20 13/1 15/15
  16/23 38/13 38/24 50/21 57/3

**J**

**JAMES [2]** 2/8 5/16
**JAY [3]** 1/13 4/15 6/16
**jeopardize [1]** 40/4
**jeopardized [1]** 42/24
**Jewel [2]** 19/18 20/1
**job [3]** 28/6 28/9 43/17
**join [1]** 41/9
**Jones [2]** 5/9 7/7
**Jordan [3]** 11/9 30/19 56/23
**Journal [3]** 5/9 13/4 36/23
**journalists [1]** 39/18
**journalists working [1]**
  39/18
**JUAN [1]** 1/10
**judge [11]** 1/8 5/13 10/12
  10/12 11/9 30/19 37/18 38/16
  39/14 40/24 56/23
**judges [1]** 21/2
**judgment [2]** 44/13 51/11

**judicial [8]** 5/17 6/24 10/2
  41/4 41/25 44/19 44/24 48/13
**judiciary [1]** 27/22
**jumping [1]** 4/1
**June [2]** 34/16 34/17
**Jury [4]** 13/23 13/25 30/23
  30/23
**just [30]** 6/19 9/16 13/16
  16/21 17/14 18/9 19/5 20/23
  21/17 26/11 27/17 28/5 32/24
  35/3 35/10 36/11 36/25 38/25
  39/21 40/12 42/12 42/24
  44/15 44/16 47/1 47/9 48/9
  50/18 51/17 52/13
**justice [13]** 1/14 20/10
  20/11 20/12 21/20 33/18 34/9
  34/10 34/19 34/22 34/24 35/2
  47/14
**justifiably [1]** 25/22
**justifies [1]** 20/7
**justify [3]** 35/8 35/18 53/3

**K**

**K-O-O-I-S-T-R-A [1]** 56/22
**keep [3]** 3/24 10/17 46/20
**keeper [1]** 41/23
**keeping [2]** 10/24 50/1
**kept [1]** 51/23
**kind [4]** 6/7 22/7 26/5 43/18
**KING [9]** 2/11 2/12 5/18 5/20
  6/10 36/10 39/9 40/25 41/10
**know [35]** 4/18 4/19 5/11 9/8
  11/7 11/22 11/22 11/22 17/17
  22/1 28/2 30/15 30/21 31/13
  31/13 32/2 32/4 32/5 32/8
  33/1 35/16 37/3 37/8 37/21
  40/18 41/22 42/14 42/25
  45/25 46/3 46/8 46/17 47/3
  47/3 56/19
**knowledge [2]** 12/14 46/15
**known [1]** 19/24
**knows [5]** 16/13 33/12 33/12
  33/13 56/19
**Kooistra [1]** 56/22

**L**

**Lago [4]** 14/7 34/18 34/24
  36/1
**land [2]** 24/12 54/23
**large [2]** 42/24 43/11
**largely [2]** 30/2 30/3
**last [10]** 8/19 11/2 13/12
  14/1 19/9 22/13 29/25 32/2
  48/21 51/13
**later [4]** 8/14 19/19 28/23
  29/21
**Lauderdale [1]** 1/23
**law [28]** 2/12 4/22 5/2 5/14
  5/19 9/25 10/1 10/13 11/23
  21/2 23/9 23/11 23/12 24/5
  24/11 25/23 29/4 29/8 30/18
  36/2 40/22 41/7 44/17 52/18
  52/20 52/21 56/16 56/19
**lawsuit [1]** 24/19
**lawyers [2]** 34/21 39/12
**lay [1]** 33/7
**leaked [1]** 42/10
**least [11]** 9/7 20/1 39/24

**L**

least... [8]  40/23 45/11
45/24 48/11 50/5 53/9 53/12
56/6
leave [2]  3/23 45/13
leaving [1]  15/20
lectern [5]  4/5 4/6 4/7 8/20
36/13
left [1]  15/2
legitimate [3]  18/21 28/16
57/11
length [1]  37/14
lengthy [2]  12/3 49/9
lens [1]  31/21
less [3]  19/4 20/3 24/1
let [16]  3/8 4/11 4/18 4/19
14/23 23/10 25/7 26/13 28/12
30/6 40/16 43/20 45/6 47/3
49/13 55/17
let's [2]  14/24 43/10
lethal [2]  26/22 49/16
lets [1]  37/20
letter [1]  34/22
level [3]  8/23 23/24 32/13
light [5]  8/6 9/14 31/23
31/25 43/5
like [11]  17/23 21/21 24/16
28/11 29/14 31/14 48/1 53/19
54/8 55/12 55/14
likelihood [1]  35/17
likely [6]  9/2 11/3 12/4
12/15 49/9 51/10
limit [2]  47/1 53/21
limited [1]  25/2
line [20]  17/3 29/5 29/5
35/17 35/17 40/21 40/22
42/15 42/16 43/9 43/10 44/22
44/23 47/24 47/24 51/9 52/9
52/9 57/5 57/5
line redaction [1]  52/9
line-by-line [2]  35/17 57/5
lines [2]  46/12 47/5
list [1]  24/19
lists [1]  32/21
litigate [2]  27/22 53/15
litigation [1]  50/25
little [4]  13/7 13/7 14/21
48/2
live [3]  3/18 3/18 12/17
LLP [1]  1/18
local [3]  37/1 37/25 38/1
39/12
LoCicero [2]  1/21 5/2
logic [1]  31/21
long [2]  23/25 57/6
look [12]  10/22 18/7 18/13
18/20 32/20 35/14 37/12
42/15 44/14 44/16 47/1 47/12
looking [3]  10/11 16/15 42/2
looks [3]  21/1 21/1 29/14
lost [1]  37/1
lot [8]  6/21 16/7 18/22 23/2
27/22 32/3 41/8 41/25

