UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL CASE NO.: 9:22-MJ-08332-BER-1

IN RE SEALED SEARCH WARRANT,

_____/

FILED BY Htt D.C.
AUG 25 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### SWORN DECLARATION OF PATRICK BRUCE BERGY

STATE OF FLORIDA

COUNTY OF PASCO

I, PATRICK BRUCE BERGY, hereby declare, under penalty of perjury pursuant to 28 U.S.C. 1746, that I have full personal knowledge of the events and matters set forth herein, and testify that the following is true and accurate to the best of my knowledge:

1. I am over the legal age, and I am competent to testify.

2. I am an Afghanistan Veteran that provided contract support to the DoD as an Information Assurance Security Officer (IASO) for a combined 10 years. My highest level of clearance obtained was TS/SCI.

3. The facts stated herein are based upon my personal knowledge, documented evidence, and belief as a fact-witness and guest of Patrick Byrne, Michael Flynn, Sidney Powell, and others at Trump International, DC., The Willard Intercontinental, Westin in Virginia and others from November 15, 2020, to on or about January 17, 2021, where I was a guest under an unsigned or dated Non-Disclosure Agreement with Rudy Giuliani, which I do not recognize. My dialogue and evidence were documented and recorded in real-time as their guest and as a whistle-blower and were published in my last book, *OPERATION SHADOWGATE: The American Awakening.*

IN RE SEALED SEARCH WARRANT, - 1

4. On August 18, 2022, Patrick Byrne filed a sworn affidavit IN RE SEALED SEARCH WARRANT - CRIMINAL CASE NO.: 9:22-MJ-08332-BER-1, where he asserts claims based on his conversation on December 18, 2020, meeting with President Donald Trump, Rudy Giuliani, Sidney Powell, Gen. Michael Flynn, and Pat Cipollone.

5. It has been widely reported that a staffer for Peter Navarro, Garrett Ziegler, assisted the group in circumventing White House security protocols and accessing the White House for the meeting on December 18th. Garrett was also working with Rudy Giuliani on Hunter Biden's laptop. I met with Rudy and Tore Maras at Rudy's residence in New York a few months later, around May 2021, to authenticate documents contained on the image of Hunter's hard drive we were provided by Rudy. Tore's then 15-year-old minor child was also present during the examination of Hunter's laptop. I left a few days later after being asked by Tore, while in Rudy's hotel room, to lie. I refused and recorded a video of the altercation that ensued when I left, but I kept my reason for leaving largely from the public at the time for fear of retaliation, like what later occurred when I was going to meet with Lin Wood and provide him evidence showing some information he was being given by Tore and others in December 2020 was fabricated. That event took place on or around December 3rd, 2021, and I believe marked the beginning of a tactical, coordinated attack on me by Patrick Byrne, Millie Weaver, and Tore to discredit me and destroy my company to prevent sales from my book exposing them from being widely disseminated and trusted.

6. I met Garrett Ziegler for the first time on or around January 11th, 2021, at the Willard Hotel in DC. In attendance at that meeting was Rudy Giuliani, Patrick Byrne, Millie Weaver, Gavin Wince, Phil Waldron, and a handful of others. As I walked in Patrick Byrne was just leaving and was acting visibly upset following the meeting with Rudy and Garrett.

7. I exchanged information with Garrett, who had told me about an email sent by former NATO SACEUR and President Obama's National Security Advisor, Gen. James Jones, requesting to

IN RE SEALED SEARCH WARRANT, - 2

set up a meeting with President Trump to discuss 5G dominance. Garrett sent me the email a short time later. I would note that although the response to Jones' request by Peter Navarro was, "let's get him in," the email I received from Garrett was marked as "PRE-DECISIONAL, EXEMPT FROM FOIA" which sounds like a decision had been made, yet this correspondence would have been exempted from any Freedom Of Information Request (FOIA).

