UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT      FILED UNDER SEAL

_____/

### PROPOSED ORDER TO SEAL

The United States of America, having applied to this Court for an Order sealing its *Ex Parte* Memorandum of Law Regarding Proposed Redactions, and the two exhibits to that Memorandum, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the *Ex Parte* Memorandum of Law Regarding Proposed Redactions, Exhibit A to that Memorandum, and Exhibit B to that Memorandum, and this Order shall be filed under seal until further order of this Court.

**DONE AND ORDERED** in chambers at Palm Beach County, Florida, this ____ day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

*Deliver copy to*: