UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE SEALED SEARCH WARRANT          Case No.: 9:22-MJ-08332-BER-1

_____/

**NOTICE OF JOINDER BY THE FLORIDA CENTER FOR
GOVERNMENT ACCOUNTABILITY JOINING MEDIA INTERVENORS'
MOTION TO UNSEAL PORTIONS OF GOVERNMENT'S BRIEF
ADDRESSING REDACTIONS TO SEARCH WARRANT AFFIDAVIT AND
FOR PUBLIC FILING OF REDACTED VERSIONS OF ALL SEALED DOCUMENTS**

The Florida Center for Government Accountability, Inc., a Florida not-for-profit corporation, (the "Center"), through counsel, gives Notice of its Joinder in the Media Intervenors' Motion to Unseal Portions of Government's Brief Addressing Redactions to Search Warrant Affidavit and For Public Filing of Redacted Versions of All Sealed Documents (ECF# 91).

Respectfully submitted,

*/s/ Andrea Flynn Mogensen, Esq.*
Andrea Flynn Mogensen, Esq.
Law Office of Andrea Flynn Mogensen, P.A.
677 N. Washington Blvd., Suite 128
Sarasota, FL 34236
Tel: (941) 955-1066
Florida Bar No. 549681
andrea@sarasotacriminallawyer.com

*/s/ Nellie L. King*
Nellie L. King, Esq.
Law Offices of Nellie L. King
319 Clematis Street, Suite 604
West Palm Beach, FL 34201
Tel: (561) 220-2377
Florida Bar No. 99562

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 25, 2022, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing.

*/s/ Andrea Flynn Mogensen, Esq.*
Andrea Flynn Mogensen, Esq.