UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT        FILED UNDER SEAL

_____/

## ~~PROPOSED~~ ORDER TO SEAL

The United States of America, having applied to this Court for an Order sealing the Notice of Filing of Redacted Memorandum, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Notice of Filing of Redacted Memorandum, the accompanying attachment, the Motion to Seal, and this Order shall be filed under seal until further order of this Court.

**DONE AND ORDERED** in chambers at Palm Beach County, Florida, this _26_ day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

*Deliver copy to*: