# Exhibit B

## ATTACHMENT

| Aff. Paragraph | Reason(s) for withholding |
|---|---|
| Prefatory language | Agent safety |
| ¶ 3 |  |
| ¶ 4 | Agent safety |
| Heading above ¶ 26 |  |
| ¶ 26 |  |
| ¶ 27 |  |
| ¶ 28 |  |
| ¶ 29 |  |
| ¶ 30 |  |
| ¶ 31 |  |
| ¶ 32 |  |
| ¶ 33 |  |
| ¶ 34 |  |
| ¶ 35 |  |
| ¶ 36 |  |
| ¶ 37 |  |
| ¶ 38 |  |
| ¶ 39 |  |
| ¶ 40 |  |
| ¶ 41 |  |
| ¶ 42 |  |
| ¶ 43 |  |
| ¶ 44 |  |
| ¶ 45 |  |
| ¶ 46 |  |
| ¶ 48 |  |
| Heading above ¶ 49 |  |
| ¶ 49 |  |
| ¶ 50 |  |
| Heading above ¶ 51 |  |
| ¶ 51 |  |



