UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

### ORDER TO UNSEAL

The United States of America, having applied to this Court for an Order unsealing the Notice of Filing of Redacted Memorandum, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Notice of Filing of Redacted Memorandum and the accompanying attachment, along with all associated motions to seal and orders to seal, Docket Entries 88, 92, 96, 97, 98, and 98-1, shall be unsealed.

**DONE AND ORDERED** in chambers at Palm Beach County, Florida, this 26th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA