# ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM
*Provide all required information and check the appropriate box(es)*

## PART I.                    Transcript Information

*Within 14 days of the filing of the notice of appeal, the appellant must complete Part I and file this form with the District Court Clerk and the Court of Appeals Clerk for all cases. 11th Cir. R. 10-1.*

### Case Information:

Short Case Style: _____ USA _____ vs _Sealed Search Warrant_

District Court No.: _9:22-mj-08332-BER-1_  Date Notice of Appeal Filed: _Aug 16, 2022_

Court of Appeals No. (if available): _22-12708-F_

### Transcript Order Information:

☐ No hearing  ☐ No transcript is required for appeal purposes  ☐ All necessary transcript(s) already on file

☒ I am ordering a transcript of the following proceedings:

HEARING DATE(S)  /  JUDGE/MAGISTRATE  /  COURT REPORTER NAME(S)

☐ Pre-Trial Proceedings_____

☐ Trial_____

☐ Sentence_____

☐ Plea_____

☒ Other _Aug 18, 2022 / Honorable Bruce E. Reinhart / Pauline Stipes_

### Criminal Appeals:

In a criminal appeal, if the appellant pleaded guilty and intends to raise an issue regarding the guilty plea, the record must include a transcript of the guilty plea colloquy, and if the appellant intends to raise an issue regarding the sentence, the record must include a transcript of the sentencing hearing. *If such transcripts are not ordered or are not already on file, you must check the appropriate box(es) below:*

☐    A transcript of a guilty plea colloquy is not being ordered and is not already on file, and I certify that no issue regarding a guilty plea will be raised in a merits brief in this appeal.

☐    A transcript of the sentencing hearing is not being ordered and is not already on file, and I certify that no issue regarding sentencing will be raised in a merits brief in this appeal.

**Note: Counsel who seek leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), must ensure the record contains transcripts of all relevant proceedings. See 11th Cir. R. 27-1(a)(8).**

Page 1 of 2

FILED BY _____ S.L.O _____ D.C.

AUG 26 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**Financial Arrangements:**

[X] I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

[ ] Criminal Justice Act: My completed AUTH-24 for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided *only if specifically authorized* in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: _Paul M Dorsey_ (Pro-se)

Address: _110 Westminster Drive, West Hartford, CT 06107_

E-mail: _p.dorsey@comcast.net_     Phone No.: _(860) 521-0081_

**I certify that I have completed and filed Part I with the District Court Clerk and the Court of Appeals Clerk, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. 11th Cir. R. 10-1.** Aug. 25, 2022

Date: _Aug 25, 2022_ Signature: _Paul M Dorsey_     Attorney for: _Not Applicable filing pro-se_

## PART II.                    Court Reporter Acknowledgment

*Within 14 days of receipt, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.*

Date Transcript Order received: _____

[ ] Satisfactory arrangements for paying the cost of the transcript were made on: _____

[ ] Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____

Estimated no. of transcript pages: _____

Estimated filing date: _____

Date: _____ Signature: _____     Phone No.: _____

## PART III.              **Notification That Transcript Has Been Filed In District Court**

*On the date the transcript is filed in the district court, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk.*

I certify that the transcript has been completed and filed with the district court on (date): _____

Date: _____ Signature: _____

Rev. 4/22



# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2



# UNITED STATES
POSTAL SERVICE®

## PRIORITY MAIL EXPRESS®



EI 234 478

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (   )

Paul Dorsey
110 Westminster Dr
West Hartford, CT
06107

**PAYMENT BY ACCOUNT** (if applicable)
USPS Corporate Acct. No.    Federal Age

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)
06096    08/26/2

Date Accepted (MM/DD/YY)    Scheduled Delivery Time
08/25/22    ☐ 6:00 PM

Time Accepted    ☐ AM
7:54    ☐ PM

Special Handling/Fragile    Sunday/Holiday Premium

$

Weight    ☐ Flat Rate    Acceptance Employee Initia
___ lbs. ___ ozs.

TO: (PLEASE PRINT)    PHONE (   )

U.S. District Court
701 Clematis St, Room 202
West Palm Beach, FL

ZIP + 4® (U.S. ADDRESSES ONLY)
3 3 4 0 1 - ___ - ___

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)    Time    ☐ AM  ☐ PM    Emplo

Delivery Attempt (MM/DD/YY)    Time    ☐ AM  ☐ PM    Emplo

LABEL 11-B, MAY 2021    PSN 7690-02-000-0

 **PEEL FROM THIS CORNER**

