UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

### NOTICE OF FILING OF REDACTED SEARCH WARRANT AFFIDAVIT AND REDACTED *EX PARTE* MEMORANDUM OF LAW CONCERNING PROPOSED REDACTIONS

The United States gives notice that, in compliance with the Court's August 25, 2022 Order To Unseal, Docket Entry ("D.E.") 94, it hereby files the redacted version of the search warrant affidavit, submitted in support of the search warrant signed and approved by the Court on August 5, 2022. The redactions were previously submitted for the Court's review and approved by the Court's August 25, 2022 Order (DE89-1; DE94).

In addition, this notice includes a redacted copy of the government's Sealed, *Ex Parte* Memorandum of Law Concerning Proposed Redactions, filed on August 25, 2022, along with Exhibit B to that Memorandum, a redacted chart explaining the government's proposed redactions—both of which the Court ordered unsealed on August 26, 2022. Exhibit A to that filing consists of the proposed redactions to the affidavit, which accompanies this Notice in its final, redacted form.

Respectfully submitted,

 */s Juan Antonio Gonzalez*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
Florida Bar No. 897388
99 NE 4th Street, 8th Floor
Miami, Fl 33132
Tel: 305-961-9001
Email: juan.antonio.gonzalez@usdoj.gov