# Exhibit B

# ATTACHMENT

| Aff. Paragraph | Reason(s) for withholding |
|---|---|
| Prefatory language | Agent safety |
| ¶ 3 | |
| ¶ 4 | Agent safety |
| Heading above ¶ 26 | |
| ¶ 26 | |
| ¶ 27 | |
| ¶ 28 | |
| ¶ 29 | |
| ¶ 30 | |
| ¶ 31 | |
| ¶ 32 | |
| ¶ 33 | |
| ¶ 34 | |
| ¶ 35 | |
| ¶ 36 | |
| ¶ 37 | |
| ¶ 38 | |
| ¶ 39 | |
| ¶ 40 | |
| ¶ 41 | |
| ¶ 42 | |
| ¶ 43 | |
| ¶ 44 | |
| ¶ 45 | |
| ¶ 46 | |
| ¶ 48 | |
| Heading above ¶ 49 | |
| ¶ 49 | |
| ¶ 50 | |
| Heading above ¶ 51 | |
| ¶ 51 | |

| | |
|---|---|
| ¶ 52 | ███████████ |
| ¶ 53 | ███████████ |
| ¶ 54 | ███████████ |
| ¶ 55 | ███████████ |
| ¶ 56 | ███████████ |
| ¶ 57 | ███████████ |
| ¶ 58 | ███████████ |
| ¶ 59 | ███████████ |
| ¶ 60 | ███████████ |
| ¶ 61 | ███████████ |
| Heading above ¶ 62 | ███████████ |
| ¶ 63 | ███████████ |
| ¶ 64 | ███████████ |
| ¶ 65 | ███████████ |
| ¶ 66 | ███████████ |
| ¶ 67 | ███████████ |
| ¶ 68 | ███████████ |
| ¶ 69 | ███████████ |
| ¶ 70 | ███████████ |
| ¶ 71 | ███████████ |
| ¶ 72 | ███████████ |
| ¶ 73 | ███████████ |
| ¶ 74 | ███████████ |
| ¶ 75 | ███████████ |
| ¶ 76 | ███████████ |
| ¶ 78 | ███████████ |
| Agent signature | Agent safety |