UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,      Case No. 22:-mj-08332-BER-1

Plaintiff,

v.

SEALED SEARCH WARRANT,

Defendant.

IN RE SEALED SEARCH WARRANT



FILED BY _COS_ D.C.

AUG 31 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

NOTICE OF MOTIONS FOR LEAVE TO INTERVENE
FOR PURPOSE OF TAKING AN APPEAL

Please take NOTICE that the undersigned moves this Honorable Court for Leave to Intervene for Taking an Appeal in the above captioned matter and to File these pleadings as consistent with the rules of Court.

Certificate of Service

I HEREBY CERTIFY that on August 30, 2022, this document was transmitted to the Clerk's Office via Express Mail AEI 449 275 783 US, and as result, counsel to be notified electronically.

Respectfully submitted,

/s/ *Michael S. Barth*

Michael S. Barth
Pro Se
P.O. Box 832
Far Hills, New Jersey 07931
917-628-6145

Dated: August 30, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,    Case No. 22:-mj-08332-BER-1

    Plaintiff,

v.

SEALED SEARCH WARRANT,

    Defendant.

IN RE SEALED SEARCH WARRANT

PROPOSED ORDER
GRANTING LEAVE TO INTERVENE
FOR PURPOSE OF TAKING AN APPEAL

Michael S. Barth, having applied to this Court for an Order to Intercede for Purpose of Taking an Appeal, and the Court having reviewed that motion, hereby

ORDERED that:

Movant may intervene for purposes of Taking an Appeal

DONE AND ORDERED _____

Dated:                                                                  _____