

# U.S. District Court

## Florida Southern - West Palm Beach

Receipt Date: Sep 6, 2022 12:48PM

Michael Barth

| Rcpt. No: 8019 | | Trans. Date: Sep 6, 2022 12:48PM | | | Cashier ID: #SW |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #147 | 09/2/2022 | | $505.00 |
| | | | | Total Due: | $505.00 |
| | | | | Total Tendered: | $505.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

**Comments**: 9:22-MJ-08332-BER

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.