IN THE UNITED STATES DISTRICT OF SOUTHERN FLORIDA
PALM BEACH COUNTY

IN RE: CITY OF WEST PALM BEACH; MAR-A-LAGO ESTATES, et.al., C/O KING,
JAMES D. LEWIS A.K.A. JAMES OBAMA - SUI JURIS / PROXY / DE JURE GOVERN-
MENT (PETITIONER / JURAL); CASE NO. 9:22-MJ-8332-BER

NOTICE / PROOF OF SERVICE

TO: CLERK OF COURT - ROOM 202     701 CLEMATIS STREET
U.S. DISTRICT COURT CLERK'S OFFICE   WEST PALM BEACH, FL 33401

ON 8/22/2022 I BELOW AND ABOVE PARTY PLACED THE FOLLOWING DOCUMENTS
IN THE U.S. POSTAL SERVICE: MOTION TO JUST COMPENSATION AND 28
USC 1712 "COUPON SETTLEMENT - (e) JUDICIAL SCRUTINY OF COUPON
SETTLEMENTS" 28 USC 1746., 1731., 1732, 1741., ETC.

   /S/ 2    20L SUI JURIS / PROXY / DE JURE -
GOVERNMENT - KING, JAMES D. LEWIS A.K.A. JAMES OBAMA, B-52327,
2600 NORTH BRINTON AVE. - DIXON, IL 61021-9532 (815) 288-5561 FOR
LEGAL CALLS OR VISITS -

~~~~~~~~~~~~

IN THE UNITED STATES DISTRICT OF SOUTHERN FLORIDA  1 OF 2
PALM BEACH COUNTY

IN RE: CITY OF WEST PALM BEACH; MAR-A-LAGO ESTATES, et.al., C/O KING,
JAMES D. LEWIS A.K.A. JAMES OBAMA - SUI JURIS / PROXY / DE JURE GOVERNMENT
(PETITIONER / JURAL); CASE NO. 9:22-MJ-8332-BER

*MOTION TO JUST COMPENSATION AND 28 USC 1712 "COUPON SETTLEMENT-
(e) JUDICIAL SCRUTINY OF COUPON SETTLEMENTS"*

I ABOVE HAS A 4 USCS 2307., ETC. IN CIRCULATIONS AND I WOULD LIKE
TO TURN MAR-A-LAGO ESTATES OVER TO THE CITY OF PALM BEACH COUNTY
MAYOR, AS A HOMELESS SHELTER FOR THE POOR, THE JUST COM-
PENSATION, ETC. OFFERING FOR MAR-A-LAGO ESTATES IS
$50 MILLION WITH A U.C.C. 1-202, 1-203, 1-208, ETC.

2 OF 2

TO MARKET VALUE, PUBLIC USE, EMINENT DOMAIN, ETC, 26 USCS 6802.(2), 6803.(4)(6), 6804, 6806; 31 USCS 3544, ETC.; OPTIONS ASSET FORFEITURE LAW

WHEREFORE, PETITIONER WOULD LIKE THE COURT TO FORWARD THE DOCUMENTS TO THE CITY MAYOR TO REVIEW THE DEED, OWNERSHIP, INSURANCE COMPANY, ETC. ESTABLISHMENT. THANK YOU!!!

 _/s/ _____
SUI JURIS / PROXY / DE JURE GOVERNMENT —
KING, ETC. JAMES D. LEWIS A.K.A. JAMES OBAMA,
DATE: 8/22/2022 (LETTERS PATENT, ETC.)

FILED BY cot D.C.
SEP 02 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

JAMES D. LEWIS
A.K.A. JAMES OBAMA
B-52327
2600 NORTH BRINTON AVE.
DIXON, IL 61021-9532

XB

LEGAL
MAIL

THIS CORRESPONDENCE IS FROM AN
INDIVIDUAL IN CUSTODY OF THE
ILLINOIS DEPT OF CORRECTIONS

29 AUG 2022 PM 6 L

TO: CLERK OF COURT - ROOM 202
U.S. DISTRICT COURT CLERK'S OFFICE
701 CLEMATIS STREET
WEST PALM BEACH, FL