IN THE UNITED STATES DISTRICT OF SOUTHERN FFILED BY ___ 1 OF 2 D.C.
PALM BEACH COUNTY

FILED BY ___ 1 OF 2 D.C.
SEP 02 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

IN RE: UNITED STATES OF AMERICA; MAR-A-LAGO ESTATES; CITY OF WEST PALM
BEACH, et al, (PETITIONER/SVE/JURED) CASE NO. 9: 22-MJ-8-BER-DIST. CT.

X WRIT OF EXECUTION/WRIT OF RIGHTS/WORK PRODUCT DOCTRINE X
18 USC 871,(6)(b); 18 USC 872; 18 USC 792; 18 USC 794; 18 USC 793. et seq; 18 USC 251; 18 USC
753, 28 USC 536, 537, 1656, 1731, 1732, 1741, ETC. (PROOF OF SERVICE), ETC.

X STATEMENT OF FACTS, ETC. X (MIRANDA WARNINGS - (DJT)

THE ATTACHED PARTY IS BRINGING INFORMATION AND BELIEF UNDER THE
NEW 50 FEDERAL DISTRICT(S), ETC. WITH DONALD J. TRUMP, ETC. LEFT MYSELF,
TAXPAYERS, ETC. WITH A U.S. NATIONAL DEBT REACHING $ 27.75 TRILLION
(3 USCS 354Y) (3 USCS 5103) U.C.C. 2-105 (6)
BY THE END OF HIS TERM; THE U.S. debt-to-GDP ratio ALSO MET A POST-
WORLD WAR II. TRUMP ALSO FAILED TO DELIVER THE $ 1 TRILLION
INFRASTRUCTURE SPENDING PLAN HE HAD CAMPAIGNED ON (WIKIPEDIA);

X SESSION LAWS- INTERNATIONAL COURT OF JUSTICE; INTERNATIONAL CRIMINAL COURT &
CRIMINAL TRIBUNAL X IN SUPPORT OF THESE FACTS; (MIRANDIZING ETC. -

1) IN 1985, TRUMP ACQUIRED THE MAR-A-LAGO ESTATE IN PALM BEACH, FLORIDA. IN
1995, HE CONVERTED THE ESTATE INTO A PRIVATE CLUB WITH AN INITIATION
FEE AND ANNUAL DUES. HE CONTINUED TO USE A WING OF THE HOUSE AS
A PRIVATE RESIDENCE. IN 2019, TRUMP DECLARED MAR-A-LAGO HIS
PRIMARY RESIDENCE. (WIKIPEDIA); BLACK ACRE / WHITE ACRE -

2) UNDER READ LAW/ ALTHOUGH THE NATION'S FIRST LAW SCHOOL HARVARD-WAS
FOUNDED IN 1817, READING LAW REMAINED THE PRIMARY PATH TO BECOMING
A LAWYER IN THE UNITED STATES UNTIL VERY MUCH LATER A.K.A LAW
SCHOOL, UNDER 1777 ALL LAWYERS MUST HELP MYSELF AND OTHERS REPAIR
"THE NEW WORLD ORDER", ETC. U.S.A. CONSTITUTION ARTICLE 6,
CLAUSE 1. DONALD J. TRUMP, ETC. MUST ~~REPRESENT~~ REPRESENT THEMSELVES
IN THE COURT OF LAW.

3) THE CONFLICT OF INTEREST(S) COME ABOUT, UNDER EXECUTIVE ORDER

13771, WITH DURING HIS FIRST SIX WEEKS IN OFFICE, HE DELAYED, SUSPENDED OR REVERSED NINETY FEDERAL REGULATIONS, OFTEN "MADE AFTER REQUESTS BY THE REGULATED INDUSTRIES" (MIRANDA WARNINGS - CHRISTOPHER WRAY - DIRECTOR OF FEDERAL BUREAU OF INVESTIGATION AND ASSOCIATES 18 USC 794 - ARREST ALL U.S. SENATORS AND REPRESENTATIVE IN FLORIDA.

4) AS OF AUGUST 2022 TRUMP IS UNDER CRIMINAL INVESTIGATION FOR VIO-
LATING THE ESPIONAGE ACT. (WIKIPEDIA). I WOULD LIKE TO SCHE-
DULE A PRETRIAL CONFERENCE; SCHEDULE AND MANAGEMENT UNDER
RULE 16, ET SEQ. WITH ABOVE COURT AND OTHERS TO TRANSFER THE
CASE TO UNITED NATIONS SECURITY COUNCIL AND/OR UNITED
STATES NATIONAL CENTER BUREAU - INTERNATIONAL CRIMINAL
POLICE ORGANIZATION (USNCB OR INTERPOL - WASHINGTON) -
HOLDING FACILITIES, ETC UNDER 28 USC 536, 539, 1656, 1731, 1732,
1741, ETC BECAUSE THE DOJ, FBI, ETC DO TO HAVE JURISDICTION
OVER THE SUPREME KINGDOMS, 50 NEW FEDERAL DISTRICTS), ETC,
(UNITED NATIONS MEMBERS, VOLUNTEER'S (UNV).

