UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,                  Case No. 22:-mj-08332-BER-1

    Plaintiff,

v.

SEALED SEARCH WARRANT,

    Defendant.



FILED BY ___Cols___ D.C.
SEP 07 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

IN RE SEALED SEARCH WARRANT

NOTICE OF RULE 72 MOTIONS

Please take NOTICE that the undersigned moves this Honorable Court for the following Rule 72 Motions as the Court deems appropriate:

1. Reverse Paperless Order Entry 110,

2. Act on Magistrate Recusal Motion, Docket Entry 70-1, if not a Court *sua sponte* review.

3. If necessary, unseal and unredact all documents related to Docket Entries Orders 80, 94 and 99; among others.

Certificate of Service

I HEREBY CERTIFY that on September 6, this document was transmitted to the Clerk's Office via Express Mail EI 449 275 806 US, and as result, counsel to be notified electronically.

Respectfully submitted,

/s/ *Michael S. Barth*

Michael S. Barth, Pro Se
P.O. Box 832
Far Hills, New Jersey 07931
917-628-6145

Dated: September 6, 2022

# PRIORITY MAIL EXPRESS®



FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

 UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )
BARTH
P.O. BOX 832
FAR HILLS, NJ 07931

**DELIVERY OPTIONS (Customer Use Only)**

☒ SIGNATURE REQUIRED  *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
CLERK OF THE COURT
PAUL G ROGERS FED BLDG & U.S. CT HOUSE
701 CLEMATIS ST., ROOM 202
WEST PALM BEACH, FL 33401

ZIP + 4® (U.S. ADDRESSES ONLY)
3 3 4 0 1 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

⬇ PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 07931
Date Accepted (MM/DD/YY): 9/6/22
Time Accepted: 1:11 PM

Special Handling/Fragile: $
Weight: ☒ Flat Rate   2 lbs.

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) Time
Delivery Attempt (MM/DD/YY) Time

LABEL 11-B, MAY 2021



USPS INSPECTED