UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CRIMINAL CASE No. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SEALED SEARCH WARRANT,

       Defendant.

FILED BY _____ D.C.
SEP 09 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## AMENDED NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

Please take NOTICE that the undersigned appeals to the United States Court of Appeals for the Eleventh Circuit from:

1. Paperless Order at Docket Entry ("D.E.") 64 that Denied a Motion to Intervene, filed at D.E. 62, to Unsealed Documents, all completely Unredacted; including any Magistrate notes related to the signing of the Affidavit.

2. Order at D.E. 78 Overruling a Rule 72 Objection to Magistrate Order on Intervention, filed at D.E. 70.

3. Appeal without an Order on a Motion for Magistrate Reinhart Recusal, filed at D.E. 70.

4. Paperless Order at D.E. 110 that Denied a Motion to Intervene for Purpose of Appeal, filed at D.E. 107.

5. Appeal without an Order a Motion for Magistrate Reinhart Recusal filed at D.E. 118.

6. Paperless Order at D.E. 120 where a Magistrate denied a Motion for District Judge Rule 72 Objection to a Magistrate Order, filed at D.E. 118.

7. Paperless Order at Docket Entry 120, denying as "moot", a Notice of Appeal and Rule 72 Motion for access to completely unredacted documents that were filed as unsealed, but as:

   a. redacted documents at D.E. 17, based on Orders at D.E. 16 and D.E. 41;

   b. redacted documents at D.E. 57, based on Orders at D.E. 56 and D.E. 74;

   c. redacted documents at D.E. 98 and 98-1, based on Orders D.E. 92, 97 and 99.

   d. redacted documents at D.E. 102-1, 102-2 and 102-3; based in part on D.E. 80 and 94.

8. Paperless Order at D.E. 120 denying as "moot", a Motion as a Notice of Appeal and Rule 72 Motion for access to remaining sealed documents at Docket Entries 1, 2, 3 and 89.

9. For all other relief deemed just by the Eleventh Circuit Court of Appeals.

## Certificate of Service

I HEREBY CERTIFY that on September 9, 2022, this document was transmitted to the Clerk's Office via Courier Service; and as result, necessary counsel to be notified electronically.

September 9, 2022                               /s/ *Michael S. Barth*

                                                Michael S. Barth
                                                P.O. Box 832
                                                Far Hills, New Jersey 07931
                                                917-628-6145

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE SEALED SEARCH WARRANT　　　　　　　Case No.; 9:22-MJ-08332-BER-1

Via Courier Service

September 9, 2022

　　　　　　　　　　　　　　　　　　　　　Michael S. Barth
　　　　　　　　　　　　　　　　　　　　　P.O. Box 832
　　　　　　　　　　　　　　　　　　　　　Far Hills, New Jersey 07931
　　　　　　　　　　　　　　　　　　　　　917-628-6145

Clerk of the Court
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, Florida 33401

Re:　　In Re Sealed Search Warrant (United States of America v. Sealed Search Warrant)
　　　　District Court Case No. 9:22-MJ-08332-BER
　　　　Court of Appeals Case Numbers: 22-12791-J and 22-12932-J
　　　　Amended Notice of Appeal

Dear Clerk of the Court,

Please find for filing a
- An Amended Notice of Appeal to the Eleventh Circuit Court of Appeals
- Certification of Service

Thank you for your assistance in this matter.

Respectfully submitted,

/s/ *Michael S. Barth*

Michael S. Barth
Pro Se