UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER



IN RE SEALED SEARCH WARRANT          FILED UNDER SEAL

_____/

### ORDER TO SEAL

The United States of America, having applied to this Court for an Order sealing the Notice Regarding Additional Partial Unsealing of Search Warrant and its accompanying attachment, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Notice Regarding Additional Partial Unsealing of Search Warrant, the accompanying attachment, the Motion to Seal, and this Order shall be filed under seal until further order of this Court.

**DONE AND ORDERED** in chambers at Palm Beach County, Florida, this 9 day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

*Deliver copy to*: