UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL CASE NO.: 9:22-mj-8332-BER-1

UNITED STATES OF AMERICA,

    Plaintiff,

V.

SEALED SEARCH WARRANT,

    Defendant,

_____/



## RULE 24 (a)(1)(2) MOTION TO INTERVENE

    The U.S. Department of the Treasury through the U.S. Department of Justice and the U.S. Marshals Service have arrested Seized Federal Securities containing sensitive documents which are subject to the Defendant Sealed Search Warrant by the F.B.I. arrest. See attached U. S. M.-285 arrest warrant under the National Security Act 50 U.S.C. 3162.

    Pursuant to Rule 24(a)(1)(2) the U.S. Department of the Treasury must intervene to protect the interests.

Dated  09-08-2022                        U.S. DEPARTMENNT OF THE TREASURY
                                                         INTERVENOR





U.S. POSTAGE
PM
CLINTON TOWN
48038
SEP 09 22
AMOUNT
$16.20
R2307M152656

1004
33401

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL





CERTIFIED MAIL

PRIORITY® MAIL

FROM:


7022 2410 0000 2730 3533

- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

UNITED STATES DEPT. OF TREASURY
1500 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20220

AT RATE ENVELOPE
ATE ■ ANY WEIGHT

ACKED ■ INSURED

TO:

U.S District Court
Southern District of
clerk: Angela E. Noble
701 Clematis St. Rm
West Palm Beach, Fl


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP