UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

**~~PROPOSED~~ ORDER TO UNSEAL**

The United States of America, having applied to this Court for an Order unsealing the Notice Regarding Additional Partial Unsealing of Search Warrant and its accompanying attachment, along with the motion to seal and order to seal associated with that filing, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Notice Regarding Additional Partial Unsealing of Search Warrant and the accompanying attachment, along with its associated motion to seal and order to seal, Docket Entries 122, 123, 124, and 125, shall be unsealed.

**DONE AND ORDERED** in chambers at Palm Beach County, Florida, this _13_ day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

*Deliver copy to*: