# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 15, 2022

Michael S. Barth
PO BOX 832
FAR HILLS, NJ 07931

Appeal Number: 22-13061-J
Case Style: USA v. Michael Barth
District Court Docket No: 9:22-mj-08332-BER-1

Please use the appeal number for all filings in this court.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Attorney Admissions
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an appearance form within fourteen (14) days after this letter's date. The Application for

Admission to the Bar and Appearance of Counsel Form are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Defaults
Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed after 14 days and without further notice** unless the following default(s) have been corrected:

Either (i) pay to the DISTRICT COURT clerk the docketing and filing fees, **or** (ii) request leave to proceed in forma pauperis on appeal in the district court. See FRAP 24(a). If the district court denies such leave, the appellant may file in this court a Motion for Permission to Appeal In Forma Pauperis with Affidavit, which is available on the Court's website.

Transcript Information Form
Pursuant to FRAP 10(b), the appellant must, within 14 days, file a Transcript Information Form, which is available on the Court's website. See FRAP 10(b)(1); 11th Cir. R. 10-1. Unless a transcript is ordered, the appellant's brief is due 40 days after 09/12/2022, except as otherwise provided in 11th Cir. R. 31-1. See 11th Cir. R. 12-1 and 31-1.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this court of any changes to the party's or attorney's addresses during the pendency of the case in which the party or attorney is participating. See 11th Cir. R. 25-7.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J/md
Phone #: (404) 335-6183

DKT-2 Appeal WITH Deficiency

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CRIMINAL CASE No. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEALED SEARCH WARRANT,

    Defendant.

FILED BY _____ D.C.
SEP 09 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## AMENDED NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

Please take NOTICE that the undersigned appeals to the United States Court of Appeals for the Eleventh Circuit from:

1. Paperless Order at Docket Entry ("D.E.") 64 that Denied a Motion to Intervene, filed at D.E. 62, to Unsealed Documents, all completely Unredacted; including any Magistrate notes related to the signing of the Affidavit.

2. Order at D.E. 78 Overruling a Rule 72 Objection to Magistrate Order on Intervention, filed at D.E. 70.

3. Appeal without an Order on a Motion for Magistrate Reinhart Recusal, filed at D.E. 70.

4. Paperless Order at D.E. 110 that Denied a Motion to Intervene for Purpose of Appeal, filed at D.E. 107.

5. Appeal without an Order a Motion for Magistrate Reinhart Recusal filed at D.E. 118.

6. Paperless Order at D.E. 120 where a Magistrate denied a Motion for District Judge Rule 72 Objection to a Magistrate Order, filed at D.E. 118.