UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

**UNITED STATES' MOTION TO STRIKE DOCKET ENTRY 128**

The United States of America herby moves to strike Docket Entry 128 which purports to be a motion by the United States Department of the Treasury to Intervene in the instant matter. The United States has confirmed the pleading was not submitted by the Department of the Treasury but rather mailed to the Clerk of Court by someone not associated with the Government.

                                            Respectfully submitted,

                                            */s Juan Antonio Gonzalez*
                                            JUAN ANTONIO GONZALEZ
                                            UNITED STATES ATTORNEY
                                            Florida Bar No. 897388
                                            99 NE 4th Street, 8th Floor
                                            Miami, FL 33132
                                            Tel: 305-961-9001
                                            Email: juan.antonio.gonzalez@usdoj.gov