UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT                    FILED UNDER SEAL

_____/

### ORDER STRIKING DOCKET ENTRY 128

The United States of America, having moved to strike Docket Entry 128, and the Court finding good cause:

**IT IS HEREBY ORDERED** that Docket Entry 128 is stricken.

**DONE AND ORDERED** in chambers at Palm Beach County, Florida, this ____ day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA