# ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM
*Provide all required information and check the appropriate box(es)*

**PART I.**  **Transcript Information**

FILED BY _KC_ D.C.
SEP 19 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Within 14 days of the filing of the notice of appeal, the appellant must complete Part I and file this form with the District Court Clerk and the Court of Appeals Clerk *for all cases*. 11th Cir. R. 10-1.

**Case Information:**

Short Case Style: **United States of America** vs **Michael S. Barth**
District Court No.: **9:22-mj-08332-ber**  Date Notice of Appeal Filed: **09/09/2022**
Court of Appeals No. (if available): **22-13061-J**

**Transcript Order Information:**

[ ] No hearing   [ ] No transcript is required for appeal purposes   [✓] All necessary transcript(s) already on file
[ ] I am ordering a transcript of the following proceedings:

HEARING DATE(S)  /  JUDGE/MAGISTRATE  /  COURT REPORTER NAME(S)

[ ] Pre-Trial Proceedings_____
[ ] Trial_____
[ ] Sentence_____
[ ] Plea_____
[ ] Other_____

**Criminal Appeals:**
In a criminal appeal, if the appellant pleaded guilty and intends to raise an issue regarding the guilty plea, the record must include a transcript of the guilty plea colloquy, and if the appellant intends to raise an issue regarding the sentence, the record must include a transcript of the sentencing hearing. *If such transcripts are not ordered, you must check the appropriate box(es) below:*

Transcript of Guilty Plea Colloquy
[ ] A transcript of the guilty plea colloquy is already on file.
[ ] A transcript of a guilty plea colloquy is not being ordered and is not already on file, and I certify that no issue regarding a guilty plea will be raised in a merits brief in this appeal.

Transcript of Sentencing Hearing
[ ] A transcript of the sentencing hearing is already on file.
[ ] A transcript of the sentencing hearing is not being ordered and is not already on file, and I certify that no issue regarding sentencing will be raised in a merits brief in this appeal.

**Note:** Counsel who seek leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), must ensure the record contains transcripts of all relevant proceedings. *See* 11th Cir. R. 27-1(a)(8).

**Financial Arrangements:**

☐ I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

☐ **Criminal Justice Act:** My completed AUTH-24 for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided *only if specifically authorized* in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party:_____

Address:_____

E-mail: _____ Phone No.: _____

I certify that I have completed and filed Part I with the District Court Clerk and the Court of Appeals Clerk, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. 11th Cir. R. 10-1.

Date: 9/15/22       Signature: /s/ Michael S. Barth       Attorney for: Pro Se

Mailed to USDC 9/16/22 via Cert Mail 7020 1810 0000 0043 0813

**PART II.**            **Court Reporter Acknowledgment**

*Within 14 days of receipt, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.*

Date Transcript Order received:_____

☐ Satisfactory arrangements for paying the cost of the transcript were made on:_____

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days:_____

Estimated no. of transcript pages:_____

Estimated filing date:_____

Date:_____ Signature:_____ Phone No.:_____

**PART III.**            **Notification That Transcript Has Been Filed In District Court**

*On the date the transcript is filed in the district court, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk.*

I certify that the transcript has been completed and filed with the district court on (date):_____

Date:_____ Signature:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE SEALED SEARCH WARRANT                      Case No. 22-MJ-8332-BER

**Via Certified Mail: 7020 1810 0000 0043 0813**

September 16, 2022

                                                      Michael S. Barth
                                                      P.O. Box 832
                                                      Far Hills, New Jersey 07931
                                                      917-628-6145

Office of the Clerk of the Court
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, Florida 33401

Re:    In Re Sealed Search Warrant, Case No. 9:22-MJ-08332-BER
        Court of Appeals Number: 22-13061-J
        Eleventh Circuit Transcript Order Form

Dear Clerk of the Court,

Please find for filing a two-page Eleventh Circuit Transcript Order Form.

The document was uploaded to the Eleventh Circuit Court of Appeals through CM/ECF on Thursday, September 15, 2022.

Thank you for your assistance in this matter.

Respectfully submitted,

/s/ *Michael S. Barth*

Michael S. Barth
Pro Se

<40><45><50>
<40><45><50>
<40><45><50>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40><45>

<40>

**CERTIFIED MAIL**



7020 1810 0000 0043 0813

1000

Michael S. Barth
P.O. Box 832
Far Hills, New Jersey 07931

USMS INSPECTED BY

United States District Court
Southern District of Florida
Office of the Clerk
701 Clematis Street, Room 202
West Palm Beach, FL 33401

33401-511352

7020 1810 0000 0043 0813

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE