Via Express Mail: EI 009 992 158 US

September 17, 2022

                        Michael S. Barth
                        P.O. Box 832
                        Far Hills, New Jersey 07931
                        917-628-6145

U.S. Court of Appeals for the 11th Circuit
Clerk of the Court
John C. Gobold Federal Building
Court of Appeals Administrative Offices
96 Poplar St. N.W.
Atlanta, Georgia 30303



FILED BY ___PCS___ D.C.

SEP 22 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Re:    Court of Appeals Case Numbers: 22-1293-K, 22-13061-K
       In Re Sealed Search Warrant (United States of America v. Sealed Search Warrant)
       United States of America v. Michael S. Barth
       District Court Case No. 9:22-MJ-08332-BER
       Fee Status – Fee Not Paid

Dear Sir or Madam,

On the Docket for Appeal 22-12932 and an Amended Notice of Appeal 22-13061, there are entries posted "Fee Status: Fee Not Paid." Please note that in discussion with the District Court Clerk's Office on Friday August 16, 2022, that the District Court Clerk's Office indicated that the fee for appeal 22-12932-K (Docket Entry 108) was paid, as noted at Docket Entry 113 (inserted below):

| 108 | *Filed:* 08/31/2022 <br> *Entered:* 09/01/2022 |
|---|---|
| | *Docket Text:* NOTICE OF APPEAL by Michael S Barth as to Sealed Search Warrant Re: [80] Order, [94] Order on Motion to Unseal Document, [99] Order to Unseal. FILING FEE: (NOT PAID). Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (apz) |
| 113 | *Filed & Entered:* 09/07/2022 |
| | *Docket Text:* Clerks Notice of Receipt of Appeal Filing Fee received on 9/6/2022 re DE [108] Notice of Appeal. (kpe) |

Please also find attached, copies of the receipt for the fee paid in appeal 22-12791, and a copy of the receipt for the fee paid in appeal 22-12932.

To my knowledge under F.R.A.P. 4(a)(4)(B)(iii) "[n]o additional fee is required to file an amended notice" of appeal. *See also e.g., Owen v. Harris County, Tex.*, 617 F.3d 361, 362 (CA5

2010). I am not aware of any other rules and Eleventh Circuit precedent requiring payment for a separate fee for the Amended Notice of Appeal. However, if the Court has a different position, please let me know and I will pay the fee for the third Court of Appeals Docket Number, and take on appeal similar to the Owen case noted above.

Thank you for your assistance in this matter.

Respectfully submitted,

/s/ *Michael S. Barth*

Michael S. Barth, Appellant Pro Se

C:
United States District Court
Southern District of Florida
Office of the Clerk
701 Clematis Street, Room 202
West Palm Beach, FL 33401

(Via Cert Mail: 7022 0410 0002 2928 7811)

Lisa Tobin Rubio
U.S. Attorney's Office
Southern District of Florida
99 NE 4th Street, Floor 5
Miami, FL 33132-2111

(Via Regular Mail. Cover letter only.)

Generated: Aug 22, 2022 11:55AM                                                                                                Page 1/1



# U.S. District Court

## Florida Southern - West Palm Beach

Receipt Date: Aug 22, 2022 11:55AM

Michael Barth

Rcpt. No: 7996              Trans. Date: Aug 22, 2022 11:55AM              Cashier ID: #SW

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |
| 104 | Cert of Document/Transcript of JGMT | | 3 | 11.00 | 33.00 |
| 100 | Copies (Paper) | | 20 | 0.50 | 10.00 |
| 601 | Electronic Printing Fee | | 20 | 0.10 | 2.00 |

| CD | Tender | | | Amt |
|----|--------|---|---|-----|
| CH | Check | #164 | 08/20/2022 | $550.00 |

Total Due: $550.00
Total Tendered: $550.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.



## U.S. District Court

### Florida Southern - West Palm Beach

Receipt Date: Sep 6, 2022 12:48PM

Michael Barth

Rcpt. No: 8019                Trans. Date: Sep 6, 2022 12:48PM                                    Cashier ID: #SW

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #147 | 09/2/2022 | | $505.00 |

Total Due: $505.00
Total Tendered: $505.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 9:22-MJ-08332-BER

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

Michael S. Barth
P.O. Box 832
Far Hills, NJ 07931

United States District Court
Southern District of Florida
Office of the Clerk
701 Clematis Street, Room 202
West Palm Beach, FL 33401



7022 0410 0002 2928 7811



U.S. POSTAGE PAID
FCM LETTER
FAR HILLS, NJ
07931
SEP 17, 22
AMOUNT
$4.60
R2305K134829



7022 0410 0002 2928 7811