# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

November 29, 2022

Clerk - Southern District of Florida  
U.S. District Court  
400 N MIAMI AVE  
MIAMI, FL 33128-1810

FILED BY ____AP____ D.C.

Nov 29, 2022

ANGELA E. NOBLE  
CLERK U.S. DIST. CT.  
S. D. OF FLA. - MIAMI

Appeal Number: 22-12791-JJ  
Case Style: USA v. Michael Barth  
District Court Docket No: 9:22-mj-08332-BER-1

The referenced appeal was dismissed.

**Appellee's brief is due 30 days from the date of this letter, with the supplemental appendix, if any, due within 7 days from the filing of the brief.**

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany Tucker, JJ  
Phone #: (404)335-6193

REINST-1 Court Order Reinstatement

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-12791-JJ

_____

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

versus

MICHAEL S. BARTH,

                                      Interested Party - Appellant,

SEALED SEARCH WARRANT,

                                      Defendant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: ROSENBAUM and BRASHER, Circuit Judges.

BY THE COURT:

      The motion to reinstate filed by the Appellant is hereby GRANTED. The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.