1/11/2023

RE: 22-MJ-8332-BER

To Deputy Clerk,

I am a prisoner who is in dire need of a copy of a legal document that is located in your office files.

The document I seek is a copy of the "docket sheet" for case number 22-MJ-8332-BER. I understand that copies of legal documents cost money but, as stated earlier I am presently incarcerated and I have no way to pay the clerk for these copies.

I understand that my personal issues are not your problem but, I ask that you find it in your heart to provide the much needed document to me one time at no cost. I cant explain the importance of your charity, so will you please help me with the copies?

Docket Sheet for case # 22-MJ-8332-BER

Return Address

Reginald Hopkins #51994
Dauphin County Prison
501 Mall Road
Harrisburg PA 17111-1299

FILED BY ___ D.C.
JAN 10 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Humbley Submitted,

[signature]

NAME Reginald Hopkins
D.C.P.# 57994
**DAUPHIN COUNTY PRISON**
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA   171

4 JAN 2023   PM 7   L



OFFICE of THE Clerk
Southern District of Florida
299 East Broward Blvd. room # 112
Ft. Lauderdale, FL 33301

33301-192237

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

