FILED BY ___TM___ D.C.

**Jun 12, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF OF THE PREMISES, DEVICES, AND ACCOUNTS IDENTIFIED IN ATTACHMENT A | **Case No. 22-mj-8332-BER**<br>**Case No. 22-mj-8489-BER**<br>**Case No. 22-mj-8533-BER**<br>**Case No. 22-mj-8534-BER**<br>**Case No. 22-mj-8547-BER**<br>**Case No. 22-mj-8548-BER**<br>**Case No. 22-mj-8549-BER**<br>**Case No. 22-mj-8550-BER**<br><br>**Filed Under Seal** |

## ORDER

The Government's motion for partial unsealing is GRANTED. The Government may disclose the above-captioned search warrants, supporting affidavits, and accompanying documents (the "Search Warrant Materials") to the defendants as discovery in *United States v. Donald J. Trump and Waltine Nauta*, SDFL case number 23-80101-CR-Cannon/Reinhart. The Government also may disclose the Search Warrant Materials as required in any court proceeding regarding the existence of, and other information about, the Search Warrant Materials. The Search Warrant Materials otherwise remain under seal and cannot be disclosed without further order of the Court.

Date: 6/12/23

Hon. Bruce E. Reinhart
United States Magistrate Judge

146