UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please take notice that Elizabeth J. Shapiro, Deputy Director of Federal Programs Branch, Civil Division, United States Department of Justice, hereby enters her appearance as counsel of record for the United States of America in the above-captioned matter.

Date: June 21, 2023

Respectfully submitted,

*/s/Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
Deputy Director (D.C. Bar. No. 418925)
Special Bar ID #A5502352
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 514-5302
Email: Elizabeth.Shapiro@usdoj.gov

*Counsel for United States*