# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please take notice that Leslie Cooper Vigen, Senior Trial Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for the United States of America in the above-captioned matter.

Date: June 21, 2023

Respectfully submitted,

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Senior Trial Counsel (D.C. Bar. No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-0727
Email: Leslie.Vigen@usdoj.gov

*Counsel for United States*