UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT          FILED UNDER SEAL

_____/

### [PROPOSED] ORDER TO SEAL

The United States of America, having applied to this Court for an order sealing (1) the United States' Sealed, *Ex Parte* Response to Media Intervenors' Renewed Motion for Further Unsealing and (2) Exhibit A to the Response, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the United States' Sealed, *Ex Parte* Response to Media Intervenors' Renewed Motion for Further Unsealing, Exhibit A to the Response, and this Order shall be filed under seal until further order of this Court.

**DONE AND ORDERED** in chambers at Palm Beach County, Florida, this ___ day of _____, 2023.

_____
HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

*Deliver copy to:*