UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

**UNITED STATES' NOTICE OF FILING**

The United States hereby provides notice that Document 153-1, previously filed under seal, is attached to this notice in the partially redacted form approved by the Court in its Order of July 5, 2023 (ECF # 154).

Respectfully submitted,

*/s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
LESLIE COOPER VIGEN
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 514-5302
Email: Elizabeth.Shapiro@usdoj.gov