Per Local Rule 5.4(d), the matter(s) shall remain sealed:

____ years; _____ (specific date);

☐ permanently; _____ (other).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

☐ SEALED

☐ NOT SEALED

IN RE SEALED SEARCH WARRANT          FILED UNDER SEAL

_____/

**[PROPOSED] ORDER TO SEAL**

The United States of America, having moved the Court for an Order sealing its Motion to Reconsider the Court's Order to Unseal the Document Docketed as ECF # 147, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the United States' Sealed, Ex Parte Motion to Reconsider the Court's Order to Unseal the Document Docketed as ECF # 147, and this Order, shall be filed under seal until further order of this Court.

**DONE AND ORDERED** in chambers at Palm Beach County, Florida, this __ day of _____, 2023.

_____
HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

*Deliver copy to:*