UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WRANT

_____/

**UNITED STATES' NOTICE REGARDING APPEAL**

In accordance with the Court's Sealed Order of July 10, 2023, ECF No. 159, the United States of America hereby provides notice that it does not intend to appeal the unsealing of docket entry 147.

Date: July 14, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

/s/ Leslie Cooper Vigen
LESLIE COOPER VIGEN
Senior Trial Counsel (D.C. Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-0727
Email: Leslie.Vigen@usdoj.gov

*Counsel for United States*