UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE: SEALED SEARCH WARRANT

_____/

FILED BY _____ D.C.
JUL 14 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**ORDER TO UNSEAL**

On July 5, 2023, I ordered the Clerk of Court to unseal an Order dated June 12, 2023, that authorized the Government to disclose materials in discovery in case number 23-80101-CR ("Unsealing Order").[1] ECF No. 154. The Unsealing Order was stayed to allow the United States to decide whether to appeal. *Id.* Since then, the United States filed a sealed motion for reconsideration, which was denied in a sealed Order. ECF Nos. 157 (sealed), 158 (sealed), 159 (sealed). The United States has now filed a Notice that it does not intend to appeal the Unsealing Order. ECF No. 163.

---

[1] In the Unsealing Order, I incorrectly referred to the disclosure Order as docket entry 147. In fact, the Order is docket entry 146 and the corresponding motion is docket entry 147.

WHEREFORE, it is ORDERED that:

1. The Clerk of the Court shall unseal docket entry 146.

2. On or before 5:00 p.m. Eastern time on July 24, 2023, the United States shall file under seal a notice stating its position on what, if any, portions of docket entries 157, 158, and 159 should be unsealed.

3. Docket entry 147 shall remain under seal.

**DONE and ORDERED** in Chambers this 14th day of July, 2023, at West Palm Beach in the Southern District of Florida.

*[signature]*

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE