UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE: SEALED SEARCH WARRANT

_____/

## ORDER

On July 11, 2023, the United States filed under seal a proposed redacted version of docket entry 153 — its sealed Response to the Media Intervenors' Renewed Motion for Further Unsealing. ECF Nos. 160, 161. In light of the unsealing of docket entry 146, it is ORDERED that on or before 5:00 p.m. Eastern time on July 24, 2023, the United States shall file under seal a revised proposed redacted version of docket entry 153.

**DONE and ORDERED** in Chambers this 14th day of July, 2023, at West Palm Beach in the Southern District of Florida.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE