UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT            FILED UNDER SEAL

_____/

**UNITED STATES' NOTICE OF FILING**

In accordance with the Court's Orders of July 14, 2023, *see* ECF Nos. 164 & 165, the United States of America hereby provides notice of the filing of proposed redacted versions of the following documents: (1) the United States' Sealed, *Ex Parte* Response to Media Intervenors' Renewed Motion for Further Unsealing, ECF No. 153, attached hereto as Exhibit A; (2) the United States' Sealed, *Ex Parte* Motion to Reconsider the Court's Order to Unseal the Document Docketed as ECF #147, ECF No. 158, attached hereto as Exhibit B; and (3) the Sealed Order on Motion for Reconsideration, ECF No. 159, attached hereto as Exhibit C. The government has also considered whether redactions to the Motion to Seal docketed at ECF number 157 are necessary and submits that ECF number 157 may be released publicly without redaction.

The information the government proposes redacting from the three attached documents consists of the same types of information that the Court approved of maintaining under seal in the affidavit in its Order of July 5, 2023. *See* ECF No. 154. These proposed redactions are necessary to protect the identities of witnesses and law enforcement personnel, to maintain grand jury secrecy consistent with Federal Rule of Criminal Procedure 6(e), and to conceal the government's investigative avenues and techniques to the extent they were not revealed in the indictment in *United States v. Trump*.

If the Court agrees, the government does not object to the public release of the attached redacted versions of ECF numbers 153, 158, and 159. The government also has no objection to the public release of ECF number 157 without redaction, or to the public release of this notice.

Date: July 24, 2023

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General
        Civil Division

        ELIZABETH J. SHAPIRO
        Deputy Director
        Civil Division, Federal Programs Branch

        */s/ Leslie Cooper Vigen*
        LESLIE COOPER VIGEN
        Senior Trial Counsel (D.C. Bar No. 1019782)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20005
        Tel.: (202) 305-0727
        Email: Leslie.Vigen@usdoj.gov

        *Counsel for United States*