UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE: SEALED SEARCH WARRANT

_____/

**ORDER TO UNSEAL**

On June 16, 2023, multiple Intervenors moved to unseal additional documents. ECF No. 148. The Government filed a sealed Response. ECF No. 153. I granted in part and denied in part the Intervenors' Motion. ECF No. 154. I required the Government to submit a proposed redacted version of its Response. *Id.* The Government filed a proposed redacted Response under seal on July 10. ECF Nos. 160, 161.

The Government moved under seal to reconsider. ECF Nos. 157, 158. In a sealed Order on July 10, I denied the Motion for Reconsideration. ECF No. 159. By separate Order, I required the Government to file a Notice under seal stating its position on what, if any, portions of Docket Entries 157, 158, and 159 could be unsealed. ECF No. 164. I also ordered the Government to submit a revised proposed redacted version of its Response to the original motion. ECF No. 165.

On July 25, the Government filed a sealed Notice with proposed redacted pleadings. ECF No. 167. I have reviewed the proposed redactions and find that the Government has met its burden of keeping portions of those pleadings under seal.

WHEREFORE, it is ORDERED that

1. Docket Entry 157 shall be unsealed without redaction

2. Docket Entry 167 and its attachments (redacted versions of Docket Entries 153, 158, and 159) shall be unsealed. Docket Entries 153, 158, and 159 shall remain sealed.

**DONE and ORDERED** in Chambers this 24th day of July, 2023, at West Palm Beach in the Southern District of Florida.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE