UNITED STATES COURT

IN RE: SEALED SEARCH WARRANT

Case#9:22-mj-08332

NOTICE OF APPEAL

FILED BY _____ D.C.
JUL 28 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

This notice of appeal by the U.S. Department of the Treasury for ORDER DKT#135 is due to excusable neglect regarding Dkt#128 classified SEIZED FEDERAL SECURITIES executed warrant on Intervenor CNN. See attached warrant.

Dated: 7-21-2023

/s/ Ioana Cristei Meyer
U.S. Department of the Treasury

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S. DEPARTMENT OF THE TREASURY | 1:21-cv-00717-CN |
| DEFENDANT | TYPE OF PROCESS |
| SEIZED FEDERAL SECURITIES | WARRANT |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CNN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 CNN Center, Atlanta, GA 30303

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
(General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE MAINTAIN LEAKED TAX RECORDS, 'SEIZED FEDERAL SECURITIES' (Defendant) in your custody until further notice

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE 6/16/21

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. A19 | District to Serve No. A19 | Signature of Authorized USMS Deputy or Clerk | Date 7/8/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Linda Banks

Address (complete only different than shown above):
289 Culver Street
Lawrenceville, GA 30046

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 16 2021
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

Date 13 Aug 21   Time 11:40
Signature of U.S. Marshal or Deputy

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges $492.24 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00

REMARKS:
1) 404-827-1500  2) legal dept 4-827-4987 Kelly  3) CT Corp 289 Culver St. Lawrenceville
General #
* See capture report for list of charges.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00





**PRIORITY MAIL**

RDC 01   0 Lb 1.90 Oz

FROM:

7022 2410 0001 6480 5235

mestic shipments include $100 of insurance (restrictions apply).*
PS Tracking® service included for domestic and many international destinations.
ited international insurance.**
en used internationally, a customs declaration form is required.
ance does not cover certain items. For details regarding claims exclusions see the
stic Mail Manual at *http://pe.usps.com*.
International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

UNITED STATES DEP
1500 PENNSYLVA
WASHINGTON,

T RATE ENVELOPE
ATE ■ ANY WEIGHT

CKED ■ INSURED

TO:

U.S. District C
Southern Distri
Clerk of the C
701 Clematis
West Palm Beac



PS00001000014   EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP