UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

FILED BY _____ D.C.
AUG 2 1 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN RE SEALED SEARCH WARRANT

_____/

## NOTICE

The Government respectfully enters this notice to inform the Court that the documents filed as docket entries 171 and 175 were filed without the knowledge or consent of the undersigned, Ioana Cristei Meyer. The person or persons filing these documents have misappropriated the undersigned's name and signature block, and any further filings of the sort should likewise be treated as improper filings.

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Ioana Cristei Meyer
IOANA CRISTEI MEYER
Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-0001
Email: Ioana.C.Meyer@usdoj.gov

August 16, 2023