

FILED BY ___ D.C.

AUG 21 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

## UNITED STATES'S MOTION TO STRIKE

The Government respectfully requests that the Court strike from the docket the documents filed as docket entries 171 and 175. These documents were filed without the knowledge or consent of the undersigned, Ioana Cristei Meyer, as explained in the United States's notice to be filed along with this motion. Any further filings of the sort should likewise be stricken as improper filings.

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Ioana Cristei Meyer
IOANA CRISTEI MEYER
Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-0001
Email: Ioana.C.Meyer@usdoj.gov

August 16, 2023