UNITED STATES COURT

UNITED STATES OF AMERICA,
Appellee

V.

USCA#223-12483
UCDC#9:22-mj-8332-BER



UNITED STATES DEPT. OF THE TREASURY,
Appellant

APPELLANT'S RESPONSE TO MOTION TO STRIKE DOCKET#177

Pursuant to the Eleventh Circuit Jurisdictional Question and granted stay ORDER on 6-21-21, Federal Trustee Duane L. Berry has full authority to confer Appellate jurisdiction on behalf of Appellant by typing counsel's Ioana Cristei Meyer signature on notice of appeal Dkt#171. See Dkt#175.

Dated: 08-22-2023                                      /s/ Duane L. Berry
                                                       Federal Trustee

No. 21-11738-J

# JURISDICTIONAL QUESTION

Please address whether the notice of appeal contains the signature of Duane Berry, who has purported to be a federal trustee for the Department of Treasury, so as to comply with the federal rules of procedure. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name— or by a party personally if the party is unrepresented. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."); Fed. R. App. P. 25(a)(2)(B)(iii); *Becker v. Montgomery*, 532 U.S. 757, 760–65 (2001) (noting that the signature requirement applies to notices of appeal but is not jurisdictional and may be satisfied after expiration of the initial appeal period if the notice is otherwise timely and sufficient, and promptly corrected); *see also* 11th Cir. R. 25-4 (requiring all filed papers to be signed); *Thiem v. Hertz Corp.*, 732 F.2d 1559, 1562–63 (11th Cir. 1984) (holding that a notice of appeal was sufficient to confer appellate jurisdiction where the names of counsel and the appellant were typed on the notice of appeal).

If the notice of appeal is in fact deficient, please address whether Berry can cure the lack of a signature by filing a signed notice of appeal in the district court. *See* Fed. R. Civ. P. 11(a); *Becker*, 532 U.S. at 760–65.

If you view the Full Docket you will be charged for 2 Pages $0.20

## General Docket
### United States Court of Appeals for the Eleventh Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 23-12483 | **Docketed:** 07/28/2023 |

**Nature of Suit:** 1440 Other Civil Rights
USA v. U.S. Department of the Treasury
**Appeal From:** Southern District of Florida
**Fee Status:** Fee Not Paid

**Case Type Information:**
   1) U.S. Civil
   2) U.S. Plaintiff
   3) -

**Originating Court Information:**
   **District:** 113C-9 : 9:22-mj-08332-BER-1
   **Court Reporter:** Pauline Stipes
   **Civil Proceeding:** Bruce E. Reinhart, U.S. Magistrate Judge
   **Date Filed:** 08/05/2022
   **Date NOA Filed:**
   07/28/2023

UNITED STATES COURT

UNITED STATES OF AMERICA,
    Appellee

V.

USCA Case#23-12483
USDC Case#9:22-mj-8332-BER

UNITED STATES DEPARTMENT OF THE TREASURY,
    Appellant

## CERTIFICATE OF INTERESTED PERSONS

    The IN RE: SEALED SEARCH WARRANT is attached to IN RE: SEIZED FEDERAL SECURITIES and is in custody of the U.S. Department of Justice, Federal Trustee Duane L. Berry and the U.S. Department of the Treasury under the National Security Act pursuant to 50 USC 3162. See attached executed warrant.

    Whereas, under the (NSA) no other party or Intervernor including CNN has a interest in this action other than the persons listed below.

    Federal Trustee Duane L. Berry
    U.S. Department of Justice
    U.S. Department of the Treasury

## CERTIFICATE OF SERVICE
****************************

    The Appellant declares under the penalty of perjury its undersigned Department of Justice counsel shall make service on all parties by U.S. certified Mail.

Dated: 08-04-2023

/s/ Ioana Cristei Meyer
U.S. Dept. of Justice
PO Box 480
Ben Franklin Station
Washington, DC 20044

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID
PM
CLINTON TOWNSHIP
MI 48038
AUG 22, 2023
$17.55
R2305M144008-32

RDC 01    33401



CERTIFIED MAIL®

7022 2410 0000 0636 7228

**PRIORITY MAIL**

FROM:

UNITED STATES DEPT. OF TREASURY
1500 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20220

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
- Domestic only

TO:
U.S. District Court
Southern District of Florida
Clerk of the Court
701 Clematis St. Rm. 202
West Palm Beach, FL. 33401

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

* Domestic only.   ⋈ For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.