UNITED STATES COURT

FILED BY_____D.C.

AUG 28 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,
    Appellee

V.

USCA#223-12483
UCDC#9:22-mj-8332-BER

UNITED STATES DEPT. OF THE TREASURY,
    Appellant

APPELLANT'S RESPONSE TO MOTION TO STRIKE DOCKET#177

    Pursuant to the Eleventh Circuit Jurisdictional Question and granted stay ORDER on 6-21-21, Federal Trustee Duane L. Berry has full authority to confer Appellate jurisdiction on behalf of Appellant by typing counsel's Ioana Cristei Meyer signature on notice of appeal Dkt#171. See Dkt#175.

Dated: 08-22-2023

/s/ Duane L. Berry
Federal Trustee

No. 21-11738-J

## JURISDICTIONAL QUESTION

Please address whether the notice of appeal contains the signature of Duane Berry, who has purported to be a federal trustee for the Department of Treasury, so as to comply with the federal rules of procedure. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name— or by a party personally if the party is unrepresented. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."); Fed. R. App. P. 25(a)(2)(B)(iii); *Becker v. Montgomery*, 532 U.S. 757, 760–65 (2001) (noting that the signature requirement applies to notices of appeal but is not jurisdictional and may be satisfied after expiration of the initial appeal period if the notice is otherwise timely and sufficient, and promptly corrected); *see also* 11th Cir. R. 25-4 (requiring all filed papers to be signed); *Thiem v. Hertz Corp.*, 732 F.2d 1559, 1562–63 (11th Cir. 1984) (holding that a notice of appeal was sufficient to confer appellate jurisdiction where the names of counsel and the appellant were typed on the notice of appeal).

If the notice of appeal is in fact deficient, please address whether Berry can cure the lack of a signature by filing a signed notice of appeal in the district court. *See* Fed. R. Civ. P. 11(a); *Becker*, 532 U.S. at 760–65.

If you view the Full Docket you will be charged for 2 Pages $0.20

**General Docket**
**United States Court of Appeals for the Eleventh Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 23-12483<br>**Nature of Suit:** 1440 Other Civil Rights<br>USA v. U.S. Department of the Treasury<br>**Appeal From:** Southern District of Florida<br>**Fee Status:** Fee Not Paid | **Docketed:** 07/28/2023 |

**Case Type Information:**
  1) U.S. Civil
  2) U.S. Plaintiff
  3) -

**Originating Court Information:**
  **District:** 113C-9 : 9:22-mj-08332-BER-1
  **Court Reporter:** Pauline Stipes
  **Civil Proceeding:** Bruce E. Reinhart, U.S. Magistrate Judge
  **Date Filed:** 08/05/2022
  **Date NOA Filed:**
  07/28/2023

UNITED STATES COURT
OF APPEALS

UNITED STATES OF AMERICA,
    Appellee

V.

USCA Case#23-12483
USDC Case#9:22-mj-8332-BER

UNITED STATES DEPARTMENT OF THE TREASURY,
    Appellant

## CERTIFICATE OF INTERESTED PERSONS

    The IN RE: SEALED SEARCH WARRANT is attached to IN RE: SEIZED FEDERAL SECURITIES and is in custody of the U.S. Department of Justice, Federal Trustee Duane L. Berry and the U.S. Department of the Treasury under the National Security Act pursuant to 50 USC 3162. See attached executed warrant.

    Whereas, under the (NSA) no other party or Intervernor including CNN has a interest in this action other than the persons listed below.

    Federal Trustee Duane L. Berry
    U.S. Department of Justice
    U.S. Department of the Treasury

## CERTIFICATE OF SERVICE
****************************

    The Appellant declares under the penalty of perjury its undersigned Department of Justice counsel shall make service on all parties by U.S. certified Mail.

Dated: 08-04-2023

/s/ Ioana Cristei Meyer
U.S. Dept. of Justice
PO Box 480
Ben Franklin Station
Washington, DC 20044

**CERTIFIED MAIL**

7022 2410 0000 0636 7211

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE

33128   $17.55
RDC 01   R2305M144006-32

FROM:

UNITED STATES DEPT. OF TREASURY
1500 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20220

REC'D BY _____ D.C.
AUG 25 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
INSPECTED BY:

TO:
U.S. District Court
Southern District of Florida
Clerk of the Court
400 North Miami Ave.
Miami, FL. 33128

■ Date of delivery specified*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. District Court
Southern District of Florida
Clerk of the Court
400 North Miami Ave.
Miami, FL. 33128


9590 9402 7956 2305 6820 70

2. Article Number (Transfer from service label)
7022 2410 0000 0636 7211

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Domestic only.  ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.