UNITED STATES COURT

UNITED STATES OF AMERICA,
        Appellee


        V.                                              USCA Case#23-12483
                                                        USDC Case#9:22-mj-8332-BER

                                                FILED BY _____ /``CS _____ D.C.

                                                        AUG 28 2023

                                                        ANGELA E. NOBLE
UNITED STATES DEPARTMENT OF THE TREASURY,               CLERK U.S. DIST. CT.
        Appellant                                       S.D. OF FLA. – W.P.B.


                        MOTION TO STAY


        This motion is to stay all ORDERS and proceeding pending certiorari to the U.S. Supreme
Court until the record is completed and all exhibits and documents are forwarded to the courts
by the U.S. Marshals pursuant to FRAP 10 & 11. See attached Motion to Forward the Record.

        This motion has been made to both the District Court and the Appeals Court.


                        CERTIFICATE OF SERVICE
                        ***********************


        I declare under penalty of perjury that this motion has been served on all parties by U.S.
Certified Mailed.


Dated: 08-23-2023                               /s/ Duane L. Berry
                                                Federal Trustee
                                                Ioana Cristei Meyer
                                                U.S. Dept. of Justice
                                                PO box 480
                                                Ben Franklin Station
                                                Washington, DC  20044

If you view the   Full Docket   you will be charged for 2 Pages $0.20

**General Docket**
**United States Court of Appeals for the Eleventh Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 23-12483 | **Docketed:** 07/28/2023 |

**Nature of Suit:** 1440 Other Civil Rights
USA v. U.S. Department of the Treasury
**Appeal From:** Southern District of Florida
**Fee Status:** Fee Not Paid

**Case Type Information:**
    1) U.S. Civil
    2) U.S. Plaintiff
    3) -

**Originating Court Information:**
    **District:** 113C-9 : 9:22-mj-08332-BER-1
    **Court Reporter:** Pauline Stipes
    **Civil Proceeding:** Bruce E. Reinhart, U.S. Magistrate Judge
    **Date Filed:** 08/05/2022
    **Date NOA Filed:**
    07/28/2023

UNITED STATES COURT

UNITED STATES OF AMERICA,
    Appellee

V.
                                  USCA Case#23-12483
                                    USDC Case#9:22-mj-8332-BER

UNITED STATES DEPARTMENT OF THE TREASURY,
    Appellant

## CERTIFICATE OF INTERESTED PERSONS

      The IN RE: SEALED SEARCH WARRANT is attached to IN RE: SEIZED
FEDERAL SECURITIES and is in custody of the U.S. Department of Justice, Federal
Trustee Duane L. Berry and the U.S. Department of the Treasury under the National
Security Act pursuant to 50 USC 3162. See attached executed warrant.

      Whereas, under the (NSA) no other party or Intervernor including CNN has a
interest in this action other than the persons listed below.

      Federal Trustee Duane L. Berry
      U.S. Department of Justice
      U.S. Department of the Treasury

## CERTIFICATE OF SERVICE
*****************************

      The Appellant declares under the penalty of perjury its undersigned
Department of Justice counsel shall make service on all parties by U.S. certified Mail.

Dated: 08-04-2023
                                     /s/ Ioana Cristei Meyer
                                     U.S. Dept. of Justice
                                     PO Box 480
                                     Ben Franklin Station
                                     Washington, DC 20044

UNITED STATES OF AMERICA,
      Appellee

    V

                             USCA Case#23-12483
                             USDC Case#9:22-mj-8332-BER

UNITED STATES DEPARTMENT OF THE TREASURY,
      Appellant

        (FRAP 10 AND 11) MOTION TO FORWARD AND CORRECT THE RECORD


        The Appellant the U.S. Department of the Treasury is the real party of interest. See attached Dkt. case#20-12483

        On 7/8/21 and 7/23/21 under the direct ORDER of the Appellant the United States Department of the Treasury, the U.S. Marshals Service arrested CLASSIFIED SEIZED FEDERAL SECURITIES per. I.R.S. taxpayer account #56-0906609 BANK OF AMERICA and #14-202658 BCT and a portion is now held in the District Court's U.S. Marshals custody. See attached U.S.M.-285.

        Pursuant to FRAP 10 and 11 the documents must be made available for the Court's for the courts record.

