UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

**ORDER REGARDING FURTHER FILINGS**

On September 13, 2022, a "Rule 24(a)(1)(2) Motion to Intervene" was filed purportedly by the U.S. Department of the Treasury. ECF No. 128. The filing said, "[T]he U.S. Department of Justice and the U.S. Marshals Service have arrested Seized Federal Securities containing sensitive documents which are subject to the Defendant Sealed Search Warrant by the F.B.I. arrest." *Id.* Appended were U.S. Marshal Service of Process Receipts from June and July 2021 that referenced case number 1:21-cv-00717-CAP. ECF No. 128-1. That case number corresponds to a case filed in February 2021 in the Northern District of Georgia by Duane L. Berry, which was dismissed as frivolous. *United States Dep't of the Treasury v. Seized Fed. Sec.,* No. 121CV00717CAPCCB, 2021 WL 9385886, at *1 (N.D. Ga. Apr. 5, 2021), *report and recommendation adopted,* No. 1:21-CV-0717-CAP, 2021 WL 9385883 (N.D. Ga. Apr. 27, 2021). The Government moved to strike the filing because it was not submitted by the Government. ECF No. 133. I struck the filing. ECF No. 134, 135.

On July 28, 2023, a document titled "Notice of Appeal" was filed on the docket. ECF No. 171. It purported to be a Notice of Appeal from the order striking the earlier filing. It attached one of the Service of Process Receipts that had been attached to the earlier filing. ECF No. 171 at 2. It purported to be signed by Ioana Cristei Meyer for

the U.S. Department of the Treasury. *Id*. at 1. After the Eleventh Circuit acknowledged receiving the "Notice of Appeal" and assigned it case number 23-12483, a document was filed in this Court's docket entitled "(FRAP 10 and 11) Motion to Forward and Correct the Record." ECF No. 175. It also purported to be signed by Ms. Meyer. *Id*.

On August 21, 2023, Ms. Meyer filed a Notice that docket entries 171 and 175 were filed without her knowledge or consent. ECF No. 176. The Government moved to strike those two docket entries as improper filings. ECF No. 177. I granted that motion and struck the filings. ECF No. 178.

On August 25, 2023, a document was filed by "Duane L. Berry, Federal Trustee" claiming that he had "full authority to confer Appellate jurisdiction on behalf of [the U.S. Department of the Treasury] by typing counsel's Ioana Cristei Meyer signature on notice of appeal." ECF No. 180.[1]

On August 28, 2023, a document was filed entitled "Motion to Stay." ECF No. 182. The signature block listed "Duane L. Berry Federal Trustee" and Ms. Meyer. *Id*. It requested a stay of all orders and proceedings. *Id*.

The Court has the authority to limit vexatious filings. *See, e.g., Watkins v. Dubreuil,* 820 F. App'x. 940, 948 (11th Cir. 2020). Here, Mr. Berry is clogging the Court's docket with filings that are not related to the search warrant that is the sole scope of this matter. Moreover, he is wrongly purporting to act on behalf of the

---

[1] A duplicate of this document was filed at ECF No. 181.

Government and is using Ms. Meyer's identity without permission.

WHEREFORE, it is ORDERED that the Clerk of Court shall strike the docket entries at ECF Nos. 180-182 and remove these filings from the docket. With regard to any future filings in this matter, the Clerk of the Court shall docket them only if they are (1) a motion to intervene by a new putative party, (2) a filing signed by private counsel who has entered an appearance on the docket consistent with our Local Rules, or (3) a filing signed by Government counsel other than Ms. Meyer. Any other submissions shall be docketed only with prior approval of a member of this Court.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 6th day of September 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE