

FILED BY _____JG_____ D.C.

Sep 7, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12483

_____

UNITED STATES OF AMERICA,

                                                               Plaintiff-Appellee,

U.S. DEPARTMENT OF THE TREASURY,

                                            Interested Party-Appellant,

SEALED SEARCH WARRANT,

                                                                 Defendant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:22-mj-08332-BER-1

_____

| 2 | Order of the Court | 23-12483 |
|---|---|---|

Before WILSON, JILL PRYOR, and GRANT, Circuit Judges.

BY THE COURT:

The motion to dismiss is GRANTED. This appeal is DISMISSED.

The Clerk's Office is DIRECTED to strike any future submissions for this appeal received in paper and purporting to be filed by the U.S. Department of Treasury or Ioana Cristei Meyer.