# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 8, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

22-mj-08332-BER-1

Re:  Michael S. Barth
     v. United States
     No. 23-528
     (Your No. 22-12791)

FILED BY ____AP____ D.C.
Jan 8, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk