3/17/2025

TO: Court clerk
U.S. Dist Court - Southern Dist of Florida

From: Julian Tarver
P. Box 88600
Steilacoom, WA 98388

FILED BY ___ M ___ D.C.
MAR 26 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

RE: Criminal Case   9:22-MJ-08332-BER

I am writing to request a listing/index of documents filed on this case so I can order + purchase them, the ones I need?

Thank You.

Julian Tarver

Julian Taryer
PO Box 88600
Steilacoom, WA 98388

Court clerk
U.S. Dist Court - Southern Dist of Florida
299 East Broward Blvd
Room 108
Fort Lauderdale, Fl 33301

Legal Mail



ZIP 98388
02 4W
0000367520 MAR 17 2025
US POSTAGE $000.69