**M**

M-O-O-N [1]  5/17
made [19]  11/4 11/18 16/21
20/10 22/25 25/9 26/25 30/16
32/1 32/3 33/11 34/21 38/23
41/10 42/1 45/19 46/6 48/17
56/17
MAGISTRATE [1]  1/8
magnitude [1]  41/16
maintaining [1]  28/14
majority [1]  45/7
make [24]  4/12 4/19 6/9 6/20
6/21 8/12 11/6 15/15 27/8
28/3 29/15 31/2 31/6 31/7
33/15 36/25 39/5 39/21 40/13
42/25 44/7 45/18 49/7 57/9
makes [2]  9/1 25/8
making [6]  18/2 22/7 29/8
31/12 44/4 51/11
mandate [2]  42/15 45/17
mandates [1]  44/17
many [8]  8/23 9/12 12/17
14/3 18/11 35/2 41/25 53/8
map [1]  12/3
Mar [4]  14/7 34/18 34/24
36/1
Mar-a-Lago [4]  14/7 34/18
34/24 36/1
marked [1]  34/23
Marshals [2]  3/20 3/24
MARTIN [2]  2/4 5/13
mask [5]  4/3 4/7 4/8 4/9
36/14
material [3]  26/9 30/24
32/16
materials [6]  9/17 23/7
27/11 28/5 32/6 34/23
matter [11]  7/18 9/14 18/16
19/15 20/17 28/14 28/25 32/5
46/13 49/18 57/18
matters [6]  3/8 6/19 22/7
42/7 51/3 51/3
maximum [1]  36/5
may [32]  4/7 12/14 12/21
13/17 15/5 15/9 15/21 17/6
18/3 20/14 20/15 20/15 25/11
25/15 25/20 25/21 28/22
30/20 30/24 31/19 33/11
33/15 37/21 38/11 40/19 48/5
50/14 53/13 54/23 54/23
54/23 54/24
maybe [4]  12/9 16/11 17/14
56/5
McClatchy [2]  5/4 7/6
McELROY [4]  1/21 5/2 36/16
36/20
McElroy's [1]  6/4
me [35]  3/8 4/11 4/19 4/19
11/4 11/23 14/23 14/24 16/3
19/1 19/7 23/10 25/18 28/12
30/6 30/7 30/8 30/12 32/9
32/20 43/20 45/6 45/12 45/14
48/5 53/2 53/5 53/14 55/4
55/17 55/24 56/4 56/13 57/4
57/6
mean [5]  12/25 42/20 42/21
42/22 42/23
meaningful [5]  10/8 16/12
16/23 53/10 57/2
meaningless [4]  15/2 15/3
15/6 15/13
means [3]  3/11 3/17 43/24
mechanism [1]  40/23
media [27]  4/17 4/18 6/9
7/15 8/3 8/24 11/22 15/4
19/10 19/14 20/5 21/10 21/12
21/17 34/14 36/12 36/23
37/11 46/16 46/24 47/5 53/11
53/24 55/8 55/14 55/23 57/8
media's [3]  15/12 18/25
55/10
meet [5]  10/6 11/20 29/12
31/3 49/11
meeting [2]  34/16 34/18
meets [2]  31/7 31/17
Meland [2]  2/8 5/17
member [1]  37/25
memorialized [1]  39/3
memos [1]  29/24
mentioned [2]  28/20 43/16
met [3]  34/11 54/11 56/6
methods [3]  18/19 19/3 28/15
Miami [5]  1/12 2/10 5/4 6/5
36/17
microphone [1]  13/7
Middle [2]  1/22 50/9
midst [1]  10/15
might [5]  10/9 37/22 42/22
42/24 47/6
militate [1]  40/20
militating [1]  32/17
mind [1]  38/20
mindful [1]  37/6
mine [1]  25/25
minimal [2]  43/11 43/19
minimizing [1]  47/10
missed [1]  6/22
MJ [1]  1/3
moment [4]  28/11 28/20 29/25
51/17
MOON [7]  2/8 5/16 6/12 36/10
41/2 47/15 47/20
Moon's [1]  47/25
mooted [1]  6/25
more [7]  14/17 23/3 25/2
26/14 35/4 36/3 36/4
Moreover [2]  24/23 26/19
morning [1]  16/3
most [4]  30/3 36/2 37/10
49/8
motion [11]  1/7 7/23 7/25
8/7 8/10 8/16 9/18 17/10
24/16 28/23 37/20
motions [1]  38/9
move [3]  13/6 13/9 53/16
moved [1]  35/1
Mr [48]  5/22 6/6 6/12 6/14
6/14 6/18 8/15 20/1 21/8
21/10 22/13 22/13 23/11 26/8
27/16 28/7 28/8 28/13 36/8
36/10 36/18 36/24 37/14
38/15 38/18 39/19 40/22 41/2
41/10 45/7 47/15 47/16 47/19
47/25 48/5 48/21 48/22 49/17
51/13 52/16 52/22 53/18
53/18 55/17 55/18 55/22
55/23 56/15
Ms [1]  36/10
Ms. [7]  6/4 6/10 34/13 36/20

**M**

Ms.... [3]  39/9 40/25 41/10
Ms. Bobb [1]  34/13
Ms. King [4]  6/10 39/9 40/25
41/10
Ms. McElroy [1]  36/20
Ms. McElroy's [1]  6/4
much [17]  4/25 5/6 5/12 6/13
25/19 28/10 33/1 36/20 38/5
40/25 43/25 45/4 47/15 52/19
53/18 56/1 57/14
Mullen [2]  2/5 5/15
Muller [2]  29/23
multiplicity [1]  26/6
must [5]  18/6 18/7 18/7 26/5
56/17
my [25]  4/21 5/1 6/2 8/12
16/25 17/10 23/14 27/20 36/9
38/19 39/5 48/1 49/2 49/11
50/5 50/5 53/7 54/18 55/2
55/7 55/12 55/14 55/14 56/18
56/19

**N**

name [4]  4/21 5/1 7/21 52/14
named [1]  32/14
names [2]  12/22 13/5
NARA [2]  20/9 20/9
narrowly [1]  40/8
narrowness [1]  29/7
nation's [1]  36/3
national [15]  1/14 4/15
19/13 20/8 21/4 32/5 32/6
33/1 33/17 33/21 34/2 34/7
39/11 42/7 43/23
nature [5]  18/4 21/7 44/3
44/3 52/3
NBC [2]  4/23 7/2
near [1]  29/3
necessarily [2]  18/22 37/8
necessarily the [1]  18/22
necessary [1]  17/5
necessitated [1]  51/25
need [15]  10/17 11/12 11/13
23/18 23/23 24/6 26/5 26/9
30/11 44/6 44/7 44/15 52/25
56/25 56/25
need to [1]  52/25
needed [1]  34/8
needs [15]  10/3 14/20 14/25
15/1 29/19 29/19 29/21 35/6
35/9 35/19 42/4 42/16 42/16
46/3 47/13
neighboring [1]  21/3
NELLIE [4]  2/11 2/12 5/18
5/20
Network [1]  7/3
never [6]  9/4 9/9 9/11 9/13
24/15 41/14
nevertheless [1]  18/25
new [5]  5/3 6/4 7/1 36/17
47/17
Newman [1]  24/16
news [9]  4/18 4/23 7/3 21/17
32/12 46/10 46/20 46/23 47/4
newspaper [1]  32/25
next [5]  12/4 36/10 53/25

54/5 54/6
night [1]  11/3
nine [1]  20/4
no [26]  1/3 3/17 3/23 7/17
16/22 19/10 25/19 26/8 26/9
27/13 27/13 30/16 32/24
35/12 36/13 37/18 44/22
45/20 47/6 48/3 48/17 50/19
50/20 54/2 55/20 55/25
nol [1]  28/24
non [1]  41/5
non-profit [1]  41/5
none [1]  46/20
noon [2]  53/25 54/6
Northern [1]  19/16
nosy [1]  48/2
not [97]
notation [1]  37/19
note [2]  19/10 35/11
noted [5]  11/10 11/17 19/25
24/24 32/15
nothing [6]  6/22 14/21 16/3
27/1 38/8 38/11
now [13]  3/2 8/8 9/16 16/23
20/6 22/9 30/15 32/20 33/12
38/10 43/8 48/11 51/10
nuanced [1]  51/7
number [4]  3/6 13/19 37/7
43/21
numerous [1]  15/20
NW [2]  1/11 1/15