8. On or around November 30, 2019, Millie Weaver, a contract journalist with Infowars for roughly 8-years, and her common-law husband, Gavin Wince, did a video report in Kentucky titled, "Will They Steal The 2020 Election?" It was later reported by Jordan Green of Raw Story that Patrick Byrne and Joshua Merritt were also involved in the investigation of the same Kentucky election scandal. In a later video produced in January 2022, on or around the same time and location Patrick Byrne mentions in his affidavit before this court, Millie, Gavin, Tore, Patrick Byrne, and Rudy Giuliani all met in Miami, along with a large group of "Tore Says" followers. I believe this is the meeting Patrick Byrne is referring to in his

 

affidavit with Rudy Giuliani which he claims Rudy told him for the first time that President Trump had told Rudy privately that evening he was rescinding his appointment of Sidney Powell as Special Counsel and her Clearance.

9. At the same time Patrick Byrne, Rudy Giuliani, Millie Weaver, Gavin Wince, and Tore met at the January 2022 meeting described by Patrick Byrne in his affidavit before this court, I was attacked both online and directly to my phone with multiple threats by dozens of Tore Says followers that had been told completely fabricated and false information about me, as was told

IN RE SEALED SEARCH WARRANT, - 3

to them by Millie, Gavin, and Tore. Patrick Byrne also did an interview with Tore where they attacked me with lies to discredit and potentially cause me personal harm by Tore's followers. The attacks were because I had met with Patrick Byrne and Tore in late 2021 at the Vinoy Hotel in St. Petersburg, FL., where I was made aware during our conversation while smoking marijuana with Tore and Patrick on the porch of his hotel room, of a plot against Gen. Michael Flynn and his brother, Joseph Flynn, that involved merging Gen. Flynn's "cyber-soldiers" and to potentially stealing the voter data Patrick Byrne's cyber team was collecting as part of the recount.

10. As I was leaving that meeting, I asked Patrick Byrne if he would be willing to answer a few questions for my forthcoming book, *OPERATION SHADOWGATE: The American Awakening*, and he agreed. In it, I mentioned Flynn's cyber-army and how the value of the data they were collecting needed to be accounted for and protected. This was based on my conversation from the previous evening with Patrick Byrne and Tore, as well as my attempt to throw a "wrench", so to speak, in the plans discussed the night before, in the only way I knew how. I also asked him to answer several questions about what transpired in DC with regards to my affidavit that was to have been given to Gen. Flynn and President Trump. The following day I put together a list of 5 questions and emailed them to Patrick Byrne. Within a very short time, like the next day, I received Patrick Byrne's response, (exhibit 1) which I found quite shockingly honest, as well as relevant to Patrick Byrne's honesty as it relates to his sworn affidavit.

11. I was invited to DC by Millie Weaver and Gavin Wince on or around November 10, 2020, and arrived in Washington, DC, on or around November 15th. Millie, Gavin, and Tore Maras had arrived before me and were being put up by Patrick Byrne at Trump International Hotel in DC. An attorney, Stephen Pigeon, and Scott Bennett also joined our group working to find evidence of election fraud, with the main focus being told to me put on the foreign influence that would allow them to use the Insurrection Act and call in National Guard.

IN RE SEALED SEARCH WARRANT, - 4

# Re: Patrick Bergy Book Questions

From: Patrick Byrne

To: patrick.bergy

Catherine

Date: Thursday, August 5th, 2021 at 5:09 PM

Hi Patrick,

I will answer your thoughts below in CAPS (not to imply shoutiong, but just to set apart my text).

Patrick M. Byrne

Sent with ProtonMail Secure Email.