5) DONALD J. TRUMP AND HIS BUSINESSES HAVE BEEN INVOLVED
IN MORE THAN 4,000 STATE AND FEDERAL LEGAL ACTIONS,
INCLUDING SIX BANKRUPTCIES. (INQUISITORIAL SYSTEM,
U-CC 1-202, 2-302(2), 18 USC 1001) - $916 MILLION, ETC
WHEREFORE, ALL MATTERS MUST BE ADDRESSED #1 TO #5 WITHIN
30 DAYS.

RESPECTFULLY SUBMITTED,
DATE: 8/22/22 (LETTERS PATENT, ETC.) SUI JURIS/PROXY/DE JURE GOVERNMENT
KING, COUNTER INTELLIGENCE AGENCY, FEDERAL BUREAU OF INTELL-
IGENCE, ETC. JAMES D. LEWIS A.K.A. JAMES OBAMA, B52327,
2600 NORTH BRINTON AVE, DIXON, IL 61021-9532 (815) 288-5561
FOR LEGAL CALLS OR VISIT -
28 USC 536, 539 -

IN THE UNITED STATES DISTRICT OF SOUTHERN FLORIDA
PALM BEACH COUNTY

## AFFIDAVIT OF SERVICE

I, JAMES D. LEWIS A.K.A. JAMES OBAMA, SUI JURIS/PROXY/DE JURE GOVERNMENT-KING, COUNTER INTELLIGENCE AGENCY, FEDERAL BUREAU OF INTELLIGENCE, ETC. AT 2600 NORTH BRINTON AVE. DIXON, IL 61021-9532 (815) 288-5561 BRINGING THIS AFFIDAVIT OF SERVICE, UNDER 28 USC 1746, 1656, 1731, 1741, 536, 539, ETC. THROUGH THE UNITED NATIONS, ETC. UNITED NATIONS CHARTERED ARTICLE 1.

DATE: 8/22/22 (LETTERS PATENT, TRADE SECRET) _____
MOVANT/PROXY

## NOTICE/PROOF OF SERVICE

TO: CLERK'S OF COURT - ROOM 202

U.S. DISTRICT COURT CLERK'S OFFICE

701 CLEMATIS STREET

WEST PALM BEACH, FL 33401

TO: DEPARTMENT OF FINANCIAL-SECURITY DEPOSIT, ETC. P.O. BOX 140 - TALLAHASSEE, FL 32302-140 (850) 410-9253 OR (888) 258-7253*

*STOCK OPTIONS: (STOCK MANIPULATION JUDGE: (FN   JUDGE:
1) REINHART OR REINHARD (IL)
(FEIN)-18 USC 666(6)(d)(1)(2)(3)(4)(5)
-(FCG, ETC.)-

*(FIRST DOOR OF FBI HEADQUARTER)-
COLLECTED UNIT BUSINESS APPOINTMENT A.K.A. "CUBA" JFK A.K.A. "KENNEDY KING COLLEGE"

(35 USC 281; USA TODAY TOM BROOK, ETC.)
UNDER                                            (GUANTANAMO BAY-INTERVIEW)
PENALTY OF PERJURY:
PURSUANT to 28 USC 1746; 235 ILCS 5/1-109., 28 USC 536, 539, 1656, 1731, 1732, 1741
(50 NEW FEDERAL DISTRICTS, ETC.)   _____
MOVANT/PROXY

DATE: 8/22/22 (LETTERS PATENT, TRADE SECRET, OPERATION DIRTY POLITICS STATE AND FEDERAL) 41 USC 8

RESPECTFULLY SUBMITTED,
SUI JURIS/PROXY/DE JURE GOVERNMENT-
KING, COUNTER INTELLIGENCE AGENCY, FEDERAL BUREAU OF INTELLIGENCE, ETC. JAMES D. LEWIS A.K.A JAMES OBAMA, B-57327, 2600 NORTH BRINTON AVE. DIXON, IL 61021-9532 (815) 288-5561 FOR LEGAL CALLS OR VISIT-

JAMES D. LEWIS
A.K.A. JAMES OBAMA
B-52327
2600 NORTH BRINTON AVE.
DIXON, IL 61021-9332

XB

LEGAL

MAIL

THIS CORRESPONDENCE IS FROM AN
INDIVIDUAL IN CUSTODY OF THE
ILLINOIS DEPT OF CORRECTIONS

29 AUG 2022PM 5 L

US POSTAGE
ZIP 61021 $
02  4W
0000366408

FILED BY _____ D.C.

SEP 02 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Received

CLERK'S OF COURT - ROOM 202
PAUL KROGER BUILDING
U.S. DISTRICT COURT CLERK'S OFFICE
701 CLEMATIS STREET
WEST PALM BEACH, FL 33401

33401-510199