        Please direct the Court to ORDER its U.S. Marshals to return the property per. newly submitted U.S.M.-285 forms instruction.

        "Since in statutory scheme, office of Marshal exists as arm of office of Attorney General, commitment to Marshal can only be construed as commitment to Attorney General." (See United States V. Howard, 545 F.2d 1044, 6th Cir. 1976)

**CERTIFICATE OF SERVICE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      The Appellant declares under the penalty of perjury its undersigned Department of Justice counsel shall make service on all parties by U.S. certified Mail.


Dated: 8-01-2023                       /s/Ioana Cristei Meyer
                                          U.S. Dept. of Justice
                                          PO Box 480
                                          Ben Franklin Station
                                          Washington, DC 20044

# ATTACHMENT-A

No. 21-11738-J

## JURISDICTIONAL QUESTION

Please address whether the notice of appeal contains the signature of Duane Berry, who has purported to be a federal trustee for the Department of Treasury, so as to comply with the federal rules of procedure. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name— or by a party personally if the party is unrepresented. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."); Fed. R. App. P. 25(a)(2)(B)(iii); *Becker v. Montgomery*, 532 U.S. 757, 760–65 (2001) (noting that the signature requirement applies to notices of appeal but is not jurisdictional and may be satisfied after expiration of the initial appeal period if the notice is otherwise timely and sufficient, and promptly corrected); *see also* 11th Cir. R. 25-4 (requiring all filed papers to be signed); *Thiem v. Hertz Corp.*, 732 F.2d 1559, 1562–63 (11th Cir. 1984) (holding that a notice of appeal was sufficient to confer appellate jurisdiction where the names of counsel and the appellant were typed on the notice of appeal).

If the notice of appeal is in fact deficient, please address whether Berry can cure the lack of a signature by filing a signed notice of appeal in the district court. *See* Fed. R. Civ. P. 11(a); *Becker*, 532 U.S. at 760–65.

## IN THE UNITED STATES COURT OF APPEALS

### FOR THE ELEVENTH CIRCUIT

———————————————

No. 21-11738-J

———————————————

**U.S. DEPARTMENT OF THE TREASURY,**

Plaintiff - Appellee,

versus

**SEIZED FEDERAL SECURITIES,**

Defendant,

**DUANE L. BERRY,**

Interested Party - Appellant.

———————————————

Appeal from the United States District Court
for the Northern District of Georgia

———————————————

**ORDER:**

The Appellant's motion to stay pending appeal, construed from motion to stay all Orders, Judgments, Mandates, Proceedings or otherwise in this action is GRANTED to the extent that this appeal shall be stayed for a period of sixty (60) days. The Appellant may file a renewed motion for stay at the expiration of the sixty (60) day-time period if necessary.

The Appellant is directed to file a monthly status report on the 15th of every month until the stay has been lifted.

/s/ Robin S. Rosenbaum
**UNITED STATES CIRCUIT JUDGE**

SEIZED FEDERAL SECURITIES,
    DEFENDANT

------------------------------------------/

## STATUS REPORT BY ORDER

    The ORDER has been satisfied to the extent that the Plaintiff has arrested

and taken custody of the Defendant by attachments through its Federal Trustee

Duane L Berry and the U. S. Marshals Service. No further stay is necessary. See

attached executed warrants.

                               /s/Duane L Berry
                               FEDERAL TRUSTEE



# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 24, 2023

## NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2023-117

**Federal Circuit Short Caption:** In re: Seized Federal Securities

**Date of Docketing:** January 24, 2023

**Originating Tribunal:** United States District Court for the Northern District of Texas

**Originating Case No.:** 3:21-cv-00393-D-BT

**Petitioner:** Seized Federal Securities

A petition for writ of mandamus has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

The following filings are due within 14 days of this notice:

- Entry of Appearance or Notice of Unrepresented Person. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- Docketing Statement. Note: The Docketing Statement is due in 30 days if the United States or its officer or agency is a party in the appeal. (Fed. Cir. R. 33.1 and the Mediation Guidelines; no docketing statement is required in cases with an unrepresented party)
- Statement Concerning Discrimination in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)
- Fee payment or appropriate fee waiver request, if the docketing fee was not prepaid (see Fee Payment below).