**O**

o'clock [1]  54/6
object [4]  8/3 15/24 45/10
45/14
objection [1]  53/24
observations [1]  46/6
obstruction [3]  14/2 14/6
14/6
obviously [8]  21/13 22/15
23/2 27/8 28/2 30/8 48/25
55/4
occur [1]  41/20
occurred [1]  13/25
offered [1]  47/21
office [3]  1/10 9/8 28/8
offices [3]  2/12 3/15 5/19
Official [2]  2/16 57/21
officials [1]  34/10
often [2]  17/15 37/21
oh [1]  18/13
okay [4]  29/1 34/5 47/8 48/3
Olympic [2]  19/17 50/10
omnibus [1]  26/10
once [6]  21/9 46/8 46/17
54/22 55/14 56/8
one [38]  3/17 3/23 7/18 10/5
10/25 12/2 13/15 14/5 14/8
15/10 16/14 17/15 18/9 19/12
19/13 21/4 21/21 23/12 23/12
24/16 28/11 31/12 32/20
33/20 34/21 36/2 36/25 40/11
42/21 42/22 42/23 43/24
47/22 49/22 50/9 50/12 50/14
51/8
ones [1]  50/13
ongoing [9]  10/15 10/24

19/11 21/4 42/6 43/23 51/4
51/25 52/6
online [1]  16/25
only [16]  12/13 17/20 19/23
21/14 37/15 40/11 42/21
42/25 45/3 46/2 46/4 47/13
50/6 51/15 52/20 54/19
open [1]  20/2
opened [1]  42/12
opinion [4]  19/22 19/25
51/19 56/22
opportunity [5]  45/15 47/18
53/2 53/15 54/21
oppose [1]  40/6
opposition [1]  24/18
order [17]  6/7 7/22 8/10
11/12 11/13 29/11 47/2 51/21
54/12 55/5 55/6 55/14 55/25
56/1 56/9 56/10 56/24
ordering [1]  32/17
orderly [1]  3/25
orderly proceeding [1]  3/25
ordinarily [1]  9/4
organization [1]  41/5
other [33]  6/9 6/19 7/12
7/16 7/18 9/10 9/17 13/17
14/6 15/11 15/18 17/6 17/13
20/14 20/23 21/2 21/9 23/7
27/10 27/11 29/25 30/16
36/12 37/11 37/13 38/12 39/2
40/3 40/12 45/18 48/17 50/14
50/22
otherwise [2]  3/18 37/22
ought [6]  34/14 35/6 35/7
48/24 56/5 56/12
our [18]  9/17 10/11 13/21
21/19 22/8 23/2 23/2 24/1
28/9 29/16 32/11 35/4 37/1
39/12 41/23 41/25 42/15 46/1
ourselves [1]  5/24
out [18]  3/21 4/2 6/7 6/25
10/23 13/19 17/13 18/10
18/23 19/3 20/6 30/23 40/10
43/21 46/6 46/10 47/3 54/25
outside [1]  3/19
outweighs [2]  21/6 49/25
over [14]  9/6 9/7 13/9 16/8
19/9 19/22 20/7 22/8 22/8
22/16 32/2 34/24 36/5 55/4
overarching [1]  25/24
overcome [2]  28/4 28/17
overcomes [1]  19/1
overly [3]  18/3 18/12 49/9
oversee [1]  9/10
overtones [2]  19/13 21/5

**P**

PA [1]  2/8
page [3]  15/8 40/11 53/21
pages [4]  20/4 28/2 28/3
43/10
paid [2]  48/1 48/3
PALM [10]  1/2 1/5 2/3 2/6
2/13 2/17 5/14 6/6 7/4 38/17
papers [2]  21/15 26/24
paragraph [6]  14/18 14/19
29/6 29/6 57/5 57/5
paragraph-by-paragraph [1]

**P**

**paragraph-by-paragraph... [1]**
57/5
**Parkway [1]**  2/2
**part [8]**  10/16 23/8 28/5
31/24 33/9 35/20 53/4 56/16
**parte [10]**  29/15 30/14 30/16
47/24 48/23 49/1 53/19 54/7
54/17 54/18
**particular [13]**  13/14 13/15
16/14 18/16 39/23 42/22
42/23 43/4 43/17 46/10 46/22
46/23 47/4
**particularized [1]**  40/21
**particularly [6]**  13/14 21/20
28/10 28/15 39/25 40/7
**parties [4]**  3/9 6/20 8/3
41/19
**Patel [2]**  14/13 50/8
**path [2]**  24/2 46/14
**Pauline [2]**  2/16 57/21
**Pennsylvania [1]**  1/15
**people [12]**  4/1 4/5 11/22
12/13 12/15 12/18 15/18
20/14 20/22 21/18 45/22
49/24
**perhaps [4]**  14/25 16/10
33/16 37/25
**perimeter [1]**  19/7
**permit [1]**  19/21
**person [4]**  18/14 18/14 30/22
31/1
**person's [1]**  52/14
**personal [1]**  12/19
**personally [1]**  42/8
**personnel [1]**  3/15
**persuaded [1]**  45/12
**persuades [1]**  21/22
**pertaining [1]**  19/23
**photography [1]**  3/11
**Pierce [1]**  2/17
**PL [1]**  1/21
**place [5]**  3/12 20/23 23/20
24/13 56/11
**PLAINTIFF [1]**  1/10
**play [1]**  41/17
**pleading [3]**  8/7 53/20 56/4
**pleadings [3]**  6/21 38/9 50/6
**please [5]**  3/5 13/6 36/13
40/16 44/16
**pleasure [1]**  41/3
**pled [1]**  39/20
**PLLC [1]**  2/1
**point [19]**  16/21 17/1 17/13
17/14 19/5 20/1 30/10 30/10
33/25 36/25 39/9 40/10 45/13
45/18 46/19 48/12 55/2 55/3
56/7 56/11
**pointed [2]**  18/9 43/21
**points [2]**  20/5 39/22
**politic [1]**  44/18
**political [1]**  13/14
**pornography [1]**  16/4
**portion [2]**  51/19 56/14
**portions [4]**  35/23 53/8
53/10 53/12
**pose [3]**  14/10 42/19 43/20