> ------- Original Message -------
> On Thursday, August 5th, 2021 at 1:45 PM, patrick.bergy wrote
>
> Patrick,
>
> Thank-you for dinner and agreeing to answer a few questions for my book. It will go in unedited. It was nice to be able to clear up the false claims someone presented you with that I had been attacking you. Nothing could be further from the truth. I get a little, "salty," as Tore says sometimes, but most don't blame me. In fact, whenever someone asks about my personal experience with you, I say you were one of the few people that answered me honestly, even though I may not have liked your answers. I believe you to be a good man that loves his country and was betrayed by those in senior positions of power while believing you were doing something good. In other words, you're me... just with a lot more resources and a little more PC. RIGHT. FAIR ENOUGH
>
> You didn't expect softballs from me, I doubt. NO I DID NOT I'm only seeking answers and truth, sir. I mean no disrespect in these questions. NO WORRIES In fact, I personally believe I'd be disrespecting you not bringing this to your attention as their actions reflect directly on you, and this is not you, I don't believe. I FEEL THE SAME WAY ABOUT YOU. ALWAYS SEEMED STRAIGHT AND HONORABLE. You've always respected my service! I'm only asking you show that now.
>
> Question 1: Please explain what happened to my affidavit after you gave it to Gen. Flynn. We all met with you the day after you met with Gen. Michael Flynn in your DC meeting room while waiting for Joe Flynn. You had taken all of the affidavits from whistle-blower's that previous night and gave to Gen. Flynn, and you told me what happened, but I would like you to tell the story, and perhaps add your thoughts? SURE. THREE THINGS:
>
> 1) YOUR AFFADAVIT WAS READ AND ABSORBED.
> 2) THE WHISTLEBLOWERS WERE MET WITH AND DEBRIEFED.
> 3) EVERYTHING THEY AND YOU HAD TO SAY GOT PUT INTO THE LARGER PICTURE WE WERE FORMING. THE INFORMATIONM FROM THE WHISTLEBLOWERS IN ARIZONA COULD IMEDMIATELY INFORM WHAT WE WERE DOING; YOUR BIGGER PICTURE INFORMATION, WHILE I ACCEPTED IT AS TRUTHFUL, DID NOT HAVE A PRECISE APPLICATION, THOUGH IT WAS VALUABLE FOR OUR SITUATIONAL AWARENESS.

4) TORE WAS TAKEN OUT AN INTERVIEWED BY SOME PEOPLE I KNOW FROM THE INTELLIGENCE COMMUNITY WHO ARE ABSOLUTELY ON KOUR SIDE. THEY CAME BACK TELLING ME: "SHE KNOWS SOME THINGS AND HAS BEEN BEHIND THE CURTAIN, BUT SHE ALSO LIES, EXAGERATES, DEFLECTS, CHANGES SUBJECTS RAPIDLY TRYING TO THROUGH PEOPLE OFF, AND WE CANNOT RELY ON HER FOR ANYTHING FACTUAL BECAUSE WE CAUGHT HER IN TOO MANY LIES AND EXAGERATIONS OVER THREE HOURS" (PRECISELY AS I WARNED HER THEY WOULD DO IF SHE DID NOT HEED A LITTLE COACHING FROM ME). BECAUSE YOU CAME IN WITH HER, YOU WERE PAINTED WITH THE SAME BRUSH.
5) BUT PRIMARILY, YOUR INFORMATION, WHILE EXPLAINING THE BIG PICTURE, DID NOT GIVE US ANYTHING ACTIONABLE TO USE IN OUR BATTLE, DID IT? MAYBE IT DID.

IN GENERAL, THOUGH, YOU BHAVE TO UNDERSTAND THAT MIKE AND I EACH HAD HUNDREDS OF PAGES CROSSING OUR DESKS IN THOSE DAYS EVERY DAY. WE SKIMMED WHAT WE COULD, TOOK FROM IT WHAT WE COULD, AND KEPT RUNNING.

Question 2: Lara Logan, had a conference call with Me, Millie and Gavin just after the release of Shadow-Gate and subsequent arrest of Millie Weaver. Her husband was also on the call. About a month later, according to Millie and Gavin, Lara informed them her highly credible source told her that their arrest was orchestrated from a classified room on Wright-Patterson Air Force Base.