# UNITED STATES SUPREME COURT

IN RE:  UNITED STATES DEPARTMENT OF THE TREASURY

Case#
USCA#2023-00117

### RULE 22 APPLICATION FOR COURT TO ENFORCE ITS U.S. MARSHALS
TO: Chief Justice John G. Roberts

On 7/8/21 and 7/23/21 under the direct ORDER of the United States Department of the Treasury, the undersigned Applicant and also the Respondent in the lower court, the U.S. Marshals Service arrested CLASSIFIED SEIZED FEDERAL SECURITIES per. I.R.S. taxpayer account #56-0906609 BANK OF AMERICA and #14-202658 BCT and a portion is now held in this Court's U.S. Marshals custody. See attached U.S.M.-285.

Please direct the Court to ORDER its U.S. Marshals to return the property per. newly submitted U.S.M.-285 forms instruction.

"Since in statutory scheme, office of Marshal exists as arm of office of Attorney General, commitment to Marshal can only be construed as commitment to Attorney General." (See United States V. Howard, 545 F.2d 1044, 6th Cir. 1976)

Dated: 3-03-2023

/s/ Duane L Berry
United States Department of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220
(Applicant)

/s/ Ioana Cristei Meyer
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC  20530
(Counsel)

/s/ Elizabeth Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC  20530
(Counsel)

RECEIVED
MAR 13 2023
OFFICE OF THE CLERK
SUPREME COURT, U.S.

FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-117

**Short Case Caption:** In re: Seized Federal Securities

| **Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel. |
|---|

| **Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted. | |
|---|---|
| DEPARTMENT OF JUSTICE | |
| **Principal Counsel:** Ioana Cristei Meyer | **Admission Date:** 07/24/2018 |
| **Firm/Agency/Org.:** United States Department of Justice, Commercial Litigation Branch | |
| **Address:** PO Box 480, Ben Franklin Station, Washington, DC 20044 | |
| **Phone:** (202) 305-0001 | **Email:** Ioana.Cristei@usdoj.gov |
| **Other Counsel:** | **Admission Date:** |
| **Firm/Agency/Org.:** | |
| **Address:** | |
| **Phone:** | **Email:** |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 2/14/23

Signature: /s/ Ioana Cristei Meyer

Name: Ioana Cristei Meyer

FORM 30. Certificate of Service                                    Form 30
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 2023-117

**Short Case Caption** In re: Seized Federal Securities

> **NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 02/14/2023

by ☑ U.S. Mail ☐ Hand Delivery ☐ Email ☐ Facsimile
☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Seized Federal Securities | PO Box 381292<br>Clinton Township, MI 48038 |
| | |
| | |
| | |
| | |

☐ Additional pages attached.

Date: 02/14/2023

Signature: /s/ Ioana Cristei Meyer

Name: Ioana Cristei Meyer

RECEIVED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

APR - 5 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

UNITED STATES DEPARTMENT OF     §
THE TREASURY,                   §
                                §
          Plaintiff,            §
                                §
V.                              §          No.: 1:21-cv-00717-CAP-CCB
                                §
SEIZED FEDERAL SECURITIES,      §
                                §
          Defendant,            §
                                §

WARRANT FOR ARREST IN REM

TO: THE UNITED STATES MARSHAL AND ANY AUTHORIZED PERSON

      WHEREAS, in a matter concerning the National Security of
the United States in the above captioned action, the undersigned
FEDERAL TRUSTEE, on behalf of the United States Department of the
Treasury, has issued a warrant for arrest in rem regarding the
recovery and investigation of classified tax records, documents,
and banking information pursuant to the National Security Act.
[See 50 U.S.C. § 3162(a)(1)]

      WHEREAS, the undersigned FEDERAL TRUSTEE is authorized to
issue this warrant and no further court action is required.
[See 50 U.S.C. § 3162(a)(3)(A) and 26 U.S.C. § 6903]

Dated: March 11, 2021

                              _____
                              DUANE L. BERRY
                              FEDERAL TRUSTEE
                              (26 USC § 6903)

                              UNITED STATES DEPARTMENT OF THE TREASURY
                              1500 Pennsylvania Ave. NW
                              Washington, DC 20220