**position [7]**  9/24 10/20 11/6
17/9 24/4 27/16 27/19
**possession [1]**  34/3
**possible [1]**  14/2
**possibly [3]**  41/21 42/21
47/16
**post [9]**  4/23 5/14 6/6 7/4
25/10 25/12 25/15 38/17
38/17
**potential [2]**  40/1 44/12
**potentially [2]**  24/20 24/22
**powerful [1]**  21/16
**practicable [2]**  14/11 52/10
**practice [6]**  9/8 15/23 27/21
37/2 39/5 40/12
**pre [5]**  25/10 25/12 25/15
49/18 50/7
**pre-charged [1]**  50/7
**pre-indictment [4]**  25/10
25/12 25/15 49/18
**precedence [1]**  18/6
**precedent [5]**  15/18 17/1
17/2 22/2 50/21
**preference [1]**  29/16
**preferred [1]**  49/5
**preliminary [1]**  3/8
**prepared [1]**  53/6
**present [1]**  6/11
**presented [1]**  38/21
**presenting [1]**  6/3
**preserved [1]**  29/21
**president [8]**  21/24 21/24
32/4 34/9 34/12 34/16 36/7
39/11
**president's [1]**  34/21
**presiding [1]**  3/3
**press [5]**  4/24 7/8 20/15
23/6 37/19
**presumption [6]**  22/19 22/24
26/17 27/5 28/10 33/8
**presumptions [1]**  26/4
**presumptive [1]**  23/8
**presumptively [2]**  53/9 53/12
**pretty [2]**  30/23 52/19
**prevent [1]**  37/21
**previously [2]**  20/20 32/16
**principally [1]**  28/1
**principle [3]**  14/13 25/14
28/25
**print [1]**  4/18
**prison [1]**  24/19
**probability [1]**  52/6
**probable [9]**  14/5 21/23
22/18 22/20 22/21 37/9 38/20
38/24 48/7
**probably [2]**  22/6 23/6
**problem [3]**  26/1 36/13 41/20
**problems [1]**  33/4
**procedure [3]**  36/25 39/1
49/5
**procedures [1]**  56/11
**proceed [2]**  21/6 22/7
**proceeding [12]**  3/25 22/1
22/10 23/7 28/23 38/22 46/22
47/24 48/6 48/10 48/23 54/17
**proceedings [12]**  1/7 3/19
3/24 4/4 8/14 25/6 29/22
29/25 36/6 49/19 55/1 57/18

**proceeds [1]**  13/22
**process [11]**  23/3 29/14
29/15 29/19 30/1 31/11 31/13
40/3 40/14 55/2 55/9
**product [1]**  37/1
**profile [2]**  44/3 44/3
**profit [1]**  41/5
**prohibited [1]**  3/16
**projects [1]**  52/5
**promote [1]**  41/5
**prompted [1]**  56/19
**proof [2]**  8/19 23/24
**properly [1]**  51/22
**property [1]**  13/5
**propose [1]**  40/16
**proposed [8]**  40/19 45/14
48/24 48/25 49/8 53/20 54/7
54/18
**proposes [1]**  54/12
**proposing [1]**  7/19
**proposition [1]**  51/15
**pros [1]**  28/24
**prosecuting [1]**  17/21
**prosecution [3]**  3/21 22/7
28/23
**prosecutive [1]**  44/7
**prosecutors [1]**  51/9
**prospect [1]**  44/18
**protect [2]**  18/24 57/10
**protected [1]**  55/11
**protecting [1]**  50/1
**protection [2]**  12/10 30/24
**protocol [1]**  17/17
**protocols [1]**  26/22
**provide [3]**  12/3 12/6 28/9
**provided [3]**  34/14 39/3
40/24
**provides [1]**  39/17
**public [59]**
**public rights [1]**  23/12
**public's [1]**  28/5
**publicly [2]**  56/9 57/3
**publishes [1]**  5/9
**Publishing [2]**  5/5 36/18
**purely [1]**  14/4
**purpose [3]**  16/22 45/20
45/21
**purposes [3]**  17/10 24/7
53/16
**put [12]**  21/15 24/3 28/8
30/13 31/11 31/13 41/23 43/2
47/24 49/24 53/21 56/11
**puts [2]**  11/5 28/7
**putting [2]**  17/24 19/12

**Q**

**Quantico [1]**  18/14
**question [8]**  17/3 23/10
38/19 39/8 47/25 56/15 56/20
57/4
**questions [5]**  34/17 35/8
36/1 36/9 49/12
**quickly [3]**  27/12 45/1 45/4
**quote [1]**  19/22
**quoting [1]**  19/6

**R**

**raid [1]**  36/1

**R**

**raise [2]** 55/18 55/24
**raised [7]** 28/12 40/3 42/6 47/16 47/18 49/14 49/17
**rattling [1]** 56/18
**RE [3]** 1/4 3/7 19/15
**reached [2]** 30/2 30/3
**read [3]** 11/2 22/2 51/17
**reads [1]** 12/2
**real [3]** 12/20 13/15 33/16
**reality [1]** 43/15
**really [18]** 9/15 10/8 10/20 11/5 16/22 19/3 20/19 23/19 27/1 31/6 39/12 43/11 45/21 46/7 47/12 49/15 51/11 52/20
**realm [1]** 49/25
**reason [1]** 43/5
**reasonably [2]** 12/3 12/5
**reasoned [1]** 50/22
**reasons [3]** 23/5 31/15 49/10
**recall [1]** 50/12
**receipts [1]** 13/5
**received [3]** 6/20 12/24 51/1
**recent [1]** 39/10
**recently [1]** 9/17
**recess [2]** 3/16 57/13
**recognize [1]** 35/16
**recognized [1]** 49/20
**recognizes [1]** 40/11
**record [16]** 11/6 11/25 27/5 29/20 30/13 32/9 33/6 33/7 38/23 47/23 48/13 52/13 53/2 53/5 54/17 57/18
**recording [5]** 3/11 3/17 3/18 39/4 48/9
**records [6]** 10/2 20/9 24/16 25/5 34/7 35/24
**recovered [1]** 32/6
**redact [6]** 12/9 14/9 15/20 18/11 18/15 40/16
**redacted [19]** 7/20 7/21 7/24 8/1 8/10 8/11 8/11 13/3 14/8 14/20 15/7 18/4 19/21 31/6 44/23 53/3 54/15 54/16 55/4
**redacting [1]** 40/13
**redaction [1]** 52/9
**redactions [18]** 8/4 14/23 14/25 15/1 15/16 40/16 45/14 47/22 48/25 48/25 49/8 51/10 53/20 54/8 54/11 54/19 55/12 55/15
**REEDER [6]** 2/4 2/5 5/13 5/15 38/15 48/6
**Reeder's [1]** 6/6
**refer [1]** 38/25
**reference [1]** 43/13
**referenced [1]** 7/13
**references [1]** 13/24
**referral [2]** 20/10 32/5
**reflect [1]** 56/21
**regard [3]** 19/2 30/17 44/9
**regardless [1]** 28/3
**REINHART [2]** 1/8 3/3
**reiterate [2]** 41/8 43/1
**reiterating [1]** 47/10
**rejected [2]** 26/19 26/21
**related [1]** 43/8