Knowing this and knowing the credibility of Lara Logan, in your opinion, why has not a single, "blue-check" journalist ever called to interview me, (including Lara), investigate or report the bizarre arrest of an American Journalist, now on its one-year anniversary? NO DIRECT KNOWLEDGE BUT IT IS CLEAR THE PRESS IS NOT INDEPENDENT, IT IS JUST PART OF THE SYSTEM

Question 3 (part 1): As you know, I have been very vocal about Sidney Powell and Gen. Flynn for giving a platform to convicted felons like Ali Akbar (aka Ali Alexander) who is reportedly under investigation for inciting the January 6th, "misdirection insurrection," and Jonathan Lee Riches, whom fabricated a story claiming I molested my daughter when she was 10. This, of course, is easily disproved by my passport being that I was deployed in Afghanistan, then went straight to South Korea for the next 5-years and only saw my children a handful of times since she was 7. You told me you were aware of my having issues with General Flynn. Did Gen. Flynn or Joe Flynn ever come to you about this knowing we have a mutual friend to help answer my questions? I DON;T KNOW. I JUST HEARD IN THE LAST FEW WEEKS YOU WERE SLAGGING MIKE AND ME ON SOCIAL MEDIA. ALL THE OTHER STUFF, PATRICK, ABOUT YOUR DAUGHTER, SOUTH KOREA.... NONE OF US KNOW ANYTHING ABOUT ANY OF THAT. YOU ACT AS IF WE ARE ALL STUDYING YOUR LIFE. YOU ARE ON MOLECULE IN A GAS THAT IS SWIRLING AROUND US.

I emailed Sidney Powell warning her who he was and she responded thanking me for letting her and Lin Wood know, but never did anything. Her email is listed in my affidavit. She never responded to any emails after that to answer this question. In fact, they continued to give a convicted felon named Ali Akbar, that changed his name to Ali Alexander, launched a Christian based movement and is now being investigated for inciting the events of January 6, using the same tactics the documentary Shadow-Gate was exposing. In fact, Ali Akbar was a subject of Shadow-Gate 2 for his role in the tactical, coordinated attacks to discredit Shadow-Gate 1.

Sidney even had been given a copy of the same election influence affidavit I gave you, and Ali Akbar was listed in it as well. Why was he given a platform, and the signed, sworn

affidavit from an Afghanistan veteran/DoD whistle-blower that held an above top-Secret clearance for over a decade and spent 3-years fighting social media influence operations at the tip-of-the-spear for the Department of Defense covered-up? It could be argued based on current reporting on Alex Jones and Ali Akbar, had Sidney Powell acted on the information she has acknowledged receiving, the events in DC on January 6th would have turned out much differently, and Trump would still be president.

YOU WANT AN HONEST ANSWER? IT IS BECAUSE YOU COME ACROSS AS A CRANK. YOUR QUESTIONS SHOW HOW OUT OF TOUCH YOU ARE. "I WROTE SIDNEY POWELL A LETTER AND HERE IS A RECEIPT SHE READ IT AND WHY DIDN'T SHE USE THIS OR THAT IN SOME FILING..." BERGY THAT'S WAHERE YOU GO BATSHIT. YOU ARE UPSET BECAUSE TWO PEOPLE AT THE CENTER OF GLOBAL EVENTS WERE HANDED A 50 PAGE MEMO BY SOMEONE THEY DID NOT KNOW.... AND YOU ARE ASKING WHY THEY DID NOT DO THIS OR THAT. IT'S JUST CRAZY, BUDDY. AND THE MORE YOU COME ACROSS AS LACKING IN BASIC SOCIAL AWARENESSS, THE DEEPER YOUR MEMOS GET SHUFFLED TO THE BOTTOM.