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S DEPARTMENT OF THE TREASURY | 1:21-cv-00717 CAP |
| DEFENDANT | TYPE OF PROCESS |
| SEIZED FEDERAL SECURITIES | SUBPOENA/WARRANT |

SERVE AT — NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

1717 Dix Hwy, Brunswick, GA 3152?

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
(General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*

(SEE ATTACHED WARRANT)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 29 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Signature of Attorney other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 39 | District to Serve No. 6141 | Signature of Authorized USMS Deputy or Clerk | Date 7/03/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Ashley Pears (Office Manager)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Same as above

| Date 7/23/2021 | Time 9:43 ☐ am ☐ pm |
|---|---|

Signature of U.S. Marshal or Deputy # 31967

| Service Fee | Total Mileage Charges *including endeavors* 14 miles/1 hour | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: Served without incident to Ashley Pears, Office Manager of Martins Towing INC. on 7/23/2021 @ 0943 hrs.

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF THE COURT     # 1 endeavor 7/27/2021
2. USMS RECORD            # 14 miles
3. NOTICE OF SERVICE
4. BILLING STATEMENT * To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT     # 1 hour

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.   Filed 06/10/21   Page 1 of 1

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>U.S. DEPARTMENT OF THE TREASURY | COURT CASE NUMBER<br>1:21-cv-00717-CAP |
|---|---|
| DEFENDANT<br>SEIZED FEDERAL SECURITIES | TYPE OF PROCESS<br>WARRANT |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>CNN |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>1 CNN Center, Atlanta, GA 30303 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| U.S. DEPARTMENT OF THE TREASURY<br>Attn: Mr. Brent J. McIntosh<br>(General Counsel)<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold     Fold

PLEASE MAINTAIN LEAKED TAX RECORDS,'SEIZED FEDERAL SECURITIES'
(Defendant) in your custody until further notice

| Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT | TELEPHONE NUMBER<br>--- -- ---- | DATE<br>6/10/21 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. A19 | District to Serve<br>No. A19 | Signature of Authorized USMS Deputy or Clerk | Date<br>7/8/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Linda Banks | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above)<br>289 Culver Street<br>Lawrenceville, GA 30046 | Date<br>13 Aug 21 | Time<br>1140 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 16 2021
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges<br>$492.24 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
1) 404-827-1500 General #  2) legal dept 4-827-4987 Kelly  3) CT Corp 289 Culver St. S Lawrenville

※ See capture report for list of charges.

| PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|

i-6

# IN THE UNITED STATES DISTRICT COURT

UNITED STATES DEPARTMENT OF THE TREASURY

(Plaintiff),

v.

SEIZED FEDERAL SECURITIES

(Defendants).

FILED

2021 FEB 24 PM 1:44

DEPUTY

Case No. 3-21CV0393-D

---

## COMPLAINT FOR FORFEITURE IN REM

Counsel
United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20530

NOW COMES the United States Department of the Treasury, Plaintiff herein, by and through FEDERAL TRUSTEE Duane L. Berry pursuant to Department of Treasury (IRS) code 26 U.S.C § 6903 and the United States Attorney General pursuant to 28 U.S.C. § 516, in a civil cause of forfeiture, and respectfully states the following:

## INTRODUCTION

1.  This is a civil action in rem pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).  Procedures for this action are mandated by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and, to the extent applicable, 18 U.S.C. §§ 981,983, and 984, and the Federal Rules of Civil Procedure.

2.  This action seeks the forfeiture of all right, title,and interest in the above captioned property because the property constitutes or is derived from wire fraud in violation of 18 U.S.C. § 1343, major fraud against the United States in violation of 18 U.S.C. § 1031, and financial monetary transactions of tax instruments and money laundering conspiracy in violation of 18 U.S.C. §§ 1957 and 1956(h).  As set forth more fully below, the conspirators identified herein, through fraud and false pretenses, obtained the property and or engaged in numerous transactions concerning fraud relating to tax instruments, monetary transactions, and money laundering.