**relatively [1]** 43/5
**release [8]** 22/15 29/3 29/11 35/23 39/24 40/15 54/20 57/6
**released [14]** 13/3 13/4 26/23 26/24 27/12 30/4 32/16 45/22 52/7 56/7 56/9 56/12 57/7 57/9
**releases [1]** 26/17
**releasing [3]** 10/14 27/1 42/18
**reliable [2]** 32/10 32/22
**relied [3]** 46/24 47/5 48/16
**rely [4]** 19/15 32/10 46/7 51/16
**remain [9]** 14/22 15/22 18/8 23/8 25/22 37/16 37/17 42/4 42/17
**remaining [1]** 27/11
**remains [2]** 25/20 38/13
**remind [3]** 3/9 44/15 44/15
**remove [6]** 4/7 4/7 7/21 7/24 8/1 36/14
**replete [1]** 13/24
**replies [1]** 7/10
**reply [4]** 11/2 11/2 19/14 20/4
**reported [2]** 33/21 44/4
**reporter [10]** 2/16 4/10 29/20 32/25 36/14 39/4 51/18 54/18 57/21 57/22
**reports [1]** 32/12
**represent [6]** 4/22 5/3 10/16 21/17 38/17 41/4
**representation [2]** 8/6 34/22
**representations [1]** 48/17
**representative [1]** 34/19
**representing [1]** 5/14
**request [3]** 38/21 51/7 54/3
**requested [2]** 9/17 45/13
**requests [3]** 51/1 51/1 51/3
**require [2]** 37/23 51/7
**required [1]** 29/11
**requires [1]** 29/4
**research [1]** 50/5
**residence [1]** 21/23
**resolve [2]** 23/15 23/19
**respect [11]** 9/9 13/13 26/12 42/3 42/6 43/3 44/14 45/20 47/2 49/16 50/24
**respects [1]** 52/12
**respond [3]** 48/22 49/14 54/21
**responding [1]** 51/7
**response [4]** 7/9 26/10 40/11 48/8
**responses [3]** 15/10 19/8 49/15
**responsibility [2]** 31/19 42/14
**rest [1]** 29/4
**restricting [1]** 51/24
**restrictions [1]** 40/6
**result [3]** 9/3 23/16 24/1
**results [1]** 22/3
**reveal [1]** 11/7
**revealed [3]** 13/21 33/24 51/12
**revealing [1]** 40/4

**review [14]** 7/1 16/2 30/11 30/19 37/15 40/21 44/11 50/5 53/7 54/10 55/7 56/8 56/13 57/2
**reviewed [5]** 6/20 6/23 7/9 7/10 51/21
**reviewing [3]** 31/5 46/1 57/1
**reviews [2]** 16/13 35/7
**revisit [1]** 29/21
**Richard [1]** 19/18
**right [30]** 8/15 8/18 9/25 10/1 10/13 10/19 12/1 13/2 15/5 22/9 23/8 23/25 24/2 24/10 25/1 25/2 25/7 26/2 28/5 28/16 28/17 28/20 28/20 28/21 30/3 46/9 48/12 50/24 54/3 57/8
**rightly [1]** 43/21
**rights [3]** 23/12 55/10 55/11
**rigorous [1]** 35/23
**risking [1]** 16/5
**River [1]** 1/22
**road [3]** 12/3 46/17 49/6
**ROBIN [1]** 2/16
**role [2]** 31/5 46/1
**room [1]** 29/17
**rooms [1]** 3/14
**Rosenbaum [1]** 10/12
**ROSENBERG [1]** 2/16
**rote [1]** 18/3
**routinely [1]** 18/10
**rubric [1]** 10/14
**rule [6]** 3/10 37/23 38/2 38/25 41/7 49/24
**ruled [1]** 49/21
**rules [2]** 37/1 37/25
**ruling [1]** 17/10
**running [1]** 38/19

**S**

**safety [2]** 13/16 20/21
**said [13]** 11/10 12/12 20/20 23/15 24/10 26/10 27/2 35/16 39/20 40/6 47/5 56/24 57/3
**same [13]** 10/4 17/14 18/8 22/7 23/10 23/16 23/20 24/12 25/17 25/18 34/6 51/6 51/7
**sampling [2]** 35/3 35/5
**satisfied [1]** 10/18
**satisfy [2]** 11/1 33/25
**saw [1]** 17/15
**say [20]** 16/7 18/13 20/6 24/9 30/2 30/6 31/19 33/22 33/23 38/7 41/24 41/24 43/10 44/10 44/12 46/23 47/1 48/3 48/14 49/3
**saying [5]** 16/17 17/22 31/3 40/15 47/11
**says [9]** 19/6 30/22 30/25 32/21 32/25 32/25 33/1 39/1 56/17
**scope [1]** 52/3
**Scripps [2]** 4/23 7/4
**scrutiny [1]** 23/23
**seal [25]** 1/7 7/23 8/8 8/11 8/16 11/15 16/6 27/11 37/12 37/16 37/17 37/20 38/8 38/8 38/9 38/13 42/17 44/21 49/1

**S**

seal... [6]   49/4 51/23 53/19
54/7 54/18 55/6
sealed [19]   1/4 3/7 10/17
11/19 23/8 25/22 33/6 33/7
37/3 37/7 42/4 45/11 45/12
48/11 52/7 52/9 53/1 53/7
56/5
sealing [4]   7/22 8/10 29/10
56/25
search [28]   1/4 3/7 9/5 9/6
10/14 10/24 12/23 13/14
15/20 16/2 16/7 16/18 16/23
17/15 17/16 19/11 19/15
19/20 20/18 21/23 22/17
35/13 41/14 43/7 49/19 49/21
50/2 50/7
searches [1]   12/18
seat [1]   3/4
second [4]   3/23 14/24 15/14
39/9
secret [1]   42/9
section [2]   16/9 19/6
secure [1]   34/20
security [6]   1/14 4/15 19/13
19/18 21/5 42/7
see [6]   16/8 22/5 46/11 47/4
54/22 56/13
seeing [3]   38/11 47/14 50/12
seek [2]   9/9 55/6
seeking [3]   9/15 30/1 41/5
seeks [1]   55/12
seem [2]   24/12 44/22
seems [4]   14/24 19/6 30/19
50/6
seen [5]   16/8 44/19 44/24
45/25 45/25
sees [1]   9/5
seize [1]   17/17
seizure [1]   22/17
self [2]   30/21 31/15
self-evidently [1]   30/21
sense [2]   11/21 49/8
sensitive [2]   14/10 30/21
sent [1]   34/19
separate [1]   17/19
serious [1]   36/7
seriously [1]   46/2
serve [2]   15/11 54/19
served [5]   34/9 44/8 45/20
45/21 47/13
serves [2]   16/22 22/2
service [1]   46/2
session [3]   3/2 3/16 14/18
set [2]   10/23 15/18
sets [2]   13/19 17/1
setting [1]   56/10
seven [1]   20/4
several [2]   12/12 14/12
severely [1]   52/7
sexually [1]   16/15
shall [1]   54/7
she [3]   10/12 10/13 10/14
sheet [2]   8/1 8/11
should [30]   4/6 4/7 4/9
16/19 17/25 20/16 26/13
27/11 27/20 32/10 33/2 33/24