Question 3 (part 2): What will your people do now that you know people working for your organization fabricated a news article that I molested my daughter, and what Ali Akbar did to Millie, Tore and myself post-ShadowGate? And what will you do to help prevent this in the future? As you know, Tore has a devoted, volunteer cyber army numbering in the 10's of thousands dispersed over multiple social network platforms worldwide and has a very strong vetting process, so it can be done. PATRICK, WHO FABRICATED? WHAT? BECAUSE FLYNN STOOD ON A STAGE AND A GUY WALKED ON IN THE BACKGROUND, NOW FLUYNN IS RESPONSIBLE FOR AN ARTICLE ABOUT YOU MOLESTING YOUR KID WHEN IT COULD NOT HAVE BEEN YOU BECAUSE YOUR PASSPORT SHOWS YOU WERE IN SOUTH KOREA, AND WHY DIDN'T FLYNN GET THE "TIMES OF LONDON" TO PRINT A FRONT PAGE EXPOSE ON THE OTHER ARTICLE IN THE OTHER PAPER..... IT IS BEHAVOR LIKE THIS THAT MAKES YOU GET DISMISSED AS NOT NORMAL.

Question 4: As you know, I worked with a small team of IIA (Interactive Internet Activities) analysts for the 4th Psychological Operations Group in Iraq in an effort to help bring together the Sunni and Shia for the first time in a thousand years to fight with us, and against our common enemy, AQI ( Al-Qaeda - Iraq) who was infiltrating both the Sunni and Shia leadership to cause chaos and break up the movement known as the Sahawa, or Sunni Awakening. What I'm witnessing in America is the exact opposite. Groups like Proud Boys and Antifa are LARP'ing in the streets high and drunk.

I see so many tactics used by AQI, being used on American streets the last 2-years. I've watched as both foreign and domestic threats infiltrate good, American, patriot movements for personal profit or the agenda of retired generals operating from their DC Lobby "Groups" and their Military Industrial Complex sub/prime relationships where taxpayer funded weapons I've helped develop are used to influence America's foreign and domestic policies and orchestrating the violence we see in the streets with patiot groups like the Proud Boys, whom are being led by Jonathan Lee Riches, Roger Stone, George Colella, Gen. Flynn and others directly associated with your movement and efforts. What are your personal feelings on this? Do you think we would be better off bringing people together against a common enemy like we did with the Sahawa in Iraq, or using the tactics of AQI to divide America? What are you prepared to do to fix this abuse of taxpayer funded, social media psychological warfare weapons by all sides, Democrats and Republicans?

I AM DOING WHAT I CAN ALREADY BERGY.

I know I'm only a PFC and punching way over my weight with these retired generals, but I know the truth, and can't allow it to continue. I love my country too much, even though they will likely destroy me. What these retired generals have done to me (and this, you and all

Americans) is not honorable or ethical. If we have to win by being more morally bankrupt than the people we claim are too morally bankrupt to hold this power, have we actually won anything?

I would like to also invite you to do an interview on my show, The BERGY-BIT, which broadcasts live at 5pm on Monday, Wednesday and Friday.

OK. CALL CATHERINE.

Yours,
Patrick Bergy.

Sent with ProtonMail Secure Email.

# Re: Patrick Bergy Book Questions

From: Patrick Byrne
To: patrick.bergy
Date: Sunday, August 8th, 2021 at 11:54 AM

Patrick,

Good point. Doug is certified cyber fornsics aand would understand that. I will check in and make sure Jovan knows the significance of having all information destroyed.

As far as the rest... I agree it may turn out to be the deepest part of the scandal yet, the piece you are exploring. It is just that I am focused on the 50 meter targets now, not the 100 meter target. That difference between us explains a lot, and I understand why you are on the 100 meter target.

Patrick M. Byrne

Sent with ProtonMail Secure Email.