3.  This Court has jurisdiction over this action commenced by the United States under 28 U.S.C. § 1345 and over this action for forfeiture under 28 U.S.C. § 1355(a).  The Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

4.  This Court has venue pursuant to 28 U.S.C. §§1355 and 1395, as defendant property was found in this district.

Case 9:22-mj-08332-BER   Document 182-1   Entered on FLSD Docket 08/30/2023   Page 18 of 33

The defendant has a present and/or future interest in the following property (hereafter collectively, "Seized Federal Securities"):(SEE EXHIBIT A)

6.   The Seized Federal Securities, pursuant to the National Security Act (50 U.S.C. 3162(a)(1))and other means, are currently being held in part by the Plaintiff, its FEDERAL TRUSTEE, and or the United States Marshals Service. (SEE EXHIBIT B)

7.   Pursuant to Supplemental Rule G(2)(f), facts in support of a reasonable belief that the Government will be able to meet its burden of proof at trial as follows and have been verified by the attached FEDERAL TRUSTEE'S complaint with the Treasury Inspector General for Tax Adminsitration (TIGTA). (SEE EXHIBIT C)

### SUMMARY OF THE FRAUD

8.   On 12/02/2019, FEDERAL TRUSTEE Duane L. Berry, and "Whistleblower" against then President Donald J. Trump, moved the 2nd Circuit Court of Appeals in an "Emergency Motion to Intervene" in the Presidents tax fraud investigation case which involved the United States House of Representatives as Intervenors and several media outlets as Movants. See Trump v. Deutsche Bank et al. (SEE EXHIBIT D)

9.Pending the action...millions of un-redacted classified tax returns and other sensitive financial data, bank records and accounts of banking and tax transactions of several million americans, federal government agencies, including but not limited to the United States Department of Defense, United States Department of State, and the (Plaintiff) United States Department of the Treasury were unlawfully obtained by the media outlets, President Trump, who is now facing criminal impeachment hearings in the Senate, and several other conspirators. (SEE EXHIBIT E)

10. After repeated attempts to informally retrieve the Seized Federal Securities from the conspirators by the FEDERAL TRUSTEE, the Plaintiff, by and through its FEDERAL TRUSTEE and its powers appointed to him by Congress pursuant 26 U.S.C § 6903 employed the National Security Act, and other means, to retrieve the Seized Federal Securities.

11. The leak of the Seized Federal Securities has been a direct breach of the national security of the United States in which several trillion dollars of monetary transactions are potentially being exposed and compromised by the conspirators and other foreign entities, including the 'dark web' and Russian operatives.

12. The leak is also in direct violation of the Gramm-Leach-Biley Act, in which financial institutions are not permitted to disclose nonpublic information of a customer to a third party without the consent of the customer. See 15 U.S.C. § 6802 (a)(b). Nonpublic personal information includes personally identifiable financial account infromation, including names and street addresses, where those details are disclosed in a manner that indicates the associated names are clients of a fiancial institution See 16 C.F.R. § 313.3(n)(1)(i), (3)(ii). All of which have been factors in this leak.

13. Furthermore, "tax returns are generally afforded special protection from public disclosure", See e.g. Solomon v. Siemens Indus., Inc., 8 f. Supp. 3D 261, 285-86(E.D.N.Y. 2014) and any unlawful possession of tax returns for specific individuals or government security agencies would jeopardize the natiohal security of the United States.

## CONCLUSION

14.  By virtue of the foregoing, ALL right, title, and interest in the Seized Federal Securities held in the United States at the time of the commission of the unlawful acts giving rise to forfeiture has now become forfeitable to the United States.

WHEREFORE, the Plaintiff respectfully prays the Court that:

A.  Due notice be given to all known conspirators to appear and show cause why the forfeiture should not be decreed;

B.  Judgment be entered declaring the Seized Federal Securities be forfeited to the United States for disposition according to law; and

C.  The Plaintiff be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action, including but not limited to the expenses of maintenance and protection of the Seized Federal Securities.