38/1 40/20 42/3 43/5 44/23
45/6 45/10 45/16 47/3 48/11
48/23 51/23 53/1 53/2 53/3
53/6 54/16 55/4
shouldn't [3]   41/17 41/24
48/15
show [1]   10/3
showing [3]   11/4 11/6 34/25
SHULLMAN [6]   2/1 2/1 5/8 5/8
36/22 36/22
shut [1]   48/5
sic [3]   22/13 26/8 28/8
side [3]   13/15 21/9 55/23
sides [1]   52/19
signals [1]   33/19
Signature [1]   57/22
signed [2]   7/25 20/3
significant [4]   12/20 34/1
36/2 39/12
simply [7]   26/18 43/1 44/14
44/15 44/21 46/23 47/11
since [5]   8/19 12/22 20/3
31/24 45/7
single [1]   28/1
sit [2]   45/12 56/6
sitting [2]   38/20 44/11
situation [5]   9/2 13/13 31/4
41/13 43/14
situations [1]   11/11
sleuths [1]   12/18
slightly [1]   13/3
small [2]   42/21 42/24
so [38]   4/8 14/20 16/3 16/4
16/13 17/7 18/3 18/18 20/13
22/19 23/1 26/25 29/21 30/14
30/21 37/4 37/10 37/13 39/6
39/21 40/18 40/19 40/21
41/14 41/24 42/10 43/1 43/21
44/1 44/7 44/18 44/19 46/4
48/11 51/5 53/18 55/7 56/18
solely [1]   7/21
solving [1]   26/1
some [31]   4/18 8/23 12/7
14/24 16/3 17/4 17/13 18/11
19/5 19/8 22/15 25/9 25/22
26/5 26/23 27/14 32/3 32/6
32/12 35/18 38/9 39/24 42/24
43/8 46/5 46/6 48/12 53/14
56/7 56/11 56/13
somebody [2]   18/13 53/11
someone [1]   42/8
something [9]   15/12 16/19
17/23 17/25 18/12 30/7 37/20
56/7 56/12
sometimes [2]   48/2 48/4
sorry [3]   10/7 13/6 36/11
sort [7]   10/14 14/1 16/1
16/17 17/22 18/16 31/7
source [7]   27/4 32/1 32/16
32/25 33/17 33/20 33/24
sources [6]   18/19 19/3 28/15
32/13 44/7 46/21
Southeast [1]   2/9
SOUTHERN [3]   1/1 3/2 4/14
Spahr [2]   1/18 4/22
speak [8]   4/5 4/6 4/6 5/22
21/10 36/15 46/25 46/25
speakers [2]   4/6 5/22

speaking [3]   6/15 6/17 45/7
Special [1]   7/22
specializes [1]   18/15
specific [3]   7/24 52/5 56/17
specifically [2]   26/19 26/21
spectrum [1]   13/14
spend [2]   12/7 15/19
spending [1]   37/10
spent [1]   9/12
spiral [1]   46/18
spoke [1]   30/25
spoken [1]   20/15
sponte [1]   31/2
squarely [1]   24/15
stage [4]   21/3 23/7 49/19
51/2
stages [2]   10/25 20/2
stairways [1]   3/14
stake [3]   9/21 19/23 21/19
standard [10]   10/5 10/6
10/18 11/18 23/24 24/5 24/6
31/7 35/9 35/19
standards [1]   10/9
standing [2]   31/5 31/10
standpoint [1]   23/2
stands [1]   51/15
start [2]   45/8 46/17
started [1]   36/1
starts [1]   50/14
statement [3]   6/10 36/12
50/20
statements [1]   22/13
states [8]   1/1 1/8 1/10 3/1
3/10 4/14 9/12 11/16
statute [2]   16/12 19/5
statutes [5]   14/6 15/21
16/10 16/11 16/24
stay [2]   54/19 55/5
Steinger [2]   11/16 56/23
step [2]   9/15 47/22
steps [3]   9/3 12/5 30/3
still [2]   20/2 23/8
Stipes [2]   2/16 57/21
stop [1]   10/7
stopped [1]   34/16
storage [2]   34/23 34/25
streaming [1]   3/18
Street [7]   1/11 1/18 2/5
2/12 5/9 13/4 36/22
strict [1]   23/23
strictly [1]   4/18
strike [1]   29/11
strong [1]   21/7
strongly [2]   15/24 25/3
stuff [2]   42/9 43/18
sua [1]   31/2
subject [2]   26/3 32/12
subjected [1]   3/21
subjects [1]   44/4
submissions [1]   29/15
submit [5]   45/14 49/8 50/18
51/10 53/22
subpoena [1]   34/9
subpoenaed [1]   34/25
subsequently [2]   34/19 38/10
subset [1]   5/22
substance [2]   14/22 23/3
substantial [3]   13/23 43/23

**S**

**substantial...** [1]  52/5
**substantive** [4]  6/3 38/8
 38/12 41/9
**such** [13]  19/13 20/17 31/1
 31/1 31/1 31/1 33/1 33/1
 41/18 46/10 46/10 48/9 48/10
**sufficient** [8]  11/4 11/18
 11/20 12/10 22/14 28/17
 49/10 56/25
**suggest** [2]  12/4 30/19
**suggesting** [1]  25/4
**suggestion** [3]  40/14 47/25
 48/22
**Suite** [4]  1/11 1/22 2/2 2/6
**summary** [1]  52/11
**support** [1]  39/17
**supporting** [1]  3/15
**supports** [1]  40/22
**supposed** [1]  29/7
**sure** [10]  6/20 6/21 9/5 17/7
 17/10 31/6 38/5 44/5 47/5
 57/9
**surveillance** [1]  34/25
**suspect** [3]  19/19 19/24
 28/21
**swore** [1]  7/22
**sworn** [1]  52/3
**system** [5]  21/19 42/1 44/20
 44/24 45/25

**T**

**table** [1]  4/4
**tailored** [1]  40/9
**take** [13]  12/5 15/15 27/19
 35/6 39/9 44/14 44/16 47/1
 47/6 51/17 55/12 55/15 57/6
**taken** [1]  9/3
**taking** [2]  29/6 46/1
**talk** [2]  14/23 16/1
**talked** [2]  16/15 37/14
**talks** [2]  14/15 23/11
**Tampa** [1]  6/5
**tape** [1]  39/4
**taped** [1]  34/8
**team** [2]  17/19 17/21
**techniques** [1]  13/20
**televising** [1]  3/12
**tell** [4]  18/17 42/8 45/21
 49/3
**telling** [1]  42/16
**tells** [1]  29/18
**temporally** [1]  25/12
**term** [2]  16/14 16/16
**termed** [1]  40/18
**terribly** [1]  26/11 26/11
**test** [17]  23/19 25/17 25/23
 25/23 26/4 26/13 26/14 29/8
 31/20 31/20 31/24 33/5 33/5
 33/9 41/20 47/12 47/24
**testified** [1]  30/22
**testimony** [2]  38/23 48/6
**than** [5]  14/17 20/3 23/3
 25/3 38/12
**thank** [28]  4/25 5/6 5/12
 6/13 6/18 8/22 13/10 21/8
 22/22 34/5 36/8 36/20 38/5