> ------- Original Message -------
> On Saturday, August 7th, 2021 at 10:05 PM, patrick.bergy wrote:
>
> Patrick.
>
> I agree with most everything you said. I wanted honest, and I knew I'd get it from you. How else can I understand how to fix this if I don't get the truth.
>
> I think my book will be good. It's not a hit piece on anyone, it's to let people know an American journalist was arrested while uploading the claims of a verifiable whistle-blower (me, not Tore, LoL) exposing Obama/Biden ShadowNet and how they've used taxpayer funded social media psychological warfare weapons against us.
>
> I understand the election fraud is important, but nothing is more important to me than exposing what happened to Millie, Gavin and her brother, Chuck. In my opinion, there's nothing more important to our national security than finding this out. Securing our national security was my job, and it's not done.
>
> Last thing. I was thinking.. Be careful with digital scan of ballots. When matched with voter, and that can be done, the value of each digital scan I estimate at about $2000 when parted and sold to campaigns. Even worse, it will ensure whatever candidate uses it wins. I've already heard reports DoJ is looking for you guys to mess up with handling this stuff. That data is irresistible to my former colleagues, many of which you work closely with.
>
> Yours,
> Patrick
>
> Sent with ProtonMail Secure Email.

-------- Original Message --------
On Friday, August 6th, 2021 at 2:44 PM, Patrick Byrne ▮▮▮▮▮▮▮▮▮▮ wrote:

> Patrick,
>
> No apologies or explanations needed. You have been through it all. I can see it in your eyes. I have been atthis 15 years and am shocked I stayed sane.
>
> Feel free to edit what I said. I don't think you are a kook. Nor Tore. Please take anythingout that suggests otherwise. I wish ATore would be herself nad not exagerate becaause it hurts her credibility when she does.
>
> Patrick M. Byrne
>
> Sent with ProtonMail Secure Email.
>
> > -------- Original Message --------
> > On Thursday, August 5th, 2021 at 9:18 PM, patrick.bergy ▮▮▮▮▮▮▮▮▮▮ wrote:
> > Patrick.
> >
> > Thank you very much for your honest and candid response. I have disagreed with you on some things, but have always, consistently said you're an honorable person and one of the few that answered my questions honestly. Even if I don't like or disagree, that's actually quite rare.
> >
> > As promised, I will put into my book, unedited, and very much appreciate you agreeing to speak with me on my broadcast.
> >
> > I've been through a lot, and I'm not perfect. I will take to council your criticisms of my behavior. You're not wrong on a lot, some, with more conte t, you may understand why I got this way.
> >
> > If you could pass along Catherine's contact information, I'd like to schedule something after I publish.
> >
> > Respectfully Yours,
> > Patrick
> >
> > Sent with ProtonMail Secure Email.
> >
> > > -------- Original Message --------
> > > On Thursday, August 5th, 2021 at 5:09 PM, Patrick Byrne ▮▮▮▮▮▮▮▮▮▮ wrote:
> > > Hi Patrick,
> > >
> > > I will answer your thoughts below in CAPS (not to imply shoutiong, but just to set apart my text).
> > >
> > > Patrick M. Byrne
> > >
> > > Sent with ProtonMail Secure Email.
> > >
> > > > -------- Original Message --------

12. In his affidavit before this court, Mr. Byrne discusses a conversation he had with Former Mayor Rudy Giuliani during a meeting that took place in January 2022, in Miami. Patrick Byrne claims this was the first time he was made aware that President Trump had rescinded his appointment of Sidney Powell as Special Counsel and Top-Secret clearance, which would imply the subject was never discussed a year earlier in the meeting between Rudy Giuliani, Patrick Byrne and Garrett at the Willard Hotel on or around January 12th, 2021. Such a claim defies logic based on how upset Patrick Byrne was when I saw him leaving the Willard meeting that day. The personal attacks on me by Byrne, Giuliani, Maras, Wince and Weaver for my refusal to go along with previous attempts to get me to lie that followed their January 2022 meeting in Miami supports my claims as well, and their claims that Rudy was told this by President Trump as described by Patrick Byrne and Rudy Giuliani should be considered as highly questionable.

FURTHER DECLARANT SAYETH NOT

*Patrick B. Bergy* (signature)

PATRICK B. BERGY

DATE: 8-25-22

IN RE SEALED SEARCH WARRANT, - 5