Dated: January 29, 2021                    Respectfully submitted,

                              UNITED STATES DEPARTMENT OF THE TREASURY

                                        by and through

                              FEDERAL TRUSTEE DUANE L. BERRY

**EXHIBIT C** Case 3:21-cv-00393-D-BT   Document 2  Filed 02/24/21   Page 11 of 17   PageID 13

| Form 3949 A (2-2007) | Department of the Treasury – Internal Revenue Service **Information Referral** *(See Instructions on reverse)* | OMB # 1545-1960 |
|---|---|---|

**1. Taxpayer Name** DONALD J. TRUMP

**a. Street Address** 140 E. 45th St., 17th flr

**b. City/State/ZIP** New York, NY 10017

**c. Social Security Number (SSN)**

**d. Occupation** PRESIDENT (USA)

**e. Date of Birth**

**2. Business Name** CONSOVOY McCARTHY PLLC

**a. Street Address** 10 Post Office Square

**b. City/State/ZIP** Boston, MA 02109

**c. Employer Identification Number**

**d. Principal Bus Activity** REAL ESTATE

**3. Marital Status**
- [X] Married  [ ] Single  [ ] Head of Household
- [ ] Divorced  [ ] Separated

**3a. Name of Spouse** MELANIA TRUMP

**4. Alleged Violation of Income Tax Law (Check all that apply).**
- [ ] False Exemption
- [ ] False Deductions
- [ ] Multiple Filing
- [X] Organized Crime
- [ ] Unsubstantiated Income
- [ ] Kickback
- [ ] False/Altered Documents
- [X] Failure to Pay Tax
- [X] Unreported Income
- [ ] Narcotics Income
- [X] Public/Political Corruption
- [ ] Failure to File Return
- [ ] Failure to Withhold Tax
- [ ] Wagering/Gambling
- [ ] Earned Income Credit
- [X] Other (Describe below)

**5. Unreported Income and Tax Years (Fill in Tax Years and dollar amount(s), if known. e.g., TY2005 $10,000)**

TY____ $_____  TY____ $_____  TY____ $_____  TY____ $_____  TY____ $_____  TY____ $_____

**a. Comments (Briefly describe the facts of the alleged violation - Who/What/Where/When/How. Attach another sheet, if needed).**

"Major Fraud Against the United States" concerning CLASSIFIED TAX
RECORDS. (SEE ATTACHMENT)

**b. Are books/records available?**
[X] Yes  [ ] No

**c. Do you consider the taxpayer dangerous?**
[X] Yes  [ ] No

**d. Banks, Financial Institutions used by the taxpayer:**
Name: DEUTSCHE BANK AG
Address: 2001 K St., NW
City/State/ZIP: Washington, DC 20006

Name: AKIN GUMP STRAUSS HAUER & FELD
Address: 1 Bryant Park
City/State/ZIP: New York, NY 10036

**e. Please describe how you learned and/or obtained the information in this report (Attach another sheet, if needed):**

(SEE ATTACHMENT)

**6. Your Name:** DUANE L. BERRY (FEDERAL TRUSTEE)

**a. Address:** 38742 Bramham St.

**b. City/State/ZIP:** Clinton Twp., MI 48038

**c. Telephone Number (Please include the Area Code):**

For Mailing Address, see Instructions

For Paperwork Reduction Act, see Instructions

Catalog Number 47872E

Form **3949 A** (Rev. 2-2007)

11-15

# ATTACHMENT-B

Query    Reports    Utilities    Help    Log Out

APPEAL,CLOSED,RECOUT

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CRIMINAL DOCKET FOR CASE #: 9:22-mj-08332-BER-1

Case title: USA v. Sealed Search Warrant

Date Filed: 08/05/2022

Date Terminated: 08/05/2022

---

Assigned to: Magistrate Judge Bruce E.
Reinhart

Appeals court case numbers: 22-12708-F
USCA, 22-12791-JJ USCA, 22-12932-J
USCA, 22-13061-J USCA, 23-12483-J
USCA

### Defendant (1)

Sealed Search Warrant                          represented by   **Andrea Flynn Mogensen**
*TERMINATED: 08/05/2022*                                        Law Office of Andrea Flynn Mogensen,
                                                               P.A.
                                                               677 N. Washington Blvd.
                                                               Ste 128
                                                               SARASOTA
                                                               Sarasota, FL 34236
                                                               941-955-1066
                                                               Email:
                                                               andrea@sarasotacriminallawyer.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

### Pending Counts                              **Disposition**

None

### Highest Offense Level (Opening)

None

### Terminated Counts                           **Disposition**

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 22-22-13061-J

UNITED STATES OF AMERICA,

Appellee,

-versus-

MICHAEL BARTH

Appellant.