**38/14** 38/16 39/14 40/25 41/3
 43/7 47/15 48/20 49/13 52/15
 52/16 55/22 57/12 57/13
 57/14
**thankfully** [1]  43/6
**that** [517]
**that's** [3]  19/24 40/24 48/3
**The Court** [1]  36/3
**the First** [1]  24/11
**their** [14]  4/19 8/7 12/15
 12/22 26/10 31/17 34/11 35/8
 40/4 45/14 45/21 47/21 55/15
 56/4
**them** [14]  9/9 11/24 13/22
 15/12 16/25 31/15 32/13
 37/25 45/15 46/25 47/23
 47/24 49/10 55/13
**themselves** [1]  46/25
**then** [19]  6/7 6/10 8/18 15/4
 15/14 15/19 17/18 17/19
 17/20 19/19 29/11 35/25 46/2
 47/22 50/9 51/18 54/10 56/9
 56/13
**theoretical** [1]  14/4
**there** [103]
**Thereupon** [1]  57/15
**these** [20]  3/19 3/23 4/3
 11/11 12/19 13/16 15/15
 18/20 20/21 26/4 28/5 29/16
 29/22 32/11 37/2 46/1 50/21
 51/22 51/24 52/2
**they** [37]  10/9 10/10 11/13
 12/9 12/24 13/21 15/8 15/9
 17/20 24/12 24/14 26/10
 26/11 27/3 30/14 33/21 33/25
 40/13 40/14 41/14 41/15
 41/21 42/16 44/6 44/6 44/7
 44/7 45/22 45/24 46/25 47/21
 51/16 54/1 55/12 55/15 56/5
 56/6
**thing** [3]  32/20 34/6 46/4
**things** [13]  11/14 11/21
 17/13 17/20 18/3 18/9 19/5
 23/5 29/18 34/4 37/13 49/24
 54/15
**think** [36]  8/22 9/7 10/13
 14/19 15/10 16/7 17/3 18/18
 18/24 19/2 19/9 22/16 24/10
 25/8 26/11 30/12 31/16 35/10
 36/8 37/11 39/9 42/11 43/20
 45/16 46/2 48/14 49/7 49/20
 49/22 50/3 50/22 51/1 51/16
 52/18 52/19 52/22
**think we** [1]  51/1
**Third** [1]  4/3
**this** [115]
**Thomas** [2]  1/21 5/2
**those** [33]  8/4 8/4 10/8 11/1
 11/5 11/23 12/1 12/14 12/15
 16/11 18/7 20/23 25/4 27/6
 27/10 27/24 29/25 34/3 34/3
 35/3 35/24 36/19 36/23 37/15
 37/17 39/14 40/2 45/1 50/13
 50/18 52/12 53/10 54/10
**though** [2]  10/13 11/24
**thought** [1]  43/13
**thoughts** [1]  49/2
**thousands** [1]  27/25

**threat** [8]  12/20 14/2 14/4
 14/10 40/1 42/19 42/21 44/13
**threats** [1]  12/24
**through** [9]  10/3 12/1 14/18
 17/19 27/18 27/18 31/21
 38/19 56/18
**Thursday** [3]  53/25 54/5 54/6
**time** [17]  4/11 8/5 10/4 12/7
 12/17 15/15 15/20 22/8 25/8
 30/2 30/5 36/9 37/10 43/15
 53/18 54/7 55/20
**timely** [1]  57/9
**times** [9]  5/3 5/5 6/4 6/5
 6/25 7/1 36/17 36/18 53/8
**tip** [1]  15/4
**tips** [1]  39/23
**Title** [1]  19/6
**to put** [1]  30/13
**TOBIN** [15]  1/17 4/22 5/23
 21/10 21/11 36/8 37/14 38/18
 40/22 41/10 45/7 47/16 49/17
 55/23 56/15
**Tobin's** [5]  36/18 36/24
 39/19 48/22 51/14
**today** [19]  3/25 5/8 5/22
 16/15 17/16 19/1 20/13 23/2
 25/25 30/7 30/7 38/12 39/15
 41/4 41/12 45/12 53/16 56/6
 56/10
**together** [1]  34/8
**told** [4]  26/7 27/14 33/17
 35/21
**Tony** [1]  4/13
**too** [2]  37/17 57/6
**took** [2]  9/14 32/21
**tool** [1]  42/23
**top** [1]  42/9
**topic** [1]  28/12
**torn** [1]  34/8
**totally** [1]  45/17
**touched** [1]  35/10
**toured** [1]  34/18
**tranches** [1]  30/4
**transcript** [3]  29/20 48/10
 57/17
**transparency** [6]  21/19 21/25
 22/2 36/5 39/18 41/6
**treated** [1]  41/18
**trial** [1]  33/3
**Tribune** [2]  24/23 24/24
**tried** [1]  38/4
**trouble** [1]  13/7
**truly** [1]  14/9
**Trump** [3]  32/4 34/10 35/3
**Trump's** [1]  34/12
**truncating** [1]  57/10
**trust** [4]  22/4 41/23 43/2
 44/13
**truth** [2]  45/2 45/3
**turn** [3]  3/8 4/11 55/17
**turned** [2]  19/22 34/24
**turning** [1]  20/7
**tweeting** [1]  3/18
**twelve** [1]  54/6
**Twitter** [1]  46/16
**two** [8]  10/8 12/21 15/10
 20/3 23/11 28/2 32/2 34/3
**type** [2]  42/2 42/23

**T**

**types [1]**   25/21
**typically [1]**   40/18

**U**

**U.S [4]**   1/14  7/25  8/2  9/8
**ultimate [1]**   21/18
**ultimately [2]**   56/1  56/3
**under [32]**   8/8  10/6  11/15
16/6  16/10  23/23  24/5  24/6
24/11  24/11  25/23  26/4  26/17
27/11  28/10  29/8  33/5  35/8
35/19  37/12  37/16  37/17  38/8
38/8  38/13  40/7  42/17  49/1
51/23  53/19  54/7  54/18
**undercover [1]**   30/25
**understand [11]**   6/25  17/2
17/9  17/12  18/1  33/22  32/19
34/5  41/20  42/10  48/7
**understanding [6]**   8/12  20/24
22/3  22/14  31/21  51/8
**Understood [1]**   15/25
**undisclosed [2]**   27/4  32/16
**undue [1]**   18/13
**unfortunate [1]**   28/7
**unfortunately [3]**   41/23
41/24  44/25
**unhelpful [1]**   15/6
**Union [1]**   6/25
**unique [6]**   9/2  15/16  15/17
18/5  20/25  43/22
**UNITED [7]**   1/1  1/8  1/10  3/1
4/14  9/12  11/16
**Universal [1]**   7/3
**unprecedented [4]**   9/2  9/15
21/16  21/20
**unredacted [4]**   7/23  12/23
16/19  17/25
**unseal [6]**   7/20  8/8  8/9  9/9
9/16  41/14
**unsealed [13]**   9/17  10/21
12/23  12/25  19/11  30/15
32/20  34/15  38/10  42/4  53/9
53/10  53/13
**unsealing [4]**   8/3  24/18
35/13  43/7
**untainted [1]**   44/6
**until [2]**   19/4  53/25
**unusual [3]**   9/15  29/16  41/13
**unwieldy [1]**   40/18
**up [10]**   4/1  15/17  26/16
27/22  28/12  34/8  39/9  46/12
46/20  47/6
**upon [4]**   32/10  46/24  48/16
53/1
**us [18]**   11/5  15/14  15/19
21/13  22/8  27/14  37/21  37/21
40/16  41/25  42/12  42/16  43/2
45/21  46/20  49/8  51/10  55/21
**use [3]**   13/22  51/9  51/11
**used [1]**   13/20
**useful [2]**   15/9  26/12
**using [2]**   16/14  39/3
**usual [1]**   41/17
**usually [2]**   23/15  27/24