REC'D BY _____ AP _____ D.C.

Oct 17, 2022

ANGELA E. NOBLE
CLERK U.S. DIST CT.
S. D. OF FLA. - MIAMI

_____/

### CERTIFICATE OF INTERESTED PERSONS

In compliance with Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1(a)(3) and 26.1-3, the undersigned certifies that the list set forth below is a complete list of the person and entities who have an interest in the outcome of this case.

Federal Trustee Duane L. Berry

United States Department of the Treasury

United States of America

American Broadcasting Company

Ballard Spahr

Barth, Michael S.

Cable News Network, Inc.

Caramanica, Mark Richard

CBS Broadcasting, Inc.

# ATTACHMENT-C

[PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

---

No. 22-13005

---

DONALD J. TRUMP,

Plaintiff-Appellee,

*versus*

UNITED STATES OF AMERICA,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:22-cv-81294-AMC

---

2                     Opinion of the Court                 22-13005

Before WILLIAM PRYOR, Chief Judge, GRANT, and BRASHER, Circuit
Judges.

PER CURIAM:

This appeal requires us to consider whether the district court had jurisdiction to block the United States from using lawfully seized records in a criminal investigation. The answer is no.

Former President Donald J. Trump brought a civil action seeking an injunction against the government after it executed a search warrant at his Mar-a-Lago residence. He argues that a court-mandated special master review process is necessary because the government's Privilege Review Team protocols were inadequate, because various seized documents are protected by executive or attorney-client privilege, because he could have declassified documents or designated them as personal rather than presidential records, and—if all that fails—because the government's appeal was procedurally deficient. The government disagrees with each contention.

These disputes ignore one fundamental question—whether the district court had the power to hear the case. After all: "Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute, which is not to be expanded by judicial decree." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (citation omitted).

6                    Opinion of the Court                    22-13005

Even so, the FBI developed more evidence that other classified documents remained at Mar-a-Lago. In August 2022—over one-and-a-half years after the end of Plaintiff's presidential administration, six months after the first transfer of boxes to the National Archives, and three months after the subpoena was served—the Department of Justice sought a search warrant. It presented an FBI agent's sworn affidavit to a Florida magistrate judge, who agreed that probable cause existed to believe that evidence of criminal violations would likely be found at Mar-a-Lago. Warrant Affidavit at 1, 32; Notice of Filing of Redacted Documents at 2, *In re Sealed Search Warrant*, No. 22-mj-08332 (S.D. Fla. Aug. 11, 2022) ("Search Warrant"). The magistrate judge issued a search warrant for the offices, storage rooms, and potential storage sites at Plaintiff's residence, and authorized the seizure of:

> All physical documents and records constituting evidence, contraband, fruits of crime, or other items illegally possessed in violation of 18 U.S.C. §§ 793, 2071, or 1519, including the following:
>
> a. Any physical documents with classification markings, along with any containers/boxes (including any other contents) in which such documents are located, as well as any other containers/boxes that are collectively stored or found together with the aforementioned documents and containers/boxes;

20                          Opinion of the Court                    22-13005

arising from the government's access to sensitive personal information or the threat of potential prosecution as irreparable injuries. And he asks us to find that he has no other remedy apart from equitable jurisdiction, even though he faces no remediable harm. Anyone could make these arguments. And accepting them would upend *Richey*, requiring federal courts to oversee routine criminal investigations beyond their constitutionally ascribed role of approving a search warrant based on a showing of probable cause. Our precedents do not allow this, and neither does our constitutional structure.

Only one possible justification for equitable jurisdiction remains: that Plaintiff is a former President of the United States. It is indeed extraordinary for a warrant to be executed at the home of a former president—but not in a way that affects our legal analysis or otherwise gives the judiciary license to interfere in an ongoing investigation. The *Richey* test has been in place for nearly fifty years; its limits apply no matter who the government is investigating. To create a special exception here would defy our Nation's foundational principle that our law applies "to all, without regard to numbers, wealth, or rank." *State of Georgia v. Brailsford*, 3 U.S. (3 Dall.) 1, 4 (1794).

\*          \*          \*

The law is clear. We cannot write a rule that allows any subject of a search warrant to block government investigations after the execution of the warrant. Nor can we write a rule that allows only former presidents to do so. Either approach would be

22-13005   Opinion of the Court   21

a radical reordering of our caselaw limiting the federal courts' involvement in criminal investigations. And both would violate bedrock separation-of-powers limitations. Accordingly, we agree with the government that the district court improperly exercised equitable jurisdiction, and that dismissal of the entire proceeding is required.

The district court improperly exercised equitable jurisdiction in this case. For that reason, we **VACATE** the September 5 order on appeal and **REMAND** with instructions for the district court to **DISMISS** the underlying civil action.

# UNITED STATES COURT

UNITED STATES OF AMERICA,
    Plaintiff

     V.                              Case#9:23-cr-80101-AMC -1

DONALD J. TRUMP, et al.,
    Defendants

## MOTION TO RETURN PROPERTY- RULE 41(g)

Rule 41(g) allows for a person aggrieved by the depravation of seized property to move for its return.

On 06-21-2021 the Eleventh Circuit granted Interested Party and Federal Trustee Duane L. Berry a stay pending the arrest of classified Seized Federal Securities, which consisted of Donald J. Trump's financial, bank, and tax records. See attached-A.

Whereas, SEIZED FEDERAL SECURITIES have been arrested, however the attached portion of Donald J. Trump's financial, bank and or tax records arrested in this action in related Case#22-8832 and #22-13061 SEALED SEARCH WARRANT are also subject to SEIZED FEDERAL SECURITIES. See attached-B.

The Movants now request the return of this attached property, as it is simultaneously under arrest by the Department of Justice in Movant's investigation.

Furthermore, the Eleventh Circuit in Case#22-13005, Trump V. U.S.A., stated that the Court can not block a Government investigation after the execution of the warrant. See attached–C.

### CERTIFICATE OF SERVICE
*****************************

I declare under the penalty of perjury that this motion has been served by Certified Mail on all parties.

Dated:06-20-2023                  Respectfully submitted,
                                    /s/ Duane L. Berry
                                    (Federal Trustee)
                                    U.S. Dept. of the Treasury
                                    SEIZED FEDERAL SECURITIES
                                    (Movants)

**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

BER,BNDDUTY,REF_EVENTS ONLY (NEFs)

# U.S. District Court
# Southern District of Florida (West Palm Beach)
# CRIMINAL DOCKET FOR CASE #: 9:23-cr-80101-AMC-1

Case title: USA v. Trump, et al.                    Date Filed: 06/08/2023

---

Assigned to: Judge Aileen M. Cannon
Referred to: Magistrate Judge Bruce E.
Reinhart

### Defendant (1)

**Donald J. Trump**                  represented by **Christopher Michael Kise**
63675-510                                          Chris Kise & Associates, P.A.
*YOB: 1946; English*                               201 East Park Avenue
                                                   Ste 5th Floor
                                                   Tallahassee, FL 32301
                                                   850-270-0566
                                                   Email: chris@ckise.net
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Stephen H. Weiss**
                                                   Blanche Law
                                                   99 Wall Street, Suite 4460
                                                   New York, NY 10005
                                                   (212) 716- 1250
                                                   Email: stephen.weiss@blanchelaw.com
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Retained*

                                                   **Todd Blanche**
                                                   Blanche Law
                                                   99 Wall Street, Suite 4460
                                                   New York, NY 10005
                                                   (212) 716-1250
                                                   Email: toddblanche@blanchelaw.com
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7022 2410 0001 6480 2586

# PRIORITY® MAIL

FROM:

UNITED STATES DEPT. OF TREASURY
1500 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20220

■ E                                    tic use.

■ Domestic shipments include $100 of insurance (restrictions apply).*

■ USPS Tracking® service included for domestic and many international destinations.

■ Limited international insurance.**

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

AT RATE ENVELOPE

RATE ■ ANY WEIGHT

USMS INSPECTED
BY _____

ACKED ■ INSURED

TO schedule free Package Pickup
scan the QR code.



USPS.COM/PICKUP

PS00001000014

EP14F July 2022
QD: 12 1/2 x 9 1/2

TO:
U.S. District Court
Southern District of Florida
Clerk of the Court
701 Clematis St. Rm 202
West Palm Beach, FL 33401