**V**

**valid [1]**   23/5
**valuable [1]**   26/14
**variety [1]**   32/12
**various [2]**   10/3  29/9
**verbatim [1]**   16/11
**versa [1]**   24/12
**version [7]**   12/23  12/25  13/3
13/3  14/8  19/21  26/23
**versus [4]**   11/16  24/16  24/24
25/15
**very [21]**   4/25  5/6  5/12  6/13
10/25  11/8  12/2  14/21  15/24
17/12  20/20  20/21  36/20  38/5
40/15  40/25  42/3  43/24  47/15
49/15  57/14
**vice [1]**   24/12
**video [2]**   3/11  3/17
**view [2]**   22/8  24/1
**violating [1]**   38/7
**violation [1]**   14/5
**Vista [1]**   2/2
**void [1]**   44/25
**volatile [1]**   13/13

**W**

**walking [1]**   4/1
**Wall [3]**   5/9  13/4  36/22
**walls [1]**   3/19
**want [19]**   3/9  6/19  6/21  8/20
12/7  15/18  18/2  39/10  39/13
43/14  45/2  47/2  50/16  51/16
54/22  55/5  55/8  57/7  57/8
**wanted [6]**   16/1  36/25  41/11
47/17  55/18  55/24
**wanting [1]**   10/21
**wants [4]**   29/18  31/6  54/15
55/6
**warrant [25]**   1/4  3/7  7/20
9/5  10/14  10/24  12/23  13/1
15/20  16/2  16/18  16/23  19/11
19/15  19/20  20/18  22/17  26/3
35/13  37/8  38/22  43/7  49/19
49/21  50/2
**warrants [5]**   9/6  16/8  17/15
41/14  50/7
**was [50]**   6/23  6/24  7/10  7/19
10/5  10/12  10/17  11/9  13/4
13/11  14/5  16/4  16/14  16/16
16/18  17/13  17/15  18/14
19/18  19/19  19/20  19/22
19/22  19/23  20/1  24/18  24/22
26/19  26/24  27/3  30/1  30/6
33/19  34/8  38/20  38/22  38/22
39/20  43/13  45/7  47/4  47/17
48/6  48/10  49/17  49/17  51/15
52/9  56/23  57/15
**Washington [5]**   1/15  1/19
4/23  27/21  29/23
**Watch [3]**   5/17  6/24  41/4
**way [7]**   13/9  16/23  23/17
30/4  42/24  47/10  53/17
**ways [1]**   8/23
**we [138]**
**we're [1]**   17/17
**wear [1]**   4/3
**wearing [1]**   4/9

**week [3]**   13/12  22/13  53/23
**weeks [2]**   20/3  32/2
**weigh [2]**   18/6  27/20
**weighs [1]**   17/12
**weight [3]**   26/18  33/2  33/8
**welcome [1]**   48/22
**well [18]**   5/10  6/6  10/6  12/8
22/1  23/15  33/3  33/16  37/15
41/10  45/19  47/3  47/5  47/13
48/13  50/22  52/17  57/3
**were [17]**   7/11  12/9  17/5
17/23  30/5  32/7  33/3  35/1
44/21  45/10  46/5  46/24  48/17
50/7  50/13  50/25  52/7
**WEST [6]**   1/2  1/5  2/3  2/6
2/13  2/17
**what [67]**
**whatever [10]**   15/21  25/11
28/21  28/24  30/14  32/1  45/2
46/21  54/1  55/5
**when [14]**   4/4  4/5  10/12  11/9
12/9  12/17  16/13  18/20  21/22
22/10  29/18  35/7  38/20  55/2
**where [12]**   19/5  19/10  26/21
27/3  29/12  32/8  36/1  42/2
43/14  44/6  55/9  56/23
**wherever [1]**   54/23
**whether [16]**   3/15  10/1  18/25
23/15  25/12  25/19  25/20  26/5
26/15  27/19  28/2  46/8  46/12
48/23  48/23  53/10
**which [33]**   3/10  5/9  5/10
6/23  6/24  7/9  7/21  7/22  7/23
8/1  12/2  16/9  19/16  19/17
24/18  27/5  28/13  30/9  32/20
32/21  33/9  38/22  39/1  39/16
40/23  41/4  43/10  43/24  50/22
51/17  54/5  56/5  56/22
**while [4]**   9/19  15/25  18/5
18/11
**who [16]**   4/19  7/22  7/25  8/2
12/14  12/15  13/17  19/18
20/14  20/15  21/10  23/14  28/8
30/25  32/13  36/10
**whole [1]**   53/3
**wholesale [1]**   29/10
**wholly [1]**   47/20
**why [6]**   4/8  10/20  15/9  16/18
17/24  53/3
**will [61]**
**willing [2]**   14/17  40/14
**win [1]**   55/4
**wise [1]**   31/12
**within [3]**   3/12  33/19  37/17
**without [6]**   9/22  21/6  38/7
44/11  48/14  57/10
**witness [1]**   42/22
**witnesses [12]**   12/7  12/9
12/12  12/19  13/16  13/17
18/18  20/19  20/21  20/23
20/23  40/1
**won't [1]**   30/2
**word [3]**   15/7  21/9  48/21
**words [4]**   23/21  39/14  40/4
40/12
**work [5]**   25/24  28/6  28/9
31/14  51/5
**work-a-day [1]**   28/6

**W**

**worked [1]**  6/7
**working [1]**  39/18
**world [2]**  14/14 46/17
**worry [1]**  38/3
**would [83]**
**wouldn't [3]**  16/19 17/3
 17/24
**written [4]**  39/2 39/7 48/16
 48/18
**wrong [1]**  46/9

**X**

**XYZ [1]**  19/6

**Y**

**year [2]**  9/6 18/14
**years [5]**  9/7 9/12 16/8
 29/25 37/3
**Yes [6]**  11/9 23/21 28/19
 28/24 47/19 52/15
**yet [2]**  33/13 56/6
**York [4]**  5/3 6/4 7/1 36/17
**you [171]**
**you're [1]**  46/11
**your [118]**
**yourself [2]**  4/9